# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−01583−BJM−1

Case title: USA v. Eisenberg

Date Filed: 12/27/2022

---

Assigned to: US Magistrate Judge
Bruce J. McGiverin

**Defendant (1)**

**Avraham Mayer Eisenberg**  represented by  **Joseph A. Niskar**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918−2441
787−281−4922
Fax: 787−281−4899
Email: joseph_niskar@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Manuel San−Juan−DeMartino**
Manuel San Juan Law Office
PO Box 9023587
San Juan, PR 00902−3587
787−723−6669
Fax: 787−725−2932
Email: sanjuanm@microjuris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**

7:9(1) and 13(a)(5), 17:180.1,
18:2 Commodities Fraud;
7:13(a)(2), 18:2 Commodities
Manipulation

**Disposition**

---

**Interested Party**

**US Probation Office**

---

**Plaintiff**

**USA**  represented by **Carlos Jose Romo−Aledo**
DOJ−USAO
Torre Chardon
350 Carlos Chardon Street
Suite 1201
San Juan, PR 00918
787−766−5656
Email: carlos.romo.aledo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 12/27/2022 | 1 | Rule 5 Documents Received as to Avraham Mayer Eisenberg (1). (Attachments: # 1 Arrest Warrant) (bgl) (Entered: 12/28/2022) | |
| | | *Main Document* | |
| | | Attachment # 1 *Arrest Warrant* | |
| 12/27/2022 | | Arrest of Avraham Mayer Eisenberg (1). (bgl) (Entered: 12/28/2022) | |
| 12/27/2022 | 3 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Initial Appearance in Rule 5(c)(3) Proceedings as to Avraham Mayer Eisenberg (1) held on 12/27/2022 via VTC. Present: AUSA Carlos Romo, AFPD Kevin Lerman and AUSPO Gabriela Hernandez. The defendant was present, under custody and did not require the assistance of a court interpreter. The defendant waived his right to appear physically at the hearing and consented to proceed by way of VTC. Defendant was advised as to the charges contained in the complaint from the Southern District of New York. The defendant was also advised of the applicable minimum and maximum statutory penalties that he is exposed to if convicted of the charges in the complaint. The defendant informed that he will be retaining counsel and requested court appointed counsel only for purposes of the initial appearance. The Court appointed the FPD's Office to represent the defendant | |

2

| | | |
|---|---|---|
| | | during the present hearing. As to detention, defense counsel offered arguments in favor of setting conditions of release today. Government argued in favor of temporary detention on the basis of risk of flight. After hearing the parties, the Court denied without prejudice the defendant's motion for release today. **A Identity, Removal and Detention Hearing is set for 12/30/2022 at 10:30 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin. Preliminary Examination is set for 1/10/2023 at 10:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Government informed that a motion to unseal will be filed before the prosecuting district. (Court Reporter Zoom.) Hearing held at 12:05. Hearing ended at 12:22. (bgl) Modified on 12/28/2022 to edit docket text and modified hearing time as per CDC's request. (mg). Modified on 1/9/2023 to modify wording as to hearing. (mg). (Entered: 12/28/2022) |
| 12/27/2022 | 4 | ORDER scheduling detention hearing as to Avraham Mayer Eisenberg (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Bruce J. McGiverin on 12/27/2022. (bgl) (Entered: 12/28/2022) |
| 12/28/2022 | 2 | NOTICE OF ATTORNEY APPEARANCE: Joseph A. Niskar appearing for Avraham Mayer Eisenberg (1) (Niskar, Joseph) (Entered: 12/28/2022) |
| 12/29/2022 | 5 | NOTICE OF ATTORNEY APPEARANCE: Manuel San−Juan−DeMartino appearing for Avraham Mayer Eisenberg (1) (San−Juan−DeMartino, Manuel) (Entered: 12/29/2022) |
| 12/29/2022 | 6 | ***SELECTED PARTIES***Notice of Disclosure of Pretrial Services Report as to Avraham Mayer Eisenberg (1). Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be produced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. 3153(c)(1), by USA, US Probation Office, Avraham Mayer Eisenberg (Hernandez−Ramirez, Gabriela) (Entered: 12/29/2022) |
| 12/30/2022 | 7 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Identity, Removal and Detention. Hearing as to Avraham Mayer Eisenberg (1) held on 12/30/2022. Present in court were AUSA Myriam Fernandez, Atty. Manuel San−Juan−DeMartino and AUSPO Gabriela Hernandez. The defendant was present, under custody and did not require the assistance of a court interpreter. Counsel informed that the defendant waives the identity and removal hearings, but requests for the detention hearing to be held in this district. Defendant was advised of his rights and was ordered removed to the Southern District of New York. As to detention, defense counsel argued in favor of setting conditions of release, proffering a potential third−party custodian and a secured property bond. Government moved in favor of detention on the basis of both grounds. After hearing the arguments of the parties, the Court held the matter under advisement. (Court Reporter DCR/ Courtroom 9.) Hearing set for 10:30. Hearing held at 11:06. Hearing ended at 11:30. (bgl) Modified on 1/9/2023 to add wording as to CRD's request. (mg). (Entered: 01/03/2023) |
| 01/04/2023 | 8 | ORDER OF DETENTION PENDING TRIAL as to Avraham Mayer Eisenberg (1). The order is without prejudice to any revision by the court in the prosecuting district. Signed by US Magistrate Judge Bruce J. McGiverin |

| | | |
|---|---|---|
| | | on 1/4/2023. (JM) (Entered: 01/04/2023) |
| 01/05/2023 | 9 | TRANSCRIPT REQUEST *(Bail Hearing)* by Avraham Mayer Eisenberg (1) for proceedings held on 12−30−2022 before Judge Bruce J. McGiverin. (San−Juan−DeMartino, Manuel) (Entered: 01/05/2023) |
| 01/09/2023 | 10 | Rule 5 Documents Received (Southern District of New York Indictment) as to Avraham Mayer Eisenberg (1). (bgl) (Entered: 01/09/2023) |
| 01/09/2023 | 11 | ORDER as to Avraham Mayer Eisenberg (1) re 10 Rule 5 Documents Received: **Preliminary Examination set for 1/10/2023 is vacated.** Signed by US Magistrate Judge Bruce J. McGiverin on 1/9/2023. (bgl) (Entered: 01/09/2023) |
| 01/09/2023 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Avraham Mayer Eisenberg (1). Defendant committed to District of Southern District of New York. Signed by US Magistrate Judge Bruce J. McGiverin on 1/9/2023. (bgl) (Entered: 01/09/2023) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>Avraham Meyer Eisenberg,<br>    Defendant. | CRIMINAL NO. |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Avraham Meyer Eisenberg.

2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Eric A. Vos.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of December, 2022.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*S / Joseph Adam Niskar*
USDC-PR 03007
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Email: Joseph_Niskar@fd.org

20

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-1583 (M) |
| Avraham Mayer Eisenberg (1) | ) | |
| | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>Federal Building, 4th Floor<br>150 Chardon Ave.<br>Hato Rey, P.R. 00917 | Courtroom No.: Courtroom 9 |
|---|---|---|
| | | Date and Time: 12/30/2022 at 10:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/27/2022

S/BRUCE J. McGIVERIN
*Judge's signature*

Bruce J. McGiverin, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

AVRAHAM MEYER EISENBERG

Defendant

CRIM. NO.: 22-1583 (M)

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney and very respectfully gives notice of his appearance in the captioned case on behalf of defendant Avraham Meyer Eisenberg.

**WHEREFORE**, the undersigned very respectfully requests that this Honorable Court take note of the above and that all Orders, Motions or other documents filed in the above captioned proceeding be notified to the undersigned.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 29th day of December, 2022.

**I HEREBY CERTIFY** that on December 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsels of record.

S/Manuel San Juan
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637 / (787) 723-6669
Fax: (787) 725-2932
E-mail: sanjuanm@microjuris.com

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | ) |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 22-1583 (M) |
| Avraham Mayer Eisenberg | ) |
| *Defendant* | ) |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☒ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

☐ (1) the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

☐ (a) a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

☐ (b) an offense for which the maximum sentence is life imprisonment or death; **or**

☐ (c) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

☐ (d) any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

☐ (e) any felony that is not otherwise a crime of violence but involves:
(i) a minor victim; (ii) the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921);
(iii) any other dangerous weapon; or (iv) a failure to register under 18 U.S.C. § 2250; **and**

☐ (2) the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**

☐ (3) the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**

☐ (4) a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

☐ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

**Part III - Analysis and Statement of the Reasons for Detention**

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☐ Weight of evidence against the defendant is strong
☒ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☐ History of violence or use of weapons
☐ History of alcohol or substance abuse
☐ Lack of stable employment
☐ Lack of stable residence
☐ Lack of financially responsible sureties
☐ Lack of significant community or family ties to this district

Case 1:22-cr-00438-BMB MDocument 153 Filed 01/10/23 Page 25 of 243
Case 1:22-mj-04058-BJM Document 16 Filed 01/04/23 Page 15 of 14

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☒ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☒ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

- Nature of the charged offenses.
- Government proffers the defendant left the United States for two months after committing the offense.
- The charged offense involves alleged appropriation of tens of millions of dollars of crypto currency, of which up to $40 million remain unaccounted for, giving the defendant, when combined with his duo citizenship and ties to a foreign country, the means and motivation to flee.


THE ORDER IS WITHOUT PREJUDICE TO ANY REVISION BY THE COURT IN THE PROSECUTING DISTRICT.

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:        01/04/2023                                          s/ Bruce J. McGiverin
                                                                 United States Magistrate Judge

| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Manuel San Juan | 2. PHONE NUMBER<br>(787) 723-6637 | 3. DATE<br>1/5/2022 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>(sanjuanm@microjuris.com) or 206 Tetuán St. Suite 902 | 5. CITY<br>Old San Juan | 6. STATE<br>PR | 7. ZIP CODE<br>00901 |
| 8. CASE NUMBER<br>3:22-mj-01583-BJM | 9. JUDGE<br>Bruce J. McGiverin | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/30/2022 | 11. TO 12/30/2022 |
| 12. CASE NAME<br>USA v. Avraham Mayer Eisenberg | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Juan | 14. STATE Puerto Rico |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [X] BAIL HEARING | 12/30/2022 | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>*Manuel San Juan* | PROCESSED BY | |
| 19. DATE<br>1/5/2023 | PHONE NUMBER<br>(787) 723-6637 | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

26

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Avraham Mayer Eisenberg (1) | ) | Case No. 3:22-mj-01583-BJM-1 |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 1:23-cr-00010-RMB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Southern** District of **New York**,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/09/2023

S/ BRUCE J. McGIVERIN
*Judge's signature*

Bruce J. McGiverin, U.S. Magistrate Judge
*Printed name and title*

43