UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

   - v. -

AVRAHAM EISENBERG,

               Defendant.

------------------------------------------------------------------X

<u>ECF Case</u>

23 Cr. 10 (RMB)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York


      by:   <u>/s/ Noah Solowiejczyk</u>
           Noah Solowiejczyk
           Assistant United States Attorney
           (212) 637-2473

TO:    All counsel (by ECF)