AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_US_
Plaintiff

v.

_Eisenberg_
Defendant

Case No. _23 CR 10_

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Avraham Eisenberg_.

Date: _2/2/23_

_[signature]_
Attorney's signature

_Brian Klein_
Printed name and bar number

_[redacted]_
Address

_bklein@waymakerlaw.com_
E-mail address

_424-652-7800_
Telephone number

FAX number


Brian Klein