UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     23 CR. 10 (RMB)
                                         :
    - against -                           :     **ORDER**
                                         :
AVRAHAM EISENBERG,                       :
                                         :
                Defendant.      :
------------------------------------------------------------x

        The arraignment scheduled for Tuesday, February 14, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: February 8, 2023
       New York, NY

                                        _____
                                           RICHARD M. BERMAN
                                              U.S.D.J.