AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>AVRAHAM EISENBERG<br>*Defendant* | )<br>)<br>)  Case No.   23 Cr. 10 (RMB)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Avraham Eisenberg as co-counsel to Waymaker LLP                                                            .

Date:   02/14/2022                                                     /s/ Sanford Talkin
                                                                               *Attorney's signature*

                                                                              Sanford Talkin
                                                                       *Printed name and bar number*

                                                              Talkin, Muccigrosso & Roberts, LLP
                                                              40 Exchange Place, 18th Floor
                                                              New York, New York 10005
                                                                               *Address*

                                                                       samt@talkinlaw.com
                                                                              *E-mail address*

                                                                              (212) 482-0007
                                                                              *Telephone number*

                                                                              *FAX number*