UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

              v.                        23 Cr. 10 (RMB)

AVRAHAM EISENBERG,

              Defendant.
                                        Arraignment
------------------------------x

                                        New York, N.Y.
                                        February 14, 2023
                                        12:00 p.m.

Before:


                    HON. RICHARD M. BERMAN,


                                        District Judge

                          APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  THOMAS BURNETT
     Assistant United States Attorney

WAYMAKER LLP
BY:  BRIAN EDWARD KLEIN
     -AND-
TALKIN, MUCCIGROSSO & ROBERTS
BY:  SANFORD N. TALKIN
     Attorneys for Defendant
Also Present:
Brandon Racz, FBI

1      THE COURT:  Good afternoon, everybody.  I think we are

2  here for an arraignment, if I'm not mistaken.

3      So I would ask counsel and Mr. Eisenberg if they have

4  received a copy of the indictment in this case, number one.

5      MR. KLEIN:  Yes, your Honor.  Our client,

6  Mr. Eisenberg, who is here, has received the indictment and has

7  reviewed it with us.

8      THE COURT:  Did you all want me to read it in court?

9      MR. KLEIN:  No, your Honor.

10      THE COURT:  And what plea, Mr. Eisenberg, did you wish

11  to enter?

12      THE DEFENDANT:  Not guilty.

13      THE COURT:  So that's really all there is for us

14  today, except we usually schedule a next date.

15      How much time does defense counsel want?

16      MR. KLEIN:  Your Honor, Mr. Eisenberg intends to

17  retain us.  We made a limited appearance at the magistrate

18  court.  We're still finalizing that.  We have talked to the

19  prosecutors.

20      We'd like to come back in about four weeks as a

21  control date to update you and confirm that.  We plan to move

22  that expeditiously.  In the meantime, we are keeping things

23  moving.  We are going to get discovery from the prosecutor.  So

24  we were thinking the week of March 14, your Honor.

25      THE COURT:  Counsel, how about March 14 at 1:00 p.m.?

1          MR. KLEIN:  That works for the defense, your Honor.

2          THE COURT:  Is that okay with the government?

3          MR. BURNETT:  Yes, your Honor.

4          THE COURT:  Is there a speedy trial issue or

5     application that we need to consider or no?

6          MR. BURNETT:  Yes, your Honor.  The government moves

7     to exclude time under the Speedy Trial Act until the next

8     conference on March 14.  That's in the interests of justice

9     because it will allow time for the government to begin

10    producing discovery, for the defense to begin reviewing that

11    discovery, and for the parties to discuss whether there is a

12    possible pretrial resolution to the case available.

13         THE COURT:  I'm going to find, under 18 U.S. Code

14    Section 3161, that the request for adjournment to and including

15    March 14, 2023, as submitted by counsel for both parties, is

16    appropriate and warrants exclusion of the adjourned time from

17    speedy trial calculations.

18         I further find that the exclusion is designed to

19    prevent any possible miscarriage of justice; to facilitate

20    these proceedings; to guarantee effective representation of and

21    preparation by counsel for both parties.  And thus the need for

22    exclusion and the ends of justice outweigh the interests of the

23    public and the defendant in a speedy trial pursuant to 18 U.S.

24    Code Section 3167(h)(7)(A) and (B).

25         So unless you have any other business that you want to

1    bring up, we're adjourned for today.

2                MR. KLEIN:  Thank you, your Honor.

3                THE COURT:  Great.  Nice to see you all.

4                (Adjourned)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25