UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                       Government,        :        23 CR. 10 (RMB)
                                            :
     - against -                           :        **ORDER**
                                            :
AVRAHAM EISENBERG,                         :
                                            :
                       Defendant.         :
-----------------------------------------------------------x

The status conference previously scheduled for Tuesday, March 14, 2023 at 1:00 P.M. is hereby rescheduled to 12:00 P.M. on the same date

The proceeding will be held in Courtroom 17B.


Dated: March 6, 2023
      New York, NY


                                                _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.