**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 10, 2023

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

        Re: United States v. Avraham Eisenberg
           23 Cr. 10 (RMB)

Dear Judge Berman:

  Defendant Avraham Eisenberg is scheduled for conference before the Court on March 14, 2023 at 12:00 pm. The defense is in the process of reviewing the voluminous discovery disclosed by the government to date. Due to Mr. Eisenberg being detained, he has not received that discovery yet, although he is expected to receive it this coming week. For these reasons and others, Mr. Eisenberg respectfully requests an adjournment of the conference to May 8, 2023 at 11:00 am, which will to allow more time for discovery review and discussions with Mr. Eisenberg and the government. Mr. Eisenberg consents to appearing by video at the next conference date and to the exclusion of the time period of the requested adjournment from Speedy Trial Act calculation. The government, by Assistant United States Attorney Thomas Burnett, consents to this adjournment request.

  Thank you for Your Honor's consideration of this application

            Very truly yours,
            *Sanford Talkin*
            Sanford Talkin
            Talkin, Muccigrosso & Roberts, LLP
            -and-
            Brian Klein
            Waymaker LLP

cc: AUSA Thomas Burnett (by ECF)
　　AUSA Noah Solowiejczyk (by ECF)
　　AAG Jessica Peck (by ECF)