UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                     Government,         :         23 CR. 10 (RMB)
                                               :
        - against -                         :         **ORDER**
                                               :
AVRAHAM EISENBERG,                             :
                     Defendant.          :
---------------------------------------------------------------x

    The status conference is scheduled for Monday, May 8, 2023 at 11:00 A.M.

    In the absence of defense objection, the proceeding will be held by video.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079548#

Dated: May 3, 2023
       New York, NY

                                        *Richard M. Berman*
                                 **RICHARD M. BERMAN**
                                    **U.S.D.J.**