AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Cr. 10 (RMB) |
| AVRAHAM EISENBERG | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Avraham Eisenberg              .

Date:     05/25/2023

/s/ Ashley Martabano
*Attorney's signature*

Ashley Martabano
*Printed name and bar number*

515 S. Flower Street, Suite 3500, Los Angeles, CA 90071

*Address*

amartabano@waymakerlaw.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*