**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 10 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| AVRAHAM EISENBERG, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The status conference is scheduled for Tuesday, June 13, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079548#

Dated: June 7, 2023
    New York, NY

                         **RICHARD M. BERMAN**
                                 **U.S.D.J.**