UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,     :        23 CR. 10 (RMB)
                                            :
      - against -                        :        **ORDER**
                                            :
AVRAHAM EISENBERG,                          :
                Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 13, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 266 802 817#

Dated: June 13, 2023
       New York, NY

                                            **RICHARD M. BERMAN**
                                                     U.S.D.J.