**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                            Government,    :        23 CR. 10 (RMB)

            - against -          :        **ORDER**

AVRAHAM EISENBERG,            :
                          Defendant.    :
------------------------------------------------------------x

The status conference is scheduled for Wednesday, June 14, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 266 802 817#

Dated: June 13, 2023
       New York, NY

                                                       */s/ Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                     **U.S.D.J.**