

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2023

**By ECF**
Hon. Richard M. Berman
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>United States</u> v. <u>Avraham Eisenberg</u>, 23 Cr. 10 (RMB)

Judge Berman:

  At the June 14, 2023 pretrial conference, the Court asked the parties to submit a proposed schedule for certain pretrial motions and submissions in the above-captioned case.

  The parties jointly propose the following schedule for suppression motions and motions to dismiss the indictment:

- July 28, 2023: Defense motions
- August 25, 2023: Government oppositions
- September 11, 2023: Defense replies

  The parties also jointly propose the following schedule for other pretrial motions and submissions:

- November 8, 2023: Motions *in limine* and *Daubert* motions
- November 17, 2023: Oppositions to motions *in limine* and *Daubert* motions
- November 20, 2023: Joint voir dire and jury instructions (Government will send defense proposed jury instructions by November 1, 2023, and defense will send response to Government by November 13, 2023)
- Week of November 27, 2023: Final pretrial conference

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

      by: __/s/ *Thomas Burnett*_____
        Thomas Burnett
        Assistant United States Attorney