N6E8EISC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4          v.                23 Cr. 10 (RMB)

5   AVRAHAM EISENBERG,

6            Defendant.       Conference

7   ------------------------------x

8                        New York, N.Y.
                          June 14, 2023
9                        10:15 a.m.

10  Before:

11               HON. RICHARD M. BERMAN,

12                         District Judge

13
                   APPEARANCES
14
   DAMIAN WILLIAMS
15      United States Attorney for the
       Southern District of New York
16  BY:  THOMAS S. BURNETT
       Assistant United States Attorney
17
   WAYMAKER LLP
18      Attorneys for Defendant
   BY:  BRIAN E. KLEIN
19      ASHLEY MARTABANO
        -and-
20  TALKIN, MUCCIGROSSO & ROBERTS
   BY:  SANFORD N. TALKIN

21

22

23

24

25

N6E8EISC

1        (The Court and parties appearing by videoconference)

2        THE COURT:  Good morning, everybody.

3        Mr. Eisenberg, good to see you.

4        This matter was scheduled today as a pretrial

5   conference.  Mr. Eisenberg is obviously detained, on consent I

6   might add.

7        Just by way of background, the last conference that we

8   held, that everybody was present, was May 8, 2023.  And during

9   that conference, the government advised the Court of the status

10  of discovery produced so far to the defense.  We sought to have

11  today's conference yesterday, but for some reason the facility

12  where he is, Essex, was unable to locate Mr. Eisenberg for

13  purposes of the hearing.  But here we are today.

14        Mr. Eisenberg was arrested on a complaint in Puerto

15  Rico on December 26, 2022.  He arrived in the Southern District

16  of New York on February 2, 2023, at which time he was presented

17  before Magistrate Judge Jennifer Willis and detained on consent

18  without prejudice.

19        He was indicted on January 9, 2023.  There is a

20  three-count indictment which includes these counts:  One,

21  commodities fraud; two, commodities manipulation; and three,

22  wire fraud.  These are only allegations at this time that are

23  contained in the indictment.

24        I think we will jump to the parties, defense counsel

25  and the government.  And perhaps I will start with the

N6E8EISC

1     government counsel to tell us where we are in terms of

2     discovery, etc. and any other issues that you're aware of.

3            MR. BURNETT:  Yes.  Thank you, your Honor.

4            So, in terms of discovery, the government has made

5     available to defense all of the Rule 16 materials that are in

6     the government's possession, custody and control.  The one

7     outstanding item on discovery is the government obtained a

8     search warrant for some of Mr. Eisenberg's phones and one of

9     his computers.  The images or extractions from those devices

10    have been available to defense at the FBI building because they

11    have some contraband on the devices.  The government up until

12    yesterday had not been able to execute the search warrant; and

13    when I say execute the warrant, I mean review the data

14    ourselves because we were completing a privilege review.  My

15    understanding is that the privilege review on I think two of

16    the three devices is now complete.  So the government will be

17    executing the search warrant, which will result in the

18    government producing a responsive set of materials to the

19    defense.  That won't be anything that they don't already have

20    access to.  It will just be a subset of what they already have

21    access to that we have identified as responsive to the warrant.

22    So that is the last remaining discovery-related issue from the

23    government's perspective.

24            In terms of the plan for today, the defense and I have

25    been talking regularly.  We think it probably makes sense at

N6E8EISC

1   this point to set a trial schedule and then the parties, once

2   there is a trial schedule set, will confer and submit a

3   proposed schedule for briefing on a motion to dismiss and

4   potentially a motion to suppress.  I think we can get that

5   proposed schedule in fairly quickly, within a week or so after

6   today, but we figured it makes most sense to have a trial date

7   set first and then we can figure out the schedule based on that

8   date.

9          THE COURT:  So we have reviewed our calendar here, and

10  we were thinking about April 2, 2024, for trial.  I think maybe

11  that information has been shared to counsel, or some of you,

12  and I think that that date was satisfactory to you.  But let's

13  hear from defense counsel or any other issues that you want to

14  address.

15         MR. KLEIN:  Yes, your Honor.  This is Brian Klein.

16         We were actually hoping for a trial in September and

17  October.  We had heard that that date was not available with

18  your Honor's calendar.  We had heard a December date was

19  available and we thought that might work.  Mr. Talkin has one

20  thing he wanted to raise.  Is there no chance in the Court's

21  calendar of a December date?

22         THE COURT:  I will go over it again with Christine.  I

23  suppose, although I don't know if this is going to help you for

24  planning, if something else were to fall out that's already on

25  the calendar, we would be happy to give you that time.

N6E8EISC

1          Hold on.  I can give you a preliminary response even

2     now, but I am not sure it's going to work.

3          How about December 4?

4          MR. KLEIN:  Your Honor, this is available for the

5     defense.  Mr. Talkin had one point he wanted to raise because

6     we were trying to get to trial sooner.

7          Mr. Talkin.

8          THE COURT:  We just got five months sooner.

9          MR. KLEIN:  I know.  Thank you, your Honor.

10          MS. TALKIN:  Your Honor, the issue I have is I have

11     another trial scheduled for that exact date in Eastern

12     District.  However, that defendant is out.  So I would ask

13     that, if it's okay with the Court, we take that December

14     date -- and it's okay with the government -- we take that date

15     and give me one week just to move that trial.  If it just so

16     happens I can't move that trial, I will inform the Court and we

17     know we have that April possibility.  But if that's an

18     acceptable procedure, I will ask to do that.  I should be able

19     to move that trial, but I can't tell you 100 percent as we sit

20     here.  I have already put the wheels in motion, but I can't

21     confirm for you yet.

22          THE COURT:  So a couple of things.

23          First, let's hear from the government if the

24     government is ready to go to trial on December 4.  I am happy

25     to do it.

N6E8EISC

1          MR. BURNETT:  Thank you, your Honor.

2          I have another trial that finishes I think in early

3     November.  So it's a little bit of a tight turnaround, but if

4     it works for everyone else, we will be ready.

5          THE COURT:  That takes care of that.

6          I don't want to adjourn today until we get some more

7     dates in here.  So December 4 is not as far off as we might

8     think.  So I wouldn't mind at least concluding the early

9     motions.  When do you think you can have that?

10          First of all, defense counsel, are you planning to

11     make one or more pretrial motions?  I am not talking about

12     motions *in limine* now and the motions in anticipation of the

13     jury trial.  I am talking about the motion to dismiss or

14     whatever you have in mind.  Let me hear about that.

15          MR. KLEIN:  Yes, your Honor.  We are contemplating and

16     anticipating a motion to suppress.  We have talked to the

17     government about that.  And we would anticipate filing that by

18     mid-July.  We also anticipate filing a number of motions to

19     dismiss.  It's still early, your Honor, to know what those

20     might look like, but we have started to work on those and

21     researching them, so we anticipate a few of those.

22          We wanted to talk to Mr. Burnett about his schedule

23     because he has that trial.  We don't want to jam him up, and

24     obviously don't want to jam the Court up, of course.

25          THE COURT:  It would be easier for me to have one

N6E8EISC

1    omnibus motion, a motion to dismiss, whatever else you have

2    got, put them all in one motion, and you tell me what is the

3    earliest you can have that motion presented.

4            MR. KLEIN:  I think that would be sometime in July.  I

5    want to talk with Mr. Talkin and the government because there

6    are some scheduling issues for both of us there, but I think we

7    can have that sometime in July or August.

8            Your Honor, I am not trying to not pick a date now.

9            THE COURT:  I get it.

10           So let's say it is July.  And then let's say, for

11   whatever reason, the motions don't succeed and we are going

12   forward to a jury trial.  So then we need, as you know,

13   pretrial submissions, which include motions *in limine*, joint

14   jury instructions, joint verdict sheet, joint proposed voir

15   dire.  So we need all of that.  And then we need time for a

16   government response.  So those are the two sets of motions.

17           I think we could accommodate, if you all can, mid-July

18   would be better than August.  I am not going to force you now

19   with dates but just the process.  So there would be one omnibus

20   motion and response from the government and reply from the

21   defense.  And then in the event that we are still going to

22   trial, I am going to need dates from all of you, again, for

23   motions *in limine*, joint jury instruction, joint verdict sheet,

24   joint proposed voir dire, when those would be submitted.  And

25   then we would need a government response to those particular

N6E8EISC

1    motions *in limine*.  Then we also need a final pretrial

2    conference before the trial.

3              So, as I say, it seems far off but not really, and you

4    all know this actually as well or better than I do.  So if you

5    could jointly submit a proposal that embraces all of those

6    steps pretrial, I will take a look.  If you could submit that

7    jointly within the next week, and hopefully then we will be

8    ready to advise the public as to what the schedule is.

9              How does that sound?

10             MR. KLEIN:  Your Honor, that sounds great and we

11   appreciate it.  Could we have until Thursday because Monday is

12   a holiday.

13             THE COURT:  No problem.  So Thursday is -- do you

14   happen to have that date handy?

15             MR. KLEIN:  I think it's the 22nd.

16             THE COURT:  That's fine.

17             MR. KLEIN:  For the pretrial conference, do you

18   usually like it one week or two weeks before?  Is there a date

19   you usually like to have that just so we know?

20             THE COURT:  I guess the earlier the better.  I am

21   pretty flexible about it.  If I had my druthers, two weeks

22   would be great.  We could do it in one week if we had to.  So

23   if you could think about a two-week notice, I would appreciate

24   that.

25             MR. KLEIN:  Yes, your Honor.

N6E8EISC

1          THE COURT:  So I think that covers it.

2          So I will look, first and foremost, to the 22nd for an

3    on-consent schedule that takes us from today through trial.

4          Do you anticipate or have you thought about it -- you

5    may not be able to answer this yet -- how long a trial this

6    might be?

7          MR. KLEIN:  We have talked about it with the

8    government, your Honor.  I think they can tell you their

9    estimate for their case and we can go from there.

10          THE COURT:  Let's hear from the government.

11          MR. BURNETT:  I think, your Honor, that the

12    government's case would be about a week and a half.

13          THE COURT:  So, of course, everybody is concerned

14    about the Christmas holiday, etc., as the jurors would be also,

15    but that ought to work.  If we set aside, let's say, three

16    weeks, I am sure that would be more than enough based on what

17    you're saying.  Offhand, do you think that's right?

18          MR. KLEIN:  Yes, your Honor, for the defense.

19          MR. BURNETT:  Same for the government, your Honor.

20          THE COURT:  So that is good progress then.

21          So we have two things left.  The first is for me to

22    ask you if you have any other issues that we didn't get to

23    today, if you have any.  And second, if there is a speedy trial

24    issue or application which takes us to December 4.

25          MR. BURNETT:  Thank you, your Honor.

N6E8EISC

1          For the government, it's just the speedy trial

2     application.  And on that score, the government would move to

3     exclude time to December 4 so the parties can discuss, prepare,

4     and file motions and then prepare for trial.

5          THE COURT:  I am inclined to grant that motion, unless

6     there is some objection from the defense, to exclude time to

7     and including December 4, 2023.

8          MR. KLEIN:  We do not object, your Honor.

9          THE COURT:  Did defense have anything further?

10          MR. KLEIN:  Nothing, your Honor.  We just want to

11     thank you so much for accommodating the videoconference today.

12     It actually is incredibly helpful for us and our client.  So we

13     just want to express appreciation for that.

14          THE COURT:  It's our pleasure to do it.  And Christine

15     and Ashley arranged it so we are happy to accommodate you when

16     we can.

17          I think then that's it.  I will review your letter and

18     then put out an order with the dates that we have all agreed

19     on.  Okay?

20          MR. KLEIN:  Thank you very much.

21          MR. BURNETT:  Thank you.

22          MR. KLEIN:  Your Honor, is it possible if Christine or

23     Ashley could let us talk to Mr. Eisenberg for a minute

24     afterwards in a separate room?

25          THE COURT:  I will let Ashley arrange that.

N6E8EISC

1                Ashley, can you do that?

2                THE CLERK:  Yes.  I will set up a breakout room.

3                THE COURT:  Mr. Eisenberg, you stay on and we will

4    make it possible for you to talk to defense counsel.

5                THE DEFENDANT:  Thank you.

6                THE COURT:  Otherwise I am going to sign off.

7                Good to talk to you all.  Thanks so much.

8                (Adjourned)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25