**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2023

**By ECF**
Hon. Richard M. Berman
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>Avraham Eisenberg</u>, 23 Cr. 10 (RMB)

Judge Berman:

    At the June 14, 2023 pretrial conference, the Court asked the parties to submit a proposed schedule for certain pretrial motions and submissions in the above-captioned case.

    The parties jointly propose the following schedule for suppression motions and motions to dismiss the indictment:

- July 28, 2023: Defense motions
- August 25, 2023: Government oppositions
- September 11, 2023: Defense replies

    The parties also jointly propose the following schedule for other pretrial motions and submissions:

- November 6, 2023: Motions *in limine* and *Daubert* motions
- November 13, 2023: Oppositions to motions *in limine* and *Daubert* motions
- November ~~8~~ 6, 2023: Joint voir dire and jury instructions (~~Government will send defense proposed jury instructions by November 1, 2023, and defense will send response to Government by November 13, 2023~~) and joint verdict sheet.
- ~~Week of~~ November 29, 2023: Final pretrial conference at 10:00 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/ Thomas Burnett
     Thomas Burnett
     Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/23

United States v. Avraham Eisenberg         23 cr 10 (RMB)

Proposed schedule is approved as modified by the Court.

SO ORDERED:
Date: 6/27/23

*Richard M. Berman*
Richard M. Berman, U.S.D.J.