UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE UNITED STATES OF AMERICA,

                -against-

AVRAHAM EISENBERG,

                          Defendant.
-----------------------------------------------------------------X

DECLARATION

23 Cr. 10 (RMB)

      I, SANFORD TALKIN, declare under penalty of perjury, pursuant to 28 United States Code, Section 1746, that the following is true and correct:

1. I am one of the attorneys of record for the defendant, Avraham Eisenberg ("Eisenberg") in the above-captioned case.

2. The facts presented in this Declaration, Eisenberg's Affirmation and defendant's Memorandum of Law are derived from the record of the case in both the United States District Court for the District of Puerto Rico and the Southern District of New York, the Complaint and Indictment filed by the government and the discovery materials currently available to the defense.

3. On December 23, 2022, Eisenberg was charged in the Southern District of New York in a sealed Complaint with a violating 7 U.S.C. § 9(1) and § 13(a)(5), 17 CFR § 180.1 and 18 U.S.C. § 2 (Commodities Fraud) and 7 U.S.C. § 13(a)(2) and 18 U.S.C. § 2 (Commodities Manipulation).   (ECF Doc-1).

4. The Complaint did include a forfeiture allegation.

5. A warrant for Eisenberg's arrest was issued by the Honorable Gabriel Gorenstein, a Magistrate Judge of this Court on December 23, 2023.  (Exhibit A, Arrest Warrant).

6. On December 26, 2022, at approximately 7:30 pm, Eisenberg was arrested at the Luis Munoz Marin International Airport in Carolina, Puerto Rico by SA Crawford, FBI special agents Christine Perez ("SA Perez") and Gennaro Itri ("SA Itri"), FBI TFO Pedro Amador and HIS SA Joaquin Sandoval the pursuant to the arrest warrant. (Exhibit B, FBI arrest 302 dated 12/28/22).

7. The FBI indicates that they "conducted a search incident to arrest and [Eisenberg's] luggage and personal items were seized" at the airport. (Exhibit B); see also; Exhibit C, FBI search 302 dated 12/28/22 (indicating a indicating that four electronic devices, a charcoal grey Hasselbad cell phone a charcoal grey Samsung cell phone (IMEI:357111200989170) a white Samsung cell phone black and green Razer laptop and power cord (collectively referred to as the "Electrotonic Devices") were seized on 12/26/23 at 6:30 pm from Eisenberg pursuant to "a search incident to arrest") and Exhibit D, FBI search 302 dated 1/4/23 (indicating that Eisenberg's suitcase, backpack and wallet and numerous items contained therein were seized on 12/26/23 at 6:30 pm from Eisenberg pursuant to "a search incident to arrest"); Exhibit E, FBI 302 (Racz) dated 1/30/20 (Copies of made of "identification documents collected from Eisenberg during his arrest on December 26, 2022").

8. On December 26, 2022 at approximately 8:15, Eisenberg was transported to a Puerto Rico, Guaynabo Police Precinct and admitted into the facility overnight. (Exhibit B).

9. On December 27, 2022, at approximately 8:00 am, Eisenberg was transported by SA Crawford and SA Itri to the FBI San Juan Field Office where he was processed, spoke to counsel and presented for an Initial Appearance and Rule 5(c) (3) proceeding in the

United States District Court for the District of Puerto Rico before Magistrate Judge Bruce J. McGiverin.   (Exhibit B).

10. At this Initial Appearance, argument was heard regarding bail and the Magistrate Judge ordered Eisenberg temporarily detained pending a Detention Hearing scheduled for December 30, 2022. (Exhibit F, 12/27/23 Order)

11. During the December 30, 2022, Eisenberg waived his right to have Identity and Removal hearings conducted.  The Court did hold a Detention Hearing and reserved decision on the government's application for permanent detention.   (Exhibit G, U.S. District Court for the District of Puerto Rico Docket Sheet, Docket Entry 7).

12. On January 4, 2023, the Magistrate Judge McGiverin issued an Order for the detention of Eisenberg pending trial.  (Exhibit H,  1/4/23 Detention Order).

13. On January 9, 2023 Eisenberg was Indicted in the Southern District of New York for violating 7 U.S.C. § 9(1) and § 13(a)(5), 17 CFR § 180.1 and 18 U.S.C. § 2 (Commodities Fraud), 7 U.S.C. § 13(a)(2) and 18 U.S.C. § 2 (Commodities Manipulation), 18 U.S.C. § 1343 and § 2 (Wire Fraud).

14. The Indictment included a Forfeiture Allegation and a Substitute Asset Provision.

15. On January 6, 2023, Magistrate Sarah Netburn of the Southern District of New York signed numerous Orders granting the government's application for search warrants for numerous social media and email platforms related to Eisenberg (Exhibit I, 1/6/23 SW and Application).

16. On January 19, 2023, Magistrate Barabara Moses signed an Order granting the government's application for a search warrant of the Electronic Devices.  Exhibit J, 1/19/23 SW and Application).

17. On January 19, 2023, one of Eisenberg's attorneys, Brian Klein, Esq., sent a letter, by email, requesting that it "promptly return" all seized items, which they have not previously agreed to return. This requested subset of items included the Electronic Devices. (Exhibit K, Klein letter date 1/19/23).

18. On January 27, 2023, Special Agent Gurdeep Sing "made copies of miscellaneous documents collected from Eisenberg during his arrest on December 26, 2022 and Special Agent Brandon Racz "made copies of identification documents collected form Eisenberg during his arrest on December 26, 2022." (Exhibit E, Exhibit L, (Singh) 1/30/23 302).

19. Eisenberg initially appeared in the Southern District of New York on February 2, 2023 before Magistrate Judge Jennifer Willis. At this appearance, Eisenberg was detained without prejudice on consent.

20. On February 14, 2023. Eisenberg was arraigned on the Indictment by this Court.

Dated: New York, New York
July 18, 2023

Sanford Talkin