# EXHIBIT A

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno:

# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

United States of America
v.

Case No.

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ❏ Complaint
❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____      _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

USAO_SDNY_01_00000030