# EXHIBIT E

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/30/2023

    On January 27, 2023, Special Agent Brandon Racz made copies of identification documents collected from Eisenberg during his arrest on December 26, 2022.

    The copies will be maintained in the 1A associated this serial.

---

Investigation on  01/27/2023  at  New York, New York, United States (In Person)

File #  318C-NY-3671011                                              Date drafted  01/27/2023

by  Brandon S Racz

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.