# EXHIBIT G

# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:22-mj-01583-BJM-1

Case title: USA v. Eisenberg

Date Filed: 12/27/2022

Date Terminated: 01/09/2023

Assigned to: US Magistrate Judge Bruce J. McGiverin

### Defendant (1)

**Avraham Mayer Eisenberg**  
*TERMINATED: 01/09/2023*

represented by **Joseph A. Niskar**  
Federal Public Defender's Office  
Patio Gallery Building  
241 Franklin D. Roosevelt Ave.  
Hato Rey, PR 00918-2441  
787-281-4922  
Fax: 787-281-4899  
Email: joseph_niskar@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender*

**Manuel San-Juan-DeMartino**  
Manuel San Juan Law Office  
PO Box 9023587  
San Juan, PR 00902-3587  
787-723-6669  
Fax: 787-725-2932  
Email: sanjuanm@microjuris.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 7:9(1) and 13(a)(5), 17:180.1, 18:2 Commodities Fraud; 7:13(a)(2), 18:2 Commodities Manipulation | |

**Interested Party**

US Probation Office

**Interested Party**

| | | |
|---|---|---|
| **Bloomberg, L.P.** | represented by | **Victoria M. Rivera-Llorens** McConnell Valdes LLC P.O. Box 364225 San Juan, PR 00936-4225 787-250-5672 Email: vrll@mcvpr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Carlos Jose Romo-Aledo** DOJ-USAO Torre Chardon 350 Carlos Chardon Street Suite 1201 San Juan, PR 00918 787-766-5656 Email: carlos.romo.aledo@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: AUSA Designation* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2022 | 1 | Rule 5 Documents Received as to Avraham Mayer Eisenberg (1). (Attachments: # 1 Arrest Warrant) (bgl) (Entered: 12/28/2022) |
| 12/27/2022 | | Arrest of Avraham Mayer Eisenberg (1). (bgl) (Entered: 12/28/2022) |
| 12/27/2022 | 3 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Initial Appearance in Rule 5(c)(3) Proceedings as to Avraham Mayer Eisenberg (1) held on 12/27/2022 via VTC. Present: AUSA Carlos Romo, AFPD Kevin Lerman and AUSPO Gabriela Hernandez. The defendant was present, under custody and did not require the assistance of a court interpreter. The defendant waived his right to appear physically at the |

| | | |
|---|---|---|
| | | hearing and consented to proceed by way of VTC. Defendant was advised as to the charges contained in the complaint from the Southern District of New York. The defendant was also advised of the applicable minimum and maximum statutory penalties that he is exposed to if convicted of the charges in the complaint. The defendant informed that he will be retaining counsel and requested court appointed counsel only for purposes of the initial appearance. The Court appointed the FPD's Office to represent the defendant during the present hearing. As to detention, defense counsel offered arguments in favor of setting conditions of release today. Government argued in favor of temporary detention on the basis of risk of flight. After hearing the parties, the Court denied without prejudice the defendant's motion for release today. **A Identity, Removal and Detention Hearing is set for 12/30/2022 at 10:30 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin. Preliminary Examination is set for 1/10/2023 at 10:00 AM in Courtroom 9 before US Magistrate Judge Bruce J. McGiverin.** Government informed that a motion to unseal will be filed before the prosecuting district. (Court Reporter Zoom.) Hearing held at 12:05. Hearing ended at 12:22. (bgl) Modified on 12/28/2022 to edit docket text and modified hearing time as per CDC's request. (mg). Modified on 1/9/2023 to modify wording as to hearing. (mg). (Entered: 12/28/2022) |
| 12/27/2022 | 4 | ORDER scheduling detention hearing as to Avraham Mayer Eisenberg (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Bruce J. McGiverin on 12/27/2022. (bgl) (Entered: 12/28/2022) |
| 12/28/2022 | 2 | NOTICE OF ATTORNEY APPEARANCE: Joseph A. Niskar appearing for Avraham Mayer Eisenberg (1) (Niskar, Joseph) (Entered: 12/28/2022) |
| 12/29/2022 | 5 | NOTICE OF ATTORNEY APPEARANCE: Manuel San-Juan-DeMartino appearing for Avraham Mayer Eisenberg (1) (San-Juan-DeMartino, Manuel) (Entered: 12/29/2022) |
| 12/29/2022 | 6 | ***SELECTED PARTIES***Notice of Disclosure of Pretrial Services Report as to Avraham Mayer Eisenberg (1). Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be produced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. 3153(c)(1), by USA, US Probation Office, Avraham Mayer Eisenberg (Hernandez-Ramirez, Gabriela) (Entered: 12/29/2022) |
| 12/30/2022 | 7 | Minute Entry for proceedings held before US Magistrate Judge Bruce J. McGiverin: Identity, Removal and Detention. Hearing as to Avraham Mayer Eisenberg (1) held on 12/30/2022. Present in court were AUSA Myriam Fernandez, Atty. Manuel San-Juan-DeMartino and AUSPO Gabriela Hernandez. The defendant was present, under custody and did not require the assistance of a court interpreter. Counsel informed that the defendant waives the identity and removal hearings, but requests for the detention hearing to be held in this district. Defendant was advised of his rights and was ordered removed to the Southern District of New York. As to detention, defense counsel argued in favor of setting conditions of release, proffering a potential third-party custodian and a secured property bond. Government moved in favor of detention on the basis of both grounds. After hearing the arguments of the parties, the Court held the matter under advisement. (Court Reporter DCR/ Courtroom 9.) Hearing set for 10:30. Hearing held at 11:06. Hearing ended at 11:30. (bgl) Modified on 1/9/2023 to add wording as to CRD's request. (mg). (Entered: 01/03/2023) |
| 01/04/2023 | 8 | ORDER OF DETENTION PENDING TRIAL as to Avraham Mayer Eisenberg (1). The order is without prejudice to any revision by the court in the prosecuting district. Signed by US Magistrate Judge Bruce J. McGiverin on 1/4/2023. (JM) (Entered: 01/04/2023) |
| 01/05/2023 | 9 | TRANSCRIPT REQUEST *(Bail Hearing)* by Avraham Mayer Eisenberg (1) for proceedings held on 12-30-2022 before Judge Bruce J. McGiverin. (San-Juan-DeMartino, |

| | | |
|---|---|---|
| | | Manuel) (Entered: 01/05/2023) |
| 01/09/2023 | 10 | Rule 5 Documents Received (Southern District of New York Indictment) as to Avraham Mayer Eisenberg (1). (bgl) (Entered: 01/09/2023) |
| 01/09/2023 | 11 | ORDER as to Avraham Mayer Eisenberg (1) re 10 Rule 5 Documents Received: **Preliminary Examination set for 1/10/2023 is vacated.** Signed by US Magistrate Judge Bruce J. McGiverin on 1/9/2023. (bgl) (Entered: 01/09/2023) |
| 01/09/2023 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Avraham Mayer Eisenberg (1). Defendant committed to District of Southern District of New York. Signed by US Magistrate Judge Bruce J. McGiverin on 1/9/2023. (bgl) (Entered: 01/09/2023) |
| 01/09/2023 | 13 | Notice from the U.S. District Court for the District of Puerto Rico TO Southern District of New York of a Rule 5, Rule 32, or Rule 40 Appearance as to Avraham Mayer Eisenberg (1). Your case number is: 1:23-cr-00010-RMB. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to Fin_Misc@txnd.uscourts.gov. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (bgl) (Entered: 01/09/2023) |
| 01/10/2023 | 14 | MOTION Requesting Transcripts by Avraham Mayer Eisenberg (1). Responses due by 1/24/2023. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (San-Juan-DeMartino, Manuel) (Entered: 01/10/2023) |
| 01/10/2023 | 15 | ORDER granting 14 Motion Requesting Transcript as to Avraham Mayer Eisenberg (1). Signed by US Magistrate Judge Bruce J. McGiverin on January 10, 2023. (McGiverin, Bruce) (Entered: 01/10/2023) |
| 01/17/2023 | 16 | ***SELECTED PARTIES***Transcript of Removal and Detention Hearing as to Avraham Mayer Eisenberg (1) held on 12/30/2022, before Magistrate Judge Bruce J. McGiverin. Court Reporter/Transcriber Bo Vazquetelles. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. The policy is located at www.prd.uscourts.gov. Redaction Request due 2/7/2023. Redacted Transcript Deadline set for 2/17/2023. (be) (Entered: 01/17/2023) |
| 03/28/2023 | 17 | MOTION Requesting Order to Intervene and Request Access to Bail and Initial Appearance Hearing Transcripts, by Bloomberg, L.P. as to Avraham Mayer Eisenberg (1) for proceedings held on 12/27/2022 and 12/30/2022 before Judge Hon. Bruce J. McGiverin. (Rivera-Llorens, Victoria) Modified on 3/29/2023 to correct event and edit docket title text. (mg). (Entered: 03/28/2023) |
| 04/12/2023 | 18 | ORDER granting 17 Motion Requesting Order as to Avraham Mayer Eisenberg (1). Signed by US Magistrate Judge Bruce J. McGiverin on April 12, 2023. (McGiverin, Bruce) (Entered: 04/12/2023) |
| 04/13/2023 | 19 | NOTICE OF ATTORNEY APPEARANCE: by Victoria M. Rivera-Llorens as to Bloomberg, L.P. (Rivera-Llorens, Victoria) Modified on 4/13/2023 to edit docket text. (mg). (Entered: 04/13/2023) |
| 04/13/2023 | 20 | TRANSCRIPT REQUEST by Bloomberg, L.P. as to Avraham Mayer Eisenberg (1) for proceedings held on 12/27/2022 and 12/30/2022 before Judge Hon. Bruce J. McGiverin. (Rivera-Llorens, Victoria) (Entered: 04/13/2023) |
| 04/17/2023 | 21 | ***SELECTED PARTIES***Transcript of Initial Appearance Hearing as to Avraham Mayer Eisenberg (1) held on 12/27/2022, before Magistrate Judge Bruce J. McGiverin. Court Reporter/Transcriber Bo Vazquetelles. NOTICE RE REDACTION OF |

| | |
|---|---|
| | TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. The policy is located at www.prd.uscourts.gov. Redaction Request due 5/8/2023. Redacted Transcript Deadline set for 5/18/2023. (be) (Entered: 04/25/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/17/2023 16:44:48 | | | |
| **PACER Login:** | samtalkin | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-mj-01583-BJM |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |