# EXHIBIT L

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/30/2023

On January 27, 2023, Special Agent Gurdeep Singh made copies of miscellaneous documents collected from Eisenberg during his arrest on December 26, 2022.

The copies will be maintained in the 1A associated this serial.

| | |
|---|---|
| Investigation on | 01/27/2023   at   New York, New York, United States (In Person) |
| File # | 318C-NY-3671011     Date drafted   01/30/2023 |
| by | SINGH GURDEEP |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.