**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/23

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

August 15, 2023

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:  Unites States v. Avraham Eisenberg
     23 Cr. 10 (RMB)

Dear Judge Berman:

We are part of the defense team for defendant Avraham Eisenberg ("Eisenberg"). in the above-captioned matter. In conjunction with Eisenberg's Omnibus Motion, filed, July 28, 2023, we inadvertently disclosed certain personal identifying information, including Eisenberg's credit card and passport numbers on Talkin Declaration, Exhibit D (Doc. 30-4). Eisenberg respectfully requests permission to refile the document, redacting this personal identifying information. We have conferred with the government, and they have no objection to this request.

Thank you for Your Honor's consideration of this request.

Very truly yours,

~~Sanford Talkin~~
Sanford Talkin

Application granted.

cc: AUSA Thomas Burnett (by ECF)
    All counsel (by ECF)

SO ORDERED:
Date: 8/15/23          Richard M. Berman
                       Richard M. Berman, U.S.D.J.