UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ECF CASE |
| v. | 23 Cr. 10 (RMB) |
| AVRAHAM EISENBERG, | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| *Defendant.* | |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York


    By: /s/ Tian Huang
    Tian Huang
    Special Assistant United States Attorney
    (202) 598-2523