# EXHIBIT D

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log



**Event Title:** (U) Search Incident to Arrest                           **Date:** 01/04/2023

**Approved By:** A/SSA SA Don Anderson III

**Drafted By:** CRAWFORD MICHAEL

**Case ID #:** 318C-NY-3671011     (U) AVRAHAM EISENBERG; MANGO MARKETS, MNGO
                                       TOKEN - MARKET MANIPULATION

**Enclosure(s):** Enclosed are the following items:
1. (U) Receipt for property.

**Details:**

Search incident to arrest of AVRAHAM EISENBERG - luggage and personal items.

**Collected From:** (U) Avraham Eisenberg

**Receipt Given?:** Yes

**Holding Office:** SJ - SAN JUAN

| Item Type | Description |
|---|---|
| 1B General | (U) Blue suitcase<br>Collected On: 12/26/2022 06:30 PM EST<br>Seizing Individual: CRAWFORD MICHAEL<br>Located By: CRAWFORD MICHAEL |
| 1B General | (U) Black backpack with personal items.<br><br>Includes a plastic bag with the following items:<br>Puerto Rico ID Card<br>Visa Card<br>Israeli official documentation<br>Bank of America Card<br>Republic of Palau ID Card<br>Visa Card |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title:  (U) Search Incident to Arrest
Re:    318C-NY-3671011, 01/04/2023

```
                        Capital One Card ▆▆▆▆▆▆▆▆▆
                        Capital One Card ▆▆▆▆▆▆▆▆▆
                        019 Mobile Card
                        Visa Card ▆▆▆▆▆▆▆▆
                        Social Security Card
                        Discover Card ▆▆▆▆▆▆▆▆
                        Master Card ▆▆▆▆▆▆▆
                        Visa Card ▆▆▆▆▆▆▆▆
                        New York State ID Card
                        Bank of America Card ▆▆▆▆▆▆▆▆
                        Master Card ▆▆▆▆▆▆
                        Discover Card ▆▆▆▆▆▆▆
                        Visa Card ▆▆▆▆▆
                        Master Card ▆▆▆▆▆▆▆▆▆▆▆▆
                        US Passport ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

                        Collected On:  12/26/2022 06:30 PM EST
                        Seizing Individual:  CRAWFORD MICHAEL
                        Located By:  CRAWFORD MICHAEL

1B Valuable             (U) US Currency
                        Collected On:  12/26/2022 06:30 PM EST
                        Seizing Individual:  CRAWFORD MICHAEL
                        Located By:  CRAWFORD MICHAEL
                        Location Area:  Wallet on Eisenberg's person
                        Valuable Type:  Cash - US Currency
                        US Dollar Value:  $154
                        Dye Pack:  No
                        Confirmed Counterfeit:  No
                        Mutilated Currency:  No

1B Valuable             (U) Israeli Currency
                        Collected On:  12/26/2022 06:30 PM EST
                        Seizing Individual:  CRAWFORD MICHAEL
                        Located By:  CRAWFORD MICHAEL
                        Location Area:  Wallet on Eisenberg's person
                        Valuable Type:  Cash - Foreign Currency
                        US Dollar Value:  $175.71
                        Conversion Rate Date of Collection:   12/26/2022
```

**UNCLASSIFIED**

UNCLASSIFIED

Title: (U) Search Incident to Arrest
Re: 318C-NY-3671011, 01/04/2023

◆◆

UNCLASSIFIED

3

USAO_SDNY_01_00000027