# EXHIBIT 1

| | |
|---|---|
| **From:** | Bertos, Neil |
| **To:** | Racz, Brandon S. (NY) (FBI); Burnett, Thomas (USANYS); Solowiejczyk, Noah (USANYS) |
| **Subject:** | [EXTERNAL] EISENBERG Flight Information |
| **Date:** | Thursday, December 22, 2022 1:34:18 PM |

Information we have indicates the following:

Depart Tel Aviv on December 25 (late)

Arrive Madrid on December 26

Depart Madrid December 26 @ 0955 flight IB 6301

Arrive San Juan December 26 @ 1945

I will be able to obtain the exact departure time from Tel Aviv to Madrid tomorrow (2 days before the scheduled flight) and all other booking information.

EISENBERG currently does not have a return flight booked.

I will keep everyone posted.

Neil F. Bertos, Special Agent
Securities Investigations Group
HSI - Homeland Security Investigations

