# EXHIBIT 2

### 318C-NY-3671011 - 1

| | | | |
|---|---|---|---|
| **Type:** | Action Required | **Created:** | 12/22/2022 |
| **Precedence:** | Routine | **Due:** | 02/20/2023 |
| **From:** | NEW YORK, NY-C43 | | |
| **Contact:** | Brandon S Racz | **Phone:** | 212-384-3196 |
| **Drafted By:** | Brandon S Racz | | |
| **Approved By:** | SSA GLIK STEVEN D | | |
| **Case:** | 318C-NY-3671011 | **Lead:** | 1 |
| **Reference Document:** | 318C-NY-3671011 Serial 17 | | |

**Details:**

(U)
FBI New York requests that FBI San Juan arrest Avraham Eisenberg upon his arrival in Puerto Rico. Eisenberg is currently schedule to fly from Madrid, Spain to San Juan, PR on December 26, 2022 via Iberia Flight 6301 which is scheduled to arrive at 7:45 PM. It is expected that FBI New York will obtain an arrest warrant on 12/23/2022.

Name: Avraham Mayer Eisenberg
DOB: July 4, 1995
Passport: 542672384 (United States)

#### Location 1

| | |
|---|---|
| **To:** | SJ-WC |
| **Status:** | Covered |
| **Recipient:** | SJ-WC |
| **Assigned:** | 12/23/2022 to CRAWFORD MICHAEL |
| **Comments:** | Lorna I. Vazquez 12/23/2022: (U) Please coordinate. Make sure to submit an ops plan for approval. |

| | |
|---|---|
| **Coverage Action:** | Lead fully covered on 12/28/2022 by CRAWFORD MICHAEL 318C-NY-3671011 Serial 19 |
| **Comments:** | (U) Arrest conducted Activity Log |