# EXHIBIT 3

- 1 of 1 -

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/28/2022

On December 26, 2022, at approximately 7:30 PM, pursuant to an arrest warrant issued in the Southern District of New York, FBI SA Michael Crawford, FBI SA Cristine Perez, FBI SA Gennaro Itri, FBI TFO Pedro Amador and HSI SA Joaquin Sandoval arrested AVRAHAM EISENBERG (AVRAHAM) at Luis Munoz Marin International Airport, Carolina, Puerto Rico. Agents conducted a search incident to arrest and AVRAHAM's luggage and personal items were seized.

Note: A receipt of items seized was attached to the 1A file of the Evidence Items Collected Log.

On December 26, 2022, at approximately 8:15 PM, AVRAHAM was transported to a Police of Puerto Rico, Guaynabo Precinct located in Guaynabo, Puerto Rico. AVRAHAM was admitted into the facility. AVRAHAM was given food and water by the agents.

On December 27, 2022, at approximately 8:00 AM, AVRAHAM was transported from the Police of Puerto Rico facility to the FBI San Juan Field Office by FBI SA Michael Crawford and FBI SA Gennaro Itri. AVRAHAM was processed, spoke with legal counsel, Pretrial Services, and had an initial appearance before Magistrate Judge Bruce McGivern. AVRAHAM was offered food and water throughout the day.

On December 27, 2022, at approximately 2:00 PM, AVRAHAM was transported to the Metropolitan Detention Center, in Guaynabo, PR and admitted into the facility.

Investigation on  12/26/2022  at  Carolina, Puerto Rico, United States (In Person)

File #  318C-NY-3671011                                     Date drafted  12/28/2022

by  CRAWFORD MICHAEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.