# EXHIBIT 5

*U.S GPO: 2004-307-714/90013

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318C-NY-3671011

On (date) 12/26/2022

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Avraham Mayer Eisenberg
(Street Address) Luis Munoz Marin International Airport
(City) Carolina, PR

Description of Item(s):
- Suitcase with personal belongings
- Backpack with personal belongings

Received By: [signature]   Received From: [signature]