# EXHIBIT 6

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Search Incident to Arrest        **Date:** 01/04/2023

**Approved By:** A/SSA SA Don Anderson III

**Drafted By:** CRAWFORD MICHAEL

**Case ID #:** 318C-NY-3671011        (U) AVRAHAM EISENBERG; MANGO MARKETS, MNGO TOKEN - MARKET MANIPULATION

**Enclosure(s):** Enclosed are the following items:
1. (U) Receipt for property.

**Details:**

Search incident to arrest of AVRAHAM EISENBERG - luggage and personal items.

**Collected From:** (U) Avraham Eisenberg

**Receipt Given?:** Yes

**Holding Office:** SJ - SAN JUAN

| Item Type | Description |
|---|---|
| 1B General | (U) Blue suitcase<br>Collected On: 12/26/2022 06:30 PM EST<br>Seizing Individual: CRAWFORD MICHAEL<br>Located By: CRAWFORD MICHAEL |
| 1B General | (U) Black backpack with personal items.<br><br>Includes a plastic bag with the following items:<br>Puerto Rico ID Card<br>Visa Card ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Israeli official documentation<br>Bank of America Card ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Republic of Palau ID Card<br>Visa Card ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title: (U) Search Incident to Arrest
Re:   318C-NY-3671011, 01/04/2023

                     Capital One Card ▮▮▮▮▮▮▮▮
                     Capital One Card ▮▮▮▮▮▮▮▮
                     019 Mobile Card
                     Visa Card ▮▮▮▮▮▮▮▮
                     Social Security Card
                     Discover Card ▮▮▮▮▮▮▮▮
                     Master Card ▮▮▮▮▮▮▮▮
                     Visa Card ▮▮▮▮▮▮▮▮
                     New York State ID Card
                     Bank of America Card ▮▮▮▮▮▮▮▮
                     Master Card ▮▮▮▮▮▮▮▮
                     Discover Card ▮▮▮▮▮▮▮▮
                     Visa Card ▮▮▮▮▮▮▮▮
                     Master Card
                     US Passport #: ▮▮▮▮▮▮▮, expiration 24 Mar 2026

                     Collected On:  12/26/2022 06:30 PM EST
                     Seizing Individual:  CRAWFORD MICHAEL
                     Located By:  CRAWFORD MICHAEL

1B Valuable       (U) US Currency
                    Collected On:  12/26/2022 06:30 PM EST
                    Seizing Individual:  CRAWFORD MICHAEL
                    Located By:  CRAWFORD MICHAEL
                    Location Area:  Wallet on Eisenberg's person
                    Valuable Type:  Cash - US Currency
                    US Dollar Value:  $154
                    Dye Pack:  No
                    Confirmed Counterfeit:  No
                    Mutilated Currency:  No

1B Valuable       (U) Israeli Currency
                    Collected On:  12/26/2022 06:30 PM EST
                    Seizing Individual:  CRAWFORD MICHAEL
                    Located By:  CRAWFORD MICHAEL
                    Location Area:  Wallet on Eisenberg's person
                    Valuable Type:  Cash - Foreign Currency
                    US Dollar Value:  $175.71
                    Conversion Rate Date of Collection:  12/26/2022

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Search Incident to Arrest
Re:    318C-NY-3671011, 01/04/2023

♦♦

USAO_SDNY_01_00000027