# EXHIBIT 7

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Search Incident to Arrest - Eisenberg   **Date:** 12/28/2022

**Approved By:** A/SSA Cristine J. Perez

**Drafted By:** CRAWFORD MICHAEL

**Case ID #:** 318C-NY-3671011    (U) AVRAHAM EISENBERG; MANGO MARKETS, MNGO TOKEN - MARKET MANIPULATION

**Enclosure(s):** Enclosed are the following items:
1. (U) Receipt for property

**Details:**

Search incident to arrest of AVRAHAM EISENBERG.

**Collected From:** (U) Avraham Eisenberg

**Receipt Given?:** Yes

**Holding Office:** SJ - SAN JUAN

| Item Type | Description |
|---|---|
| 1B Digital | (U) Charcoal Gray Hasselblad cellular telephone with a 1 logo<br>Collected On: 12/26/2022 06:30 PM EST<br>Seizing Individual: Cristine J. Perez<br>Located By: Cristine J. Perez<br>Device Type: Cell Phone<br>Number of Devices Collected: 1 |
| 1B Digital | (U) Charcoal Gray Samsung IMEI: 357111200989170<br>Collected On: 12/26/2022 06:30 PM EST<br>Seizing Individual: Cristine J. Perez<br>Located By: Cristine J. Perez<br>Device Type: Cell Phone<br>Number of Devices Collected: 1 |

UNCLASSIFIED
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title:  (U) Search Incident to Arrest - Eisenberg
Re:   318C-NY-3671011, 12/28/2022

| | |
|---|---|
| 1B Digital | (U) White Samsung IMEI: 353329/22/945341/3<br>IMEI: 358810/64/945341/2<br>S/N: R9WR903SPAD<br>Collected On:  12/26/2022 06:30 PM EST<br>Seizing Individual:  Cristine J. Perez<br>Located By:  Cristine J. Perez<br>Device Type:  Cell Phone<br>Number of Devices Collected:  1 |
| 1B Digital | (U) Black with green logo laptop computer<br>Designed and Engineered by Razer in California.<br>Model No: RZ09-0406<br>Product No: RZ09-0406CE63<br>Serial No: BY2132M35303941<br>Collected On:  12/26/2022 06:30 PM EST<br>Seizing Individual:  Cristine J. Perez<br>Located By:  Cristine J. Perez<br>Device Type:  Laptop/Tablet Computer<br>Number of Devices Collected:  1 |
| 1B General | (U) Power cord for laptop<br>S/N HN2124U03401314<br>Collected On:  12/26/2022 06:30 PM EST<br>Seizing Individual:  Cristine J. Perez<br>Located By:  Cristine J. Perez |

♦♦