# EXHIBIT 8



**From:** Peck, Jessica (CRM)
**Sent:** Monday, December 26, 2022 8:31 PM

**Subject:** RE: Eisenberg

Arresting agents in San Juan said they have 3 cellphones and a computer, plus luggage. Eisenberg refused to answer questions and refused to sign basic intake paperwork. It's unclear what he said to CBP about what he was coming back to do. I hope for a better update tomorrow. Give me a call if you hear anything interesting.



