# EXHIBIT 9

## 318C-NY-3671011 - 2

|  |  |  |  |
|---|---|---|---|
| **Type:** | Action Required | **Created:** | 12/28/2022 |
| **Precedence:** | Priority | **Due:** | 01/04/2023 |
| **From:** | SAN JUAN, SJ-WC | | |
| **Contact:** | CRAWFORD MICHAEL | **Phone:** | 787-772-2271 |
| **Drafted By:** | CRAWFORD MICHAEL | | |
| **Approved By:** | A/SSA Cristine J. Perez | | |
| **Case:** | 318C-NY-3671011 | **Lead:** | 2 |

**Details:**   (U)
Please send 1B1, 1B2, 1B3, 1B4, and 1B5 to FBI New York Field Office Evidence Control Room.

---

### Location 1

**To:**   SJ-AO-UNIT 3-ECT

**Status:**   Covered

**Recipient:**   SJ-AO-UNIT 3-ECT
**Assigned:**   12/30/2022 to CRUZ BIANCA

**Comments:**   SERRANO WALDEMAR 12/30/2022: (U//FOUO) Please execute as per policy.

---

**Coverage Action:**   Lead fully covered on 01/13/2023 by CRUZ BIANCA
318C-NY-3671011
Serial 18
**Comments:**   (U) SENT TO FBI NY VIA FEDEX # 6076 1887 7653
Activity Log