# EXHIBIT 10

## 318C-NY-3671011 - 3

| | | | |
|---|---|---|---|
| **Type:** | Action Required | **Created:** | 01/11/2023 |
| **Precedence:** | Deadline | **Due:** | 01/25/2023 |
| **From:** | SAN JUAN, SJ-WC | | |
| **Contact:** | CRAWFORD MICHAEL | **Phone:** | 787-772-2271 |
| **Drafted By:** | CRAWFORD MICHAEL | | |
| **Approved By:** | SSA Lorna I. Vazquez | | |
| **Case:** | 318C-NY-3671011 | **Lead:** | 3 |
| **Details:** | (U)<br>Please send 1B6, 1B7, 1B8, 1B9 to the FBI New York ECR. | | |

### Location 1

| | |
|---|---|
| **To:** | SJ-AO-UNIT 3-ECT |
| **Status:** | Covered |
| **Recipient:** | SJ-AO-UNIT 3-ECT |
| **Assigned:** | 01/19/2023 to CRUZ-SANCHEZ YARITZA |
| **Coverage Action:** | Lead fully covered on 01/24/2023 by CRUZ-SANCHEZ YARITZA<br>318C-NY-3671011<br>Serial 20 |
| **Comments:** | (U) TRANSFERED TO FBI NY ECR, VIA FEDEX TRK# 6076 1887 8134 ON 1/24/2023 AT 9:32 AM<br>Activity Log |