# EXHIBIT 11

  

**9:35** 5G E

← B **Brandon S. (NY) (...** 📹 📞 ⋮

Friday, Jan 13 • 10:08 AM

Hey will you be in today?

Need to contact San Juan evidence and have them ship Eisenberg devices asap

No, RDO today. Do you need something? I have my laptop w me.

Ah ok. I'll try on a proffer break

Tried yesterday to contact bianca Cruz who got the evidence lead. No response

Ok let me try contacting her.

Lead expired over a week ago

Lol what is happening in PR

Can't get the warrant until the devices are in sdny



Have an update, call when you can

  Text message