# EXHIBIT 12

10:08   5G<sub>E</sub>

+1 787-692-4896
Puerto Rico

**Outgoing call** — 5s
Jan 13, 10:22 AM

**Incoming call** HD — 6m 57s
Jan 13, 10:24 AM

**Incoming call** HD — 1m 31s
Jan 13, 10:39 AM

Video call    Call    Message

USAO_SDNY_01_00016527