# EXHIBIT 13



+1 787-249-2943
Puerto Rico

Incoming call
Jan 13, 1:01 PM

1m 41s

Video call | Call | Message