# EXHIBIT 14

-1004
07-27-2021

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

Evidence Type: ☐ General  ☐ Drugs  ☐ Firearms Weapon  Item # __1__
☑ Digital  ☐ Valuables

### Special Handling Instructions
☐ HAZMAT  ☐ Latents  ☐ FGJ
☐ Req. Charging  ☐ Freeze  ☐ Refrigerate
☐ Biohazard
☐ Other ____

### Initial Receipt
Signature of Seizing Individual: [signature]
Printed Name/Agency: Cristine Perez
Reason: Initial Collection
Collected By: Cristine Perez
Agency: FBI

Date and Time: 12/26/2022 7:30 PM

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature] Printed Name/Agency: Cristine Perez FBI Reason: TO ECR | 1:39 pm 12/28/22 | Signature: Beauchamp Printed Name/Agency: E. Beauchamp/PR Reason: STORAGE | 1:39 pm 12/28/22 |
| Signature: BC Printed Name/Agency: Bianca Cruz / FBI Reason: Sent to FBI NY via FEDEX # 6076 1887 7653 | 1/13/23 11:55AM | Signature: [signature] Printed Name/Agency: Jamie Spingeld Reason: Received from San Juan | 1/17/23 1:15pm |
| Signature: [signature] Printed Name/Agency: Jamie Spingeld Reason: Charge Out | 1/17/23 1:45pm | Signature: BR Printed Name/Agency: Brandon Race Reason: check out | 1/17/23 1:45pm |
| Signature: BR Printed Name/Agency: Brandon Race Reason: CART | 1/24/23 10:55AM | Signature: Brana Nicole Whelan Printed Name/Agency: Brana Nicole Whelan/FBI Reason: CART | 1/24/23 10:55AM |
| Signature: Brana Nicole Whelan Printed Name/Agency: Brana Nicole Whelan FBI Reason: CART Transfer | 1/31/23 12:07 | Signature: [signature] Printed Name/Agency: Louis D'Toro/FBI Reason: CART | 1/31/23 12:07p |
| Signature: Brana Whelan BW Printed Name/Agency: Brana Whelan FBI Reason: | 8/16/23 | Signature: Printed Name/Agency: Reason: | |

### Firearm Certification by (FI/SWAT) / Explosive Device Certification by (SABT):
Printed Name:
Signature:
Date:

ATF Trace Form Completed: ☐
NCIC: ☐
Explosive device safe for ECR storage:

Case ID: 318C-NY-3671011     1B: __1__     Barcode: E7177933

*This form is incomplete without reference to the FD-1087.*

FD-1004
Rev.07-27-2021

# EVIDENCE CHAIN OF CUSTODY

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signed] <br> Printed Name/Agency: Louis Droad/FBI <br> Reason: Transfer | 8/16/23 10:03a | Signature: Briana Whelan <br> Printed Name/Agency: Briana Whelan FBI <br> Reason: Carry | 8/16/23 10:03am |
| Signature: Briana Whelan <br> Printed Name/Agency: Briana Whelan FBI <br> Reason: ECU Storage | 8/16/23 10:30am | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |

Case ID: _____   1B: _____   Barcode: _____

*This form is incomplete without reference to the FD-1087.*