# EXHIBIT 15

# 318C-NY-3671011 - 1B4

**Evidence Item:** 318C-NY-3671011 -- 1B4
**Evidence Type:** Digital
**Description:** (U) (1) red rope containing: Black with green logo laptop computer Designed and Engineered by Razer in California.
Model No: RZ09-0406
Product No: RZ09-0406CE63
Serial No: BY2132M35303941
**Location:**
  E03707388 - ECR8, BRONX WAREHOUSE
  E6652692 - ECR8, VS39
  E5464891 - ECR8, VS39 A
**Barcode:** E7177936

**PACKAGE COPY**

## Digital Information

**Type:** Laptop/Tablet Computer
**Batteries Charged:** No
**Number Collected:** 1
**Collected By CART:** No

## Details

**Collected On:** 12/26/2022 07:30 PM BOT
**CATS ID #:** None
**FBI Seizure #:** None
**Receipt Item #:** None
**CATS Abandonment #:** None
**Abandonment #:** None

**Storage Location**
**Holding Office:** NY - NEW YORK
**Finalized By:** BEAUCHAMP-RIVAS, EDGARDO MANUEL
**Last Inventory:** None

**Discovery Location**
**Area:** None
**Seizing Individual:** Cristine J. Perez
**Specific:** None
**Collected By:** Cristine J. Perez

## Retention

**Retention:** No

## Legal Caveats

None

## Chain of Custody

## Shipping Log

## History

## Acquisition Event

**Acquisition Event:** (U) Search Incident to Arrest - Eisenberg
**Collected From:** (U) Avraham Eisenberg

**Receipt Given:** Yes
**Holding Office:** SJ - SAN JUAN

FD-1004
Rev.07-27-2021

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms Weapon  Item # 4
☑ Digital  ☐ Valuables

### Special Handling Instructions
☐ HAZMAT  ☐ Latents  ☐ FGJ
☐ Req. Charging  ☐ Freeze  ☐ Refrigerate
☐ Biohazard
☐ Other ____

### Initial Receipt
Signature of Seizing Individual: [signature]
Printed Name/Agency: Cristine Perez
Reason: Initial Collection
Collected By: Cristine Perez
Agency: FBI

Date and Time: 12/26/2022 7:30 PM

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature]<br>Printed Name/Agency: Cristine Perez, FBI<br>Reason: To ECR | 12/28/22 1:39 PM | Signature: Beauchamp<br>Printed Name/Agency: F Beauchamp/FBI<br>Reason: Storage | 12/28/22 1:39 PM |
| Signature: [signature]<br>Printed Name/Agency: Bianca Cruz/FBI<br>Reason: Sent to FBI NY via FedEx # 6076 1887 7653 | 1/13/23 11:55 AM | Signature: [signature]<br>Printed Name/Agency: Jamie Spingold<br>Reason: Received from San Juan | 1/17/23 1:15 PM |
| Signature: [signature]<br>Printed Name/Agency: Jamie Spingold<br>Reason: Charge Out | 1/17/23 1:45 PM | Signature: [signature]<br>Printed Name/Agency: Brandon Race<br>Reason: check out | 1/17/23 1:45 PM |
| Signature: [signature]<br>Printed Name/Agency: Brandon Race<br>Reason: CART | 1/24/23 10:55 AM | Signature: Brana Nicole Weber<br>Printed Name/Agency: Brana Nicole Weber FBI<br>Reason: CART | 1/24/23 10:55 AM |
| Signature: Brana Nicole Weber<br>Printed Name/Agency: Brana Nicole Weber FBI<br>Reason: CART to RCV | 2/8/23 4:00 PM | Signature: Sean R.<br>Printed Name/Agency: Sean R.feeney<br>Reason: Check in | 2/8/23 4:00 PM |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |

### Firearm Certification by (FI/SWAT) / Explosive Device Certification by (SABT):
Printed Name:
Signature:
Date:

ATF Trace Form Completed: ☐
NCIC: ☐
Explosive device safe for ECR storage:

Case ID: 318C-NY-3671011   1B: 4   Barcode: E7177936

*This form is incomplete without reference to the FD-1087.*