# EXHIBIT 16

## 318C-NY-3671011 - 1B2

**Evidence Item:** 318C-NY-3671011 -- 1B2
**Evidence Type:** Digital
**Description:** (U) (1) red rope containing: Charcoal Gray Samsung IMEI: 357111200989170
**Location:**
- E03707388 - ECR8, BRONX WAREHOUSE
- E6652692 - ECR8, VS39
- E6652693 - ECR8, VS39 B

**Barcode:** E7177934

**PACKAGE COPY**

### Digital Information

**Type:** Cell Phone

**Batteries Charged:** No
**Number Collected:** 1
**Collected By CART:** No

### Details

**Collected On:** 12/26/2022 07:30 PM BOT
**CATS ID #:** None
**FBI Seizure #:** None

**Receipt Item #:** None
**CATS Abandonment #:** None
**Abandonment #:** None

**Storage Location**

**Holding Office:** NY - NEW YORK
**Finalized By:** BEAUCHAMP-RIVAS, EDGARDO MANUEL
**Last Inventory:** None

**Discovery Location**

**Area:** None
**Seizing Individual:** Cristine J. Perez
**Specific:** None
**Collected By:** Cristine J. Perez

### Retention

**Retention:** No

### Legal Caveats

None

### Chain of Custody

### Shipping Log

### History

### Acquisition Event

**Acquisition Event:** (U) Search Incident to Arrest - Eisenberg
**Collected From:** (U) Avraham Eisenberg

**Receipt Given:** Yes
**Holding Office:** SJ - SAN JUAN
**Evidence Log:** 318C-NY-3671011
Serial 18

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

FD-1004
Rev.07-27-2021

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms Weapon  **Item #** 2
☑ Digital  ☐ Valuables

### Special Handling Instructions
☐ HAZMAT  ☐ Latents  ☐ FGJ
☐ Req. Charging  ☐ Freeze  ☐ Refrigerate
☐ Biohazard
☐ Other _____

### Initial Receipt
Signature of Seizing Individual: [signature]
Printed Name/Agency: Cristine Perez
Reason: Initial Collection
Collected By: Cristine Perez
Agency: FBI

**Date and Time:** 12/26/2022 7:30 PM

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature]<br>Printed Name/Agency: Cristine Perez, FBI<br>Reason: To ECR | 12/28/22<br>1:39PM | Signature: [signature] Beauchamp<br>Printed Name/Agency: E. Beauchamp/FBI<br>Reason: Storage | 12/28/22<br>1:39 PM |
| Signature: [signature]<br>Printed Name/Agency: Bianco Cruz/FBI<br>Reason: Sent to FBI NY via FedEx # 6076 1887 7653 | 1/13/23<br>11:55AM | Signature: [signature]<br>Printed Name/Agency: Jamie Spingeld<br>Reason: Received from San Juan | 1/17/23<br>1:15pm |
| Signature: [signature]<br>Printed Name/Agency: Jamie Spingeld<br>Reason: Charge Out | 1/17/23<br>1:45p | Signature: [signature]<br>Printed Name/Agency: Brandon Race<br>Reason: Check out | 1/17/23<br>1:45pm |
| Signature: [signature]<br>Printed Name/Agency: Brandon Race<br>Reason: CART | 1/24/23<br>10:55AM | Signature: [signature] Bianca Nicole Wilson<br>Printed Name/Agency: Bianca Nicole Wilson FBI<br>Reason: CART | 1/24/23<br>10:53am |
| Signature: [signature]<br>Printed Name/Agency: Bianca Maldonado FBI<br>Reason: CART | 2/8/23<br>4:00pm | Signature: [signature]<br>Printed Name/Agency: Sean R. Ferson<br>Reason: Check in | 2-8-23<br>4:00PM |
| Signature: [signature]<br>Printed Name/Agency: Jamie Spingeld<br>Reason: Charge Out | 8/2/23<br>9:20a | Signature: [signature]<br>Printed Name/Agency: Brandon Race<br>Reason: Check out | 8/2/23<br>9:20AM |

### Firearm Certification by (FI/SWAT) / Explosive Device Certification by (SABT):
Printed Name:
Signature:
Date:

ATF Trace Form Completed: ☐
NCIC: ☐
Explosive device safe for ECR storage:

**Case ID:** 318C-NY-3671011  **1B:** 2  **Barcode:** E7177934

*This form is incomplete without reference to the FD-1087.*

FD-1004
v.07-27-2021

# EVIDENCE CHAIN OF CUSTODY

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signed] Briana Nicole Whelan<br>Printed Name/Agency: Briana Nicole Whelan<br>Reason: CART | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature: [signed]<br>Printed Name/Agency: Brandon Law<br>Reason: CART | 8/3/23<br>9:58 AM | Signature: [signed] Briana Nicole Whelan<br>Printed Name/Agency: Briana Nicole Whelan<br>Reason: CAR | 8/3/23<br>9:58 AM |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |
| Signature:<br>Printed Name/Agency:<br>Reason: | | Signature:<br>Printed Name/Agency:<br>Reason: | |

Case ID: _____   1B: _____   Barcode: _____

*This form is incomplete without reference to the FD-1087.*

# 318C-NY-3671011 - 1B3

**PACKAGE COPY**

**Evidence Item:** 318C-NY-3671011 -- 1B3
**Evidence Type:** Digital
**Description:** (U) (1) red rope containing: White Samsung IMEI: 353329/22/945341/3
IMEI: 358810/64/945341/2
S/N: R9WR903SPAD

**Location:**
- E03707388 - ECR8, BRONX WAREHOUSE
- E6652692 - ECR8, VS39
- E6652693 - ECR8, VS39 B

**Barcode:** E7177935

## Digital Information

**Type:** Cell Phone

**Batteries Charged:** No
**Number Collected:** 1
**Collected By CART:** No

## Details

**Collected On:** 12/26/2022 07:30 PM BOT
**CATS ID #:** None
**FBI Seizure #:** None

**Receipt Item #:** None
**CATS Abandonment #:** None
**Abandonment #:** None

**Storage Location**

**Holding Office:** NY - NEW YORK
**Finalized By:** BEAUCHAMP-RIVAS, EDGARDO MANUEL
**Last Inventory:** None

**Discovery Location**

**Area:** None
**Seizing Individual:** Cristine J. Perez
**Specific:** None
**Collected By:** Cristine J. Perez

## Retention

**Retention:** No

## Legal Caveats

None

## Chain of Custody

## Shipping Log

## History

## Acquisition Event

**Acquisition Event:** (U) Search Incident to Arrest - Eisenberg
**Collected From:** (U) Avraham Eisenberg

**Receipt Given:** Yes
**Holding Office:** SJ - SAN JUAN
**Evidence Log:** 318C-NY-3671011
Serial 18

FD-1004
Rev.07-27-2021

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms Weapon   Item # 3
☑ Digital  ☐ Valuables

| Special Handling Instructions | Initial Receipt | Date and Time |
|---|---|---|
| ☐ HAZMAT  ☐ Latents  ☐ FGJ<br>☐ Req. Charging  ☐ Freeze  ☐ Refrigerate<br>☐ Biohazard<br>☐ Other _____ | Signature of Seizing Individual: [signature]<br>Printed Name/Agency: Cristine Perez<br>Reason: Initial Collection<br>Collected By: Cristine Perez<br>Agency: FBI | 12/26/2022<br>7:30 PM |

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signature]<br>Printed Name/Agency: Cristine Perez FBI<br>Reason: To ECR | 12/28/22<br>1:39 pm | Signature: Beauchamp<br>Printed Name/Agency: E. Beauchamp/FBI<br>Reason: Storage | 12/28/22<br>1:39 pm |
| Signature: [signature]<br>Printed Name/Agency: Bianca Cruz/FBI<br>Reason: Sent to FBI NY via FEDEX # | 1/13/23<br>11:55 AM | Signature: [signature]<br>Printed Name/Agency: Jamie Spingold<br>Reason: Received from San Juan | 1/17/23<br>1:15 pm |
| Relinquished Custody 0076 1887 7653<br>Signature: [signature]<br>Printed Name/Agency: Jamie Spingold<br>Reason: Charge Out | 1/17/23<br>1:45 pm | Signature: [signature]<br>Printed Name/Agency: Brandon Racz<br>Reason: check out | 1/17/23<br>1:45 pm |
| Signature: [signature]<br>Printed Name/Agency: Brandon Racz<br>Reason: CART | 1/24/23<br>10:55 AM | Signature: [signature]<br>Printed Name/Agency: Briana Wheeler FBI<br>Reason: CART | 1/24/23<br>10:55 AM |
| Signature: [signature]<br>Printed Name/Agency: Briana Nicole Wheeler FBI<br>Reason: CART to ECU | 2/8/23<br>4:00 pm | Signature: [signature]<br>Printed Name/Agency: SECR R. Fenton<br>Reason: Charge in | 2/8/23<br>4:00 pm |
| Signature: [signature]<br>Printed Name/Agency: Jamie Spingold<br>Reason: Charge Out | 8/2/23<br>9:20 am | Signature: [signature]<br>Printed Name/Agency: Brandon Racz<br>Reason: check out | 8/2/23<br>9:20 am |

| Firearm Certification by (FI/SWAT) / Explosive Device Certification by (SABT): | ATF Trace Form Completed: ☐ |
|---|---|
| Printed Name:<br>Signature:<br>Date: | NCIC: ☐<br>Explosive device safe for ECR storage: |

Case ID: 318C-NY-3671011   1B: 3   Barcode: E7177935

*This form is incomplete without reference to the FD-1087.*

FD-1087

FD-1004
Rev.07-27-2021

# EVIDENCE CHAIN OF CUSTODY

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signed] <br> Printed Name/Agency: Brianna McClusky FBI <br> Reason: CART | 8/3 | Signature: [crossed out] <br> Printed Name/Agency: <br> Reason: | |
| Signature: [signed] <br> Printed Name/Agency: Brandon Race <br> Reason: CART | 8/3/23 9:58AM | Signature: Brianna Nicole McClusky <br> Printed Name/Agency: Brianna Nicole McClusky FBI <br> Reason: CART | 8/3/23 9:58AM |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |
| Signature: <br> Printed Name/Agency: <br> Reason: | | Signature: <br> Printed Name/Agency: <br> Reason: | |

Case ID: _____   1B: _____   Barcode: _____

*This form is incomplete without reference to the FD-1087*