# EXHIBIT 17

| | |
|---|---|
| **From:** | Racz, Brandon S. (NY) (FBI) |
| **To:** | NY_EVIDENCE |
| **Subject:** | Evidence check out --- UNCLASSIFIED |
| **Date:** | Tuesday, January 17, 2023 1:14:00 PM |

```
Classification: UNCLASSIFIED
========================================================
Transitory
```

Evidence,

You should be receiving evidence items 1B1 – 1B5 for 318C-NY-3671011 from FBI San Juan Evidence. Please let me know when you receive them (they arrived via FedEx today) and I will check them out.

Thank you,

Brandon Racz
X3196

```
========================================================
Classification: UNCLASSIFIED
```

USAO_SDNY_01_00016520