# EXHIBIT 18

| | |
|---|---|
| **From:** | Christine Murray |
| **Sent:** | Wednesday, January 18, 2023 12:12 PM |
| **To:** | Burnett, Thomas (USANYS) |
| **Subject:** | RE: US v. Eisenberg, 23 Cr. 10 |

Judge Berman is referring the warrant to the Magistrate Judge.

---

**From:** Burnett, Thomas (USANYS) <Thomas.Burnett@usdoj.gov>
**Sent:** Tuesday, January 17, 2023 6:04 PM
**To:** Christine Murray
**Subject:** US v. Eisenberg, 23 Cr. 10

**CAUTION - EXTERNAL:**

Hi Christine,

Hope you're doing well. I have a proposed search warrant in the above-captioned case, which has been assigned to Judge Berman. Would he like to handle the warrant or refer it to Magistrate Court?

Thanks,
Tom

**Thomas S. Burnett**
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Thomas.Burnett@usdoj.gov
Direct: (212) 637-1064

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1