# EXHIBIT 19

| | |
|---|---|
| **From:** | Burnett, Thomas (USANYS) |
| **Sent:** | Wednesday, January 18, 2023 12:21 PM |
| **To:** | Moses_nysdchambers@nysd.uscourts.gov |
| **Cc:** | Racz, Brandon S. (NY) (FBI) |
| **Subject:** | Search Warrant - Eisenberg |
| **Attachments:** | Eisenberg Arrest Devices - Application.pdf; Eisenberg Arrest Devices - Warrant.pdf |

Judge Moses,

I hope this message finds you well. Attached please find an application to search electronic devices seized from a defendant who has been indicted on wire-fraud and commodities-fraud charges. This case has been assigned to Judge Berman, who referred this warrant to Magistrate Court. The agent and I are free to swear this out in person tomorrow before 10:30 a.m. We also have availability after 1 o'clock tomorrow, if the morning does not work. Please let us know if you have any questions.

Respectfully,
Tom Burnett

**Thomas S. Burnett**
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Thomas.Burnett@usdoj.gov
Direct: (212) 637-1064

1