# EXHIBIT 21













  





myCharge.com
Model: GO608G-A
Capacity: 22.2Wh
Input: 5VDC, 2.4A
Output: 5VDC, 2.4A
Made in China 1622









myCharge.com
Model: GO60BG-A
Capacity: 22.2Wh
Input: 5VDC, 2.4A
Output: 5VDC, 2.4A
Made in China 2122













Designed & Engineered by Razer in California. Model No.: RZ09-0406. Rated 19.5V ⎓ 11.8A
Complies with CAN ICES-003 (B)/NMB-003(B). Contains FCC ID: RWO-RZ090368 and IC: 809ZD-RZ090368
TM and © 2021 Razer Inc. All Rights Reserved. Assembled in China.







**Product No.:RZ09-0406CE63**    **Serial No.:BY2132M5303941**


















Case 1:23-cr-00010-RMB   Document 11-11   Filed 03/29/24   Page 33 of 36





