# EXHIBIT 22

**From:** Sam Talkin <samt@talkinlaw.com>
**Sent:** Wednesday, March 22, 2023 1:16 PM
**To:** Burnett, Thomas (USANYS); Solowiejczyk, Noah (USANYS); Peck, Jessica (CRM)
**Cc:** Brian Klein
**Subject:** [EXTERNAL] Avi Eisenberg

Tom:

I am emailing you to inform you that I received a check today in the amount of $1,805,048,24 from Customers Bank because they closed an account of an entity (an LLC) owned by Mr. Eisenberg.  This account, or any with Customer's Bank, did not appear in the discovery.  My intention is, and I am authorized by the LLC, to deposit the funds in my IOLA account.  I assure you, the funds will remain in escrow unless authorized by the government or a court.  I think now is the appropriate time to discuss the potential release of funds for attorneys' fees and any forensic steps that need to be taken so we can reach an agreement.   Please let me know when you are free to discuss this issue.  Thanks.

Sam

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005