# EXHIBIT 23

| | |
|---|---|
| **From:** | Sam Talkin <samt@talkinlaw.com> |
| **Sent:** | Thursday, June 1, 2023 12:54 PM |
| **To:** | Burnett, Thomas (USANYS) |
| **Cc:** | Peck, Jessica (CRM); Brian Klein; Ashley Martabano |
| **Subject:** | [EXTERNAL] Eisenberg |

Tom:

Thank you again for your assistance with the jail issue.  Schwab has informed us that they are closing Avi's account.  They also stated that they will only transfer the funds and securities to another brokerage.  Our intention is to move all the funds to the Fidelity account and then to liquidate some, or all, of the securities.  All the cash and sale proceeds will remain in the Fidelity account and will not be withdrawn without prior notice to the government.  Please let me know if the government has any objection to our plan.

Sam

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005