# EXHIBIT 24



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

08/22/2023 11:21 EDT                          Generated By: █████████                          Page 1 of 1

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 12/26/2022 | 12/26/2022 | | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbound-Outbound Indicator** |
| | | | |
| **Person Search Criteria** | | | |
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
| EISENBERG* | AVRAHAM | | ████████ | |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EISENBERG | AVRAHAM | 07/04/1995 | P | █████ | 12/26/2022 18:24 | IB | 6301 | I | A492 | █████ | APIS | ON BOARD | | CUSTOMS | SJU | MAD |
| **Total Number of Records 1** | | | | | | | | | | | | | | | | |

| Legend | |
|---|---|
| **Loc** | |
| **Codes** | **Value** |
| MAD | MADRID, BARAJAS |
| SJU | SAN JUAN, LUIS MUNOZ MARIN INTL |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A492 | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
### U.S. Department of Homeland Security
#### TECS - Secondary Inspection Report

08/22/2023 11:22 EDT                    Generated By: ███████████                    Page 1 of 2

| Referral Source | | | |
|---|---|---|---|
| Referred By | Referred Date | Referred Time | Referred From |
| ███████████ | 12/26/2022 | 18:24 EST | SA with Manifest Entry |

| Referral Reason |
|---|
| PRIM Hit PRIM |

| Encounter - 145388198 | | |
|---|---|---|
| Last Name | First Name | DOB |
| EISENBERG | AVRAHAM | ███████████ |
| Carrier Code | Flight / Vessel Number | Inbound / Outbound |
| IB - IBERIA LINEAS AEREAS DE ESPANA | 6301 | I - Inbound |

| Hispanic | Sex | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | M - Male | W - WHITE | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| ███████████ | P - PASSPORT | USA - UNITED STATES |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
| | USA - UNITED STATES | | USA - UNITED STATES |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
| | | |
| Mother's Last Name | Mother's First Name | Mother's Middle Name |
| | | |

| Email Addresses |
|---|
| |

| Phone Numbers |
|---|
| |

| Baggage | |
|---|---|
| Secondary Officer Name | Site Id |
| ███████████ | A492 |
| Inspection Start Date and Time | Inspection End Date and Time |
| 12/26/2022 19:20 EST | 12/26/2022 19:20 EST |
| FinCEN FORM 105 | Currency Amount (USD) |
| No | |

| Flight / Vessel Crew |
|---|
| No |

| Departure / Destination |
|---|
| MAD - MADRID, BARAJAS |

| Embarkation |
|---|
| MAD - MADRID, BARAJAS |

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 1 | Yes | |

| Personal Search | Positive / Negative Inspection | CCD Used | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| Yes | P - Positive | Yes | |

| Category |
|---|
| 1 |

| Violation Codes |
|---|
| NCI - NCIC ARRESTS |

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | Yes | 20234913809788 |
| SAS Number | Create EMR | EMR Number |
| 2023AR0003148 | No | |
| Referring Officer Code | ADIS Code | Reason for Referral Code |
| PRI - PRIMARY | | NIC - NCIC WANT OR WARRANT |
| Baggage Inspection Complete | Create PLOR | |
| Yes | No | |

**For Official Use Only / Law Enforcement Sensitive**



## U.S. Customs and Border Protection
### U.S. Department of Homeland Security
#### TECS - Secondary Inspection Report

08/22/2023 11:22 EDT                    Generated By: ██████████                    Page 2 of 2

---

**Comments History**

**Entered By:** ████████████ | **Created Date/Time:** 12/26/2022 19:31 EST
Incident # 2023AR0003148
On December 26, 2022, at approximately 1930 hours subject Avraham Eisenberg DOB
████████ a US Citizen with passport # ███████████, arrived at the Luis Munoz Marin
International Airport in San Juan Puerto Rico onboard Iberia Flight 6301 from Madrid
Spain. Subject was processed at primary by CBPO ███████████ and referred to baggage
secondary due to being an exact match on a PRIM lookout. Subject had an outstanding
warrant by the FBI for Federal Law offense violations to 7 USC 9 (1), 13 (a)(5); 17 CFR
180.1; and 18 USC 2. Subject was transfer over to CBPO TFO ████████ and FBI Special
agent Michael Crawford.

---

**Referral Reason History**

**Referred By:** █████████████ | **Referred Date/Time:** 12/26/2022 18:24 EST | **Referred From:** SA with Manifest
Entry
PRIM Hit PRIM

---

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

| 08/22/2023 11:22 EDT | Generated By: ███████████ | Page 1 of 2 |
|---|---|---|

**INCIDENT NUMBER:** 20234913809788                                     **APPROVAL STATUS:** Approved

**INCIDENT TYPE:** N - NEGATIVE SEARCH

| SUMMARY | | | |
|---|---|---|---|
| Incident Date | | Incident Time | |
| 12/26/2022 | | 19:27 | |
| Port Code | Site Code | | Location |
| 4913 - SAN JUAN INTL ARPT | A492 - CBP-SAN JUAN, MUNOZ MARIN IAP | | SAN JUAN INTL ARPT |
| Is this a Dedicated Commuter Lane (DCL) violation? | | | |
| | | | |
| Document Type | Document Number | | FIN Number |
| P - PASSPORT | ███████ | | |
| Last Name | First Name | Middle Initial | Date of birth |
| EISENBERG | AVRAHAM | | ████████ |
| Gender | Citizenship | Race | Hispanic |
| M - Male | USA - UNITED STATES | W - WHITE | N - NOT OF HISPANIC OR LATINO ORIGIN |
| Height | Weight | Hair | Eyes |
| | | | |
| Address | | | |
| | | | |
| City | State | Zip | Country |
| | PR - PUERTO RICO | | USA - UNITED STATES |
| Conveyance Type | | Inbound/Outbound | |
| C - COMMERCIAL AIR | | I - In | |
| Carrier Code | Flight/Vessel Number | Crew | Departure/Destination Port | Departure/Destination Country |
| IB - IBERIA LINEAS AEREAS DE ESPANA | 6301 | N - No | MAD - MADRID, BARAJAS | ESP - SPAIN |
| Created By Officer | Supervisor | Primary Officer |
| ███████████ | ███████████ [SUP CBP OFFICER] | ███████ [CBP OFFICER] |

| SEARCH DETAILS | | | |
|---|---|---|---|
| Referring Officer Code | Declaration | Alien File Number | Embarking Airport |
| PRI - PRIMARY | O - ORL | | MAD - MADRID, BARAJAS |
| Reason for Search | | | |
| 008 - DETENTION, 007 - OFFICER SAFETY, 004 - INTELLIGENCE (E.G. TECS, TIDE) | | | |
| Search Type | | | |
| P - PATDOWN | | | |
| Body Scan Offered | | Body Scan Reason | |
| N - No | | N - NOT AT LOCATION | |
| Port Director Notified | Notified Date | | Notified Time |
| | | | |
| 2 Hour Detention | Chief Council Notified | | 8 Hour Detention - AUSA Notified |
| N - No | N - No | | N - No |
| Search Time Start | Search Time Complete | | Funds on PAX($) |
| 1925 | 1927 | | |
| Searching Officer | Authorizing Officer | | Witness |
| ███████████ [CBP OFFICER] | ███████████ [SUP CBP OFFICER] | | |
| Reason for Search | | | |
| NCIC WARRANT | | | |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Query - Detail**

08/22/2023 11:22 EDT                    Generated By: ███████████                    Page 2 of 2

| REMARKS |
|---|

On December 26, 2022, at approximately 1930 hours subject Avraham Eisenberg DOB ████████████ a US Citizen with passport ████████████, arrived at the Luis Munoz Marin International Airport in San Juan Puerto Rico onboard Iberia Flight 6301 from Madrid Spain. Subject was processed at primary by CBPO ████████████ and referred to baggage secondary due to being an exact match on a PRIM lookout. Subject had an outstanding warrant by the FBI for Federal Law offense violations to 7 USC 9 (1), 13 (a)(5); 17 CFR 180.1; and 18 USC 2. Subject was transfer over to CBPO TFO ████████████ and FBI Special agent Michael Crawford.

**For Official Use Only / Law Enforcement Sensitive**