# EXHIBIT 26

AO 93 (SDNY Rev. 01/17) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>See Attachment A | )<br>)<br>)   **23 MAG 931**<br>)   Case No.<br>)<br>)  |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____New York____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:
18 U.S.C. 2252A(a)(2)(B) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   ____February 20, 2023____
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.

☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court. __OTW__
*USMJ Initials*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   ____February 6, 2023, 5:16pm____     *[signature]*
*Judge's signature*

City and state:   ____New York, NY____     Hon. Ona T. Wang
*Printed name and title*

USAO_SDNY_01_00011684

AO 93  (SDNY Rev. 01/17) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.<br><br><br>Date: _____<br><br><div align="right">_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title*</div> |

USAO_SDNY_01_00011685

## Attachment A

### I. Devices Subject to Search and Seizure

The devices that are the subject of this search and seizure warrant (the "Subject Devices") were seized from AVRAHAM EISENBERG on or about December 26, 2022 and are described as follows:

a. Subject Device-1 is a cellphone manufactured by OnePlus;

b. Subject Device-2 is a Samsung cellphone with IMEI 357111200989170;

c. Subject Device-3 is a Samsung cellphone with serial number R9WR903SPAD; and

d. Subject Device-4 is a Razer laptop with serial number BY2132M55303941.

### II. Review of ESI on the Subject Devices

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the ESI contained on the Subject Device for evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(2)(B) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography) (the "Subject Offenses"), described as follows:

a. Images and videos reflecting evidence of the Subject Offenses;

b. Communications about the Subject Offenses, including but not limited to communications over text messages, emails, and social media applications;

c. Evidence that the user of the Subject Devices had access to accounts used to transfer or receive images and videos constituting evidence of the Subject Offenses;

d. Evidence that the user of the Subject Devices purchased or sold images or videos constituting evidence of the Subject Offenses, including evidence of the methods the user of the Subject Devices used to make or receive those payments;

e. Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses relating to the Subject Offenses;

f. Internet Protocol addresses used by the Subject Devices during or in proximity to the commission of the Subject Offenses or when used in relation to the Subject Offenses;

g.      GPS or other location information data relating to the Subject Offenses and the location of the Subject Devices during the commission of the Subject Offenses; and

h.      Evidence of counter-forensic programs and associated data that are designed to eliminate data from computer devices, storage media, and related electronic equipment.

2

2017.08.02

USAO_SDNY_01_00011687