UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>-against-<br><br>AVRAHAM EISENBERG<br><br>Defendant. | Case No.: 23-cr-010 (RMB)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Riley P. Smith, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Avraham Eisenberg in the above-captioned action.

    I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 4, 2023

                                                  Respectfully submitted,

                                                  AVRAHAM EISENBERG
                                                  By his attorney,

                                                  */s/ Riley P. Smith*
                                                  Riley P. Smith, Esq.
                                                  WAYMAKER LLP
                                                  515 S. Flower Street, Suite 3500
                                                  Los Angeles, CA 90071
                                                  T: 424.652.7800 / F: 424.652.7850
                                                  rsmith@waymakerlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2023, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

                                          */s/ Riley P. Smith*
                                          Riley P. Smith