UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>-against-<br><br>AVRAHAM EISENBERG<br><br>Defendant. | Case No.: 23-cr-010 (RMB)<br><br>**AFFIDAVIT SUPPORTING ADMISSION *PRO HAC VICE*** |

I, RILEY P. SMITH, having been duly sworn, state the following:

1. I have never been convicted of a felony.
2. I have never been censured, disbarred, or denied admission or readmission by any court.
3. I am not currently subject to any disciplinary proceedings against me.

DATED: September 28, 2023

WAYMAKER LLP

By: _____
RILEY P. SMITH

515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for* AVRAHAM EISENBERG

Subscribed and sworn in before me on September 28, 2023

_____ (notary public signature)
Adrian Tarek Syed (notary public name)
Aug. 15, 2027 (notary public commission expiration)

– See attached acknowledgement

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____ )

On __Sept. 28, 2023__ before me, __Adrian Tarek Syed, Notary Public__
(insert name and title of the officer)

personally appeared __Riley Porta Smith__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ADRIAN TAREK SYED
Notary Public - California
Los Angeles County
Commission # 2459404
My Comm. Expires Aug 15, 2027