

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *RILEY PORTZ SMITH*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that RILEY PORTZ SMITH #337598, was on the 11th day of June 2021, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of September 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Mery Chang, *Senior Deputy Clerk*