UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>-against-<br><br>AVRAHAM EISENBERG<br><br>                    Defendant. | Case No.: 23-cr-010 (RMB)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Riley P. Smith, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Riley P. Smith
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800 / (424) 652-7850

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Avraham Eisenberg in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____

                                                                                  United States District Judge