UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>AVRAHAM EISENBERG,<br><br>                  Defendant. | 23-cr-10 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case has been reassigned to me. It is hereby ORDERED that the parties appear for a status conference with the Court on **Friday, October 13, 2023,** at **2:00 PM**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge