UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AVRAHAM EISENBERG,

Defendant.

23-cr-10 (AS)

REVISED SCHEDULING
ORDER

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for October 13, 2023, is RESCHEDULED for **Tuesday, October 17, 2023, at 2:00 PM**. On request by the defendant, and on the consent of all parties, the proceeding will be held remotely. The Court will by subsequent order provide login instructions for this conference.

SO ORDERED.

Dated:  October 12, 2023
        New York, New York

ARUN SUBRAMANIAN
United States District Judge