UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | 23-cr-10 (AS) |
| AVRAHAM EISENBERG, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

As previously stated in the Court's Order on October 12, 2023, the October 17, 2023 status conference will be held remotely. It will take place at 2 pm ET via Microsoft Teams. Members of the public and the press can access the audio of the proceeding by calling (646) 453-4442 and entering the Phone Conference ID: 372 099 631, followed by the pound (#) sign.

SO ORDERED.

Dated: October 16, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge