UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     -against-<br><br>AVRAHAM EISENBERG,<br><br>                             Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the hearing previously scheduled for November 2, 2023, is ADJOURNED to **November 9, 2023**, at **2:30 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                  United States District Judge