**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

November 3, 2023

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

                    Re:    United States v. Avraham Eisenberg
                             23 Cr. 10 (AV)

Dear Judge Subramanian:

      During a conference held by the Court earlier today, the Court granted defendant Avraham Eisenberg's ("Eisenberg") request to adjourn the trial in this matter that was set begin on December 4, 2023 and ordered the trial to now commence on April 8, 2024. Because the requested adjournment was necessary for the defense to review discovery and prepare for trial, Eisenberg consents to exclusion of the time between December 4, 2023 and April 8, 2024 from speedy trial calculation.

      Thank you for Your Honor's consideration.

                                      Very truly yours,

                                      *Sanford Talkin*
                                      Sanford Talkin

cc:    AUSA Thomas Burnett (by ECF)
        AUSA Peter Davis (by ECF)
        AAG Tian Huang (by ECF)