UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>       Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a hearing on the pending motion to dismiss on **Wednesday, December 6, 2023, at 2:00 PM**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 27, 2023
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge