UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>        Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court is respectfully directed to terminate the motions at Dkts. 61, 62, 65, and 66. The Court issued opinions on December 18th that addressed these motions.

  SO ORDERED.

Dated: December 19, 2023
    New York, New York

                      _____
                        ARUN SUBRAMANIAN
                       United States District Judge