UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>       Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are ordered to meet and confer and, **by February 23, 2024**, propose a few dates and times between March 4, 2024, and March 15, 2024, for a hearing on the pending pre-trial motions.

  SO ORDERED.

Dated: February 20, 2024
    New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge