

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2024

**By ECF**
Hon. Arun Subramanian
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>**United States** v. **Avraham Eisenberg**</u>, 23 Cr. 10 (AS)

Dear Judge Subramanian:

    The Government writes in response to the Court's February 20, 2024 Order (Dkt. 81). The parties have conferred and are available on March 14, 2024 after 1:00 p.m. or March 15, 2024 before 12 p.m. Thank you very much.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: __/s/ _____
        Thomas Burnett
        Peter Davis
        Assistant United States Attorneys

        Tian Huang
        Special Assistant United States Attorney