

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2024

The hearing will be held on Thursday, March 14th, 2024, at 2:00 PM, in Courtroom 15A of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 26, 2024

**By ECF**
Hon. Arun Subramanian
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States</u> v. <u>Avraham Eisenberg</u>, 23 Cr. 10 (AS)

Dear Judge Subramanian:

    The Government writes in response to the Court's February 20, 2024 Order (Dkt. 81). The parties have conferred and are available on March 14, 2024 after 1:00 p.m. or March 15, 2024 before 12 p.m. Thank you very much.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: __/s/_____
    Thomas Burnett
    Peter Davis
    Assistant United States Attorneys

    Tian Huang
    Special Assistant United States Attorney