**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| | |
|---|---|
| MARYLAND OFFICE:<br>5100 DORSEY HALL DRIVE<br>SUITE 100<br>ELLICOTT CITY, MD 21042<br>410-964-0300 | NEW JERSEY OFFICE:<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, NJ 07311<br>201-342-6665 |

March 1, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

                Re:    United States v. Avraham Eisenberg
                            23 Cr. 10 (AV)

Dear Judge Subramanian:

      Mr. Eisenberg and the government have conferred in the above-referenced matter regarding Mr. Eisenberg's intention to file a motion precluding testimony noticed in the government's February 22, 2024 supplemental expert disclosure and the government's intention to file a motion precluding testimony noticed in the defendant's February 26, 2024 supplemental disclosure. The parties request that the motions and oppositions be submitted via a letter of no more than 4 pages and that moving letters be due March 6 and opposition letters be due March 12.

      Thank you for your consideration of this letter.

                                                              Very truly yours,

                                                               *Noam Greenspan*
                                                               Noam Greenspan

cc:    AUSA Thomas Burnett (by ECF)
        AUSA Peter Davis (by ECF)
        AAG Tian Huang (by ECF)