**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 1, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

Re:   United States v. Avraham Eisenberg
      23 Cr. 10 (AV)

Dear Judge Subramanian:

Mr. Eisenberg and the government have conferred in the above-referenced matter regarding Mr. Eisenberg's intention to file a motion precluding testimony noticed in the government's February 22, 2024 supplemental expert disclosure and the government's intention to file a motion precluding testimony noticed in the defendant's February 26, 2024 supplemental disclosure. The parties request that the motions and oppositions be submitted via a letter of no more than 4 pages and that moving letters be due March 6 and opposition letters be due March 12.

Thank you for your consideration of this letter.

Very truly yours,

*Noam Greenspan*
Noam Greenspan

Application granted.

cc:   AUSA Thomas Burnett (by ECF)
      AUSA Peter Davis (by ECF)
      AAG Tian Huang (by ECF)

The Clerk of Court is directed to terminate the motion at Dkt. 88.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 4, 2024