UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>       Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record at the hearing held on March 14, 2024, the Court rules as follows:

1. The Government's motion *in limine* to preclude evidence that Mango Markets was not regulated in the United States is GRANTED. Dkt. 77, at 9. For the reasons stated at the hearing, the remaining motions *in limine* are DENIED.

 The Court will issue a separate order on the motions to exclude expert testimony.

 The Clerk of Court is directed to terminate the motions at Dkts. 76 and 77.

  SO ORDERED.

Dated: March 15, 2024
   New York, New York

                      _____
                       ARUN SUBRAMANIAN
                       United States District Judge