UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

| UNITED STATES OF AMERICA | : | **VERDICT FORM** |
| --- | --- | --- |
| -v.- | : | 23 Cr. 10 (AS) |
| AVRAHAM EISENBERG, | : | |
| Defendant. | : | |

-------------------------------x

Please indicate your verdicts with a check mark (✓):

### COUNT ONE
### (Commodities Fraud)

Guilty _____          Not Guilty _____

### COUNT TWO
### (Swap Manipulation)

Guilty _____          Not Guilty _____

### COUNT THREE
### (Wire Fraud)

Guilty _____          Not Guilty _____

_____          _____
FOREPERSON                                                    DATE