

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

March 20, 2024

**Brian E. Klein**
Direct (424) 652-7814
bklein@waymakerlaw.com

*Via ECF*

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** <u>United States v. Avraham Eisenberg</u>
       23 Cr. 10 (AS)

Dear Judge Subramanian:

      Defendant Avraham Eisenberg respectfully submits his proposed verdict form, which is attached as Exhibit A. Earlier today the government submitted its proposed verdict form. (Dkt. 97.) The defense opposes the government's description of Count Two as "Swap Manipulation." It should read "Commodities Manipulation." Further, the verdict form should make it clear that the jury has made unanimous findings, which the government's proposed verdict form does not. The defense respectfully reserves the right to seek to amend the verdict form based on the jury instructions and the evidence at trial.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Ashley E. Martabano
Riley P. Smith
Waymaker LLP

 -and-

Sanford N. Talkin
Noam B. Greenspan
Talkin, Muccigrosso & Roberts, LLP

*Attorneys for Avraham Eisenberg*