# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   -against-<br><br>AVRAHAM EISENBERG,<br><br>       Defendant. | Case No.: 23 Cr. 10 (AS)<br><br>**VERDICT FORM** |

We, the jury, unanimously find as follows:

### **COUNT ONE**
(Commodities Fraud)

Guilty _____            Not Guilty _____

If you find a verdict of "Guilty," as to Count One, please check which (one or more) material misrepresentation/s by the defendant the jury unanimously finds the government proved beyond a reasonable doubt:

_____ (1) intentional and artificial manipulation of the relative value of USDC and MNGO and/or the price of MNGO Perpetuals

_____ (2) self-trading to create artificial MNGO Perpetual positions on Mango Markets

_____ (3) misrepresenting an intention to repay borrowed cryptocurrency from Mango Markets

_____ (4) using false personal identifying and location information

### **COUNT TWO**
(Commodities Manipulation)

Guilty _____            Not Guilty _____

1

## **COUNT THREE**
(Wire Fraud)

Guilty _____          Not Guilty _____

If you find a verdict of "Guilty," as to Count Three, please check which (one or more) material misrepresentation/s by the defendant the jury unanimously finds the government proved beyond a reasonable doubt:

_____ (1)   self-trading to create artificial MNGO Perpetual positions on Mango Markets

_____ (2)   misrepresenting an intention to repay borrowed cryptocurrency from Mango Markets

_____ (3)   using false personal identifying and location information


_____          _____
FOREPERSON                                            DATE