UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>       -against-<br><br>AVRAHAM EISENBERG,<br><br>                           Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The final pretrial conference currently set for March 26, 2024, is hereby adjourned to March 28, 2024, at 1:00 PM.

      In advance of the conference, the parties should meet and confer regarding the voir dire proposals in attempt to come to an agreement on the questions. By March 26, 2024, at 5:00 PM, the parties should submit a joint list of voir dire questions, noting any disagreements in redlines.

      SO ORDERED.
      New York, New York
      Dated: March 25, 2024

                                                                                  ARUN SUBRAMANIAN
                                                                  United States District Judge