J. ALEXANDER LAWRENCE
ALawrence@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900

WILLIAM FRENTZEN (*pro hac vice pending*)
WFrentzen@mofo.com
MICHAEL BURSHTEYN (*pro hac vice pending*)
MBurshteyn@mofo.com
LARA MCDONOUGH (*pro hac vice pending*)
LMcDonough@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7500

RAFAEL YAKOBI (*pro hac vice pending*)
rafael@thecryptolawyers.com
THE CRYPTO LAWYERS, PLLC
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722

*Attorneys for Non-Party Mango Labs, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AVRAHAM EISENBERG,

        Defendant.

---

Case No. 23-cr-10 (AS)

**NON-PARTY MANGO LABS, LLC'S NOTICE OF MOTION**

### NOTICE OF MOTION TO QUASH THE SUBPOENA
### OF NON-PARTY MANGO LABS, LLC

PLEASE TAKE NOTICE that non-party Mango Labs, LLC ("Mango Labs") hereby submits the following motion to quash Defendant's subpoena to appear and testify and produce documents under Federal Rules of Criminal Procedure 17(c) and 17(h). This Motion is based on this Notice of Motion and the concurrently filed Motion and Declaration of Michael Burshteyn.

Dated: March 26, 2024  MORRISON & FOERSTER LLP
San Francisco, CA

By:  /s/ Michael Burshteyn
Michael Burshteyn (*pro hac vice pending*)

J. Alexander Lawrence
William Frentzen (*pro hac vice pending*)
Lara McDonough (*pro hac vice pending*)

THE CRYPTO LAWYERS
Rafael Yakobi (*pro hac vice pending*)

*Attorneys for Non-Party Mango Labs, LLC*