UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA, : Case No. 23-cr-10 (AS)
:
Plaintiff, : **DECLARATION OF MICHAEL**
: **BURSHTEYN IN SUPPORT OF**
v. : **NON-PARTY MANGO LABS,**
: **LLC'S MOTION TO QUASH**
AVRAHAM EISENBERG, :
:
Defendant. :
:
:
---------------------------------------------------------------- x

  I, Michael Burshteyn, submit this declaration in support of Non-Party Mango Labs, LLC's Notice of Motion and Motion to Quash Defendant's Subpoena and accompanying rider to produce documents:

  1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record for Mango Labs in the above-captioned action. I am a member of good standing in the Bar of the State of California. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

  2. Attached as **Exhibit A** is a true and correct copy of the Subpoena, which was received by Mango Labs, LLC's registered agent on March 20, 2024.

  3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2024
San Francisco, CA

By: _____
Michael Burshteyn
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7000
Fax: 415.268.7522
Email: MBurshteyn@mofo.com

*Attorneys for Non-Party Mango Labs, LLC*