# EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Avraham Eisenberg ) Case No. 23-CR-010 (AS)
)
_Defendant_ )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: MANGO LABS, LLC, Custodian of Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse, 500 Pearl Street New York, New York 10007 | Courtroom No.: 15A, Hon. Arun Subramanian |
|---|---|
| | Date and Time: 4/8/2024, 9:00am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:
See attached Rider

(SEAL)

Date: MAR 0 4 2024

RUBY J. KRAJICK
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Avraham Eisenberg , who requests this subpoena, are:

Sanford Talkin
Talkin Muccigrosso & Roberts, LLP
40 Exchange Place, 18th Fl.
NY, NY 10005
(212) 482-0007
samt@talkinlaw.com

## MANGO LABS, LLC RIDER

1. Any and all documents and communications related to the security audit Neodyme AG conducted in May 2022 and the amended audit on July 15, 2022 made available on Mango Markets' Github.

2. Any and all documents and communications related to Avraham Eisenberg or the Mango accounts ending in 4ND8FV and CQvKSN starting on October 1, 2023 through the present.

3. Any and all documents and communications related to the pop-up located on Mango Markets' website for Mango Markets v3 protocol that stated "The v3 protocol is in public beta. This is unaudited software, use it at your own risk," including but not limited to documents and communications regarding the reasons for implementing the pop-up.

4. Any and all documents and communications related to the Terms of Use that Mango Markets published on March 6, 2023, including but not limited to documents and communications regarding the reasons for implementing the March 6, 2023 Terms of Use.

5. Any and all documents and communications related to Mango v4, including but not limited to documents and communications regarding how the trading event on October 11, 2023 impacted the decisions made as to what features and what trading was permitted on Mango v4.

6. Any and all communications, including documents shared with the Department of Justice ("DOJ") (which includes the U.S. Attorneys Office for the Southern District of New York and the Federal Bureau of Investigation), the Securities Exchange Commission ("SEC"), and Commodity Futures Trading Commission ("CFTC") related to Avraham Eisenberg.

7. Any and all documents and communications with the DOJ (which includes the U.S. Attorneys Office for the Southern District of New York and the FBI), the SEC, and the CFTC related to investigations into MangoDAO.

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 3)

### Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

(c) **Producing Documents and Objects.**

   (1) *In General.* A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

   (2) *Quashing or Modifying the Subpoena.* On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

   (3) *Subpoena for Personal or Confidential Information About a Victim.* After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

(d) **Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

(e) **Place of Service.**

   (1) *In the United States.* A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

   (2) *In a Foreign Country.* If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

(g) **Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

## For your records

**Issued date:** 2024-03-20
**Check number:** VV5454
**From:** Robert O Tate
**Amount:** $40.00
**Payable to:** Mango Labs, LLC
**Delivery email:** sandy.johnson.msw@gmail.com
**Memo:** Witness Fee
**Delivery message:** Witness Fee

**deluxe.** PAYMENT EXCHANGE

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!

**Questions?** Visit eChecks.com or call 1-877-333-6964

**Does your financial institution have questions about this check?**

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

### How to use this check

**Check appears upside down intentionally**

**Need help?** Visit eChecks.com or call 1-877-333-6964

Cut along this line

| Step 1 | Step 2 | Step 3 |
|---|---|---|
| **Print the check** | **Validate it printed correctly** | **Deposit like normal** |
| ✓ Any printer works | ✓ Correct if bank numbers are: | 1. Cut on the dotted line above |
| ✓ Black or color ink | Centered in white space | 2. Endorse the back |
| ✓ Basic white paper | Parallel to edge of the page | 3. Deposit like normal: |
| | Clearly printed in dark black ink | Using an ATM |
| | ✗ Reprint if bank numbers are: | In-person at a bank or credit union |
| | Cut off, skewed, or off-center | Via smartphone mobile deposit |
| | Smudged or wrinkled | With an office check scanner |
| | Too light to read | |

---

Official eCheck

**Robert O Tate**
Process Service of Wyoming INC
P.O. BOX 429
Casper, WY 82602

This is a Deluxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions, call Deluxe Payment Exchange customer support at 1-877-333-6964. Ref: BD18-8243

**VV5454**

Date   03/20/2024
Void after 90 days

PAY TO THE ORDER OF | Mango Labs, LLC         $ 40.00

Forty and 00/100 _____ Dollars

Hilltop National Bank

*Robert O Tate Jr*

Memo | Witness Fee

Verify check at https://echecks.com/verify

⑈005454⑈ ⑆102301199⑆ 102546⑈