UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA,                       :   Case No. 23-cr-10 (AS)
:
Plaintiff,                        :   **[PROPOSED] ORDER**
:
v.                                              :
:
AVRAHAM EISENBERG,                              :
:
Defendant.                        :
:
---------------------------------------------------------------- x

# [PROPOSED] ORDER ON MOTION TO QUASH SUBPOENA BY NON-PARTY MANGO LABS, LLC

Upon consideration of the motion to quash brought by non-party Mango Labs, LLC ("Mango Labs"), any responses to the motion, and any arguments of counsel at hearings, and for good cause shown, it is hereby

ORDERED that the motion to quash brought by non-party Mango Labs is GRANTED.


Dated: _____, 2024
       New York, New York

_____
HON. ARUN SUBRAMANIAN
United States District Judge