UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-10 (AS) |
| Plaintiff, | **DECLARATION OF MICHAEL BURSHTEYN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| -against- | |
| AVRAHAM EISENBERG, | |
| Defendant. | |

-----------------------------------------------------------------x

I, Michael Burshteyn, hereby declare:

    1.    I am an attorney at the law firm of Morrison & Foerster LLP.

    2.    I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.    I have never been convicted of a felony.

    5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    6.    There are no pending disciplinary proceedings in any state or federal court.

    7.    I respectfully request admission *pro hac vice* to appear as counsel in this matter for non-party Mango Labs, LLC.

    8.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March <u>25th</u>, 2024
San Francisco, CA

By: _____
Michael Burshteyn
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7000
Fax: 415.268.7522
Email: MBurshteyn@mofo.com

*Attorneys for Non-Party Mango Labs, LLC*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ~~CALIFORNIA~~ Texas

COUNTY OF ~~SAN FRANCISCO~~ Galveston

On <u>March 25th</u>, 2024 before me, <u>David Lynn Toole</u> personally
(insert name and title of the officer),

appeared <u>Michael Burshteyn</u>,

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*David Lynn Toole*
_____   (Seal)
Signature

David Lynn Toole
ID NUMBER
130548521
COMMISSION EXPIRES
February 22, 2028

Electronically signed and notarized online using the Proof platform.