UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

AVRAHAM EISENBERG,

                        Defendant.

------------------------------------------------------------ x

23-cr-10 (AS)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

      PLEASE TAKE NOTICE that upon the annexed declaration of William Frentzen in support of this motion and the Certificate of Good Standing annexed thereto, non-party Mango Labs, LLC ("Mango Labs") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the District Court for the Southern District of New York for an Order admitting William Frentzen of the firm of Morrison & Foerster LLP, and a member of good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Mango Labs.

Dated: March 26, 2024  
       San Francisco, CA

Respectfully submitted

By: _____  
William Frentzen  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, CA 94105  
Tel: 415.268.7000  
Fax: 415.268.7522  
Email: WFrenzten@mofo.com

*Attorneys for Non-Party Mango Labs, LLC*