

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MICHAEL BURSHTEYN

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, MICHAEL BURSHTEYN #295320 was on the 30th day of December, 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
LaNae Brooks, Senior Deputy Clerk



# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### WILLIAM FRENTZEN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, WILLIAM FRENTZEN #343918 was on the 25th day of May, 2022 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 25th day of March 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
LaNae Brooks, Senior Deputy Clerk



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>LARA KATHERINE MCDONOUGH</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, LARA KATHERINE MCDONOUGH #340017 was on the 18th day of November, 2021 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
LaNae Brooks, Senior Deputy Clerk



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *RAFAEL YAKOBI*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, RAFAEL YAKOBI #312421 was on the 7th day of Decemberr, 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 25th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
LaNae Brooks, Senior Deputy Clerk