UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA, : 23-cr-10 (AS)
: 
                   Plaintiff, : **NOTICE OF MOTION TO ADMIT**
: **COUNSEL *PRO HAC VICE***
    -against- :
:
AVRAHAM EISENBERG, :
:
                   Defendant. :
:
---------------------------------------------------------------- x

    PLEASE TAKE NOTICE that upon the annexed declaration of Lara McDonough in support of this motion and the Certificate of Good Standing annexed thereto, non-party Mango Labs, LLC ("Mango Labs") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the District Court for the Southern District of New York for an Order admitting Lara McDonough of the firm of Morrison & Foerster LLP, and a member of good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Mango Labs.

Dated: March 26, 2024
       Oak Park, IL

Respectfully submitted

By: _____
Lara McDonough
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7000
Fax: 415.268.7522
Email: LMcDonough@mofo.com

*Attorneys for Non-Party Mango Labs, LLC*