UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-10 (AS) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| AVRAHAM EISENBERG, | |
| Defendant. | |

------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the annexed declaration of Rafael Yakobi in support of this motion and the Certificate of Good Standing annexed thereto, non-party Mango Labs, LLC ("Mango Labs") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the District Court for the Southern District of New York for an Order admitting Rafael Yakobi of the firm of The Crypto Lawyers, PLLC, and a member of good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Mango Labs.

Dated: March 26, 2024      Respectfully submitted,
       Las Vegas, NV

By: _____
Rafael Yakobi
THE CRYPTO LAWYERS, PLLC
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Tel: 619.317.0722
Email: rafael@thecryptolawyers.com

*Attorneys for Non-Party Mango Labs, LLC*