UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 23-cr-10 (AS) |
| Plaintiff, | **DECLARATION OF RAFAEL YAKOBI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| -against- | |
| AVRAHAM EISENBERG, | |
| Defendant. | |

I, Rafael Yakobi, hereby declare:

1.      I am the founder and managing partner at the law firm of The Crypto Lawyers, PLLC.

2.      I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captions matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      There are no pending disciplinary proceedings in any state or federal court.

7.      I respectfully request admission *pro hac vice* to appear as counsel in this matter for non-party Mango Labs, LLC.

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2024
Las Vegas, NV

By: _____*Rafael Yakobi*_____

Rafael Yakobi
THE CRYPTO LAWYERS, PLLC
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Tel: 619.317.0722
Email: rafael@thecryptolawyers.com

*Attorneys for Non-Party Mango Labs, LLC*

⚠

STATE OF NEVADA   │ State of Florida

CLARK COUNTY   Of Miami Dade

On ___March 25___, 2024 before me, _____Rafael Yakobi_____ personally
(insert name and title of the officer),

appeared _____Produced Driver's License_____,

who proved to me on the basis of satisfactory evidence to be the person whose name is

subscribed to the within instrument and acknowledged to me that he executed the same in his

authorized capacity, and that by his signature on the instrument the person, or the entity upon

behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.



EDGARD ELIACIN
Notary Public - State of Florida
Commission # HH 152351
Expires on July 12, 2025

(Seal)

Signature

Edgard Eliacin

Notarized remotely online using communication technology via Proof.