AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  23-cr-010 (AS) |
| Avraham Eisenberg | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Mango Labs, LLC                                        .

Date:   03/26/2024

/s/ J. Alexander Lawrence
*Attorney's signature*

J. Alexander Lawrence
*Printed name and bar number*
Morrison & Foerster LLP
250 W. 55th Street
New York, New York 10019

*Address*

ALawrence@mofo.com
*E-mail address*

(212) 336-8638
*Telephone number*

(212) 468-7900
*FAX number*