UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   -against-<br><br>AVRAHAM EISENBERG,<br><br>        Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Non-party Mango Labs, LLC has filed a motion to quash. Dkt. 106. Defendant should file his response, if any, by 8 PM on March 27, 2024.

  SO ORDERED.

Dated: March 26, 2024
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                  United States District Judge