UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

AVRAHAM EISENBERG,

                    Defendant.

------------------------------------------------------------- x

23-cr-10 (AS)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Rafael Yakobi for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> Rafael Yakobi
> The Crypto Lawyers, PLLC
> 848 Brickell Avenue, Penthouse 5
> Miami, Florida 33131
> Tel: 619.317.0722
> Email: rafael@thecryptolawyers.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-party Mango Labs, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, NY

    March 27, 2024

SO ORDERED:

_____
United States District Judge