# Sam Talkin

| | |
|---|---|
| **From:** | Sam Talkin |
| **Sent:** | Wednesday, March 6, 2024 1:33 PM |
| **To:** | 'mburshteyn@mofo.com' |
| **Subject:** | MNGO Labs |

Thank you for returning my call.  My information is below and cell number is 917 334-2990.


Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
(t) (212) 482-0007
(f) (212) 482-1303

# Sam Talkin

**From:** Sam Talkin
**Sent:** Friday, March 8, 2024 11:48 AM
**To:** 'mburshteyn@mofo.com'
**Subject:** MNGO Labs

Michael:

I am following up on our discussion regarding the subpoena/s.  Kindly contact me with an update.  Thank you.

Sam

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
(t) (212) 482-0007
(f) (212) 482-1303

# Sam Talkin

| | |
|---|---|
| **From:** | Sam Talkin |
| **Sent:** | Saturday, March 16, 2024 1:26 PM |
| **To:** | 'mburshteyn@mofo.com' |
| **Subject:** | Mango Labs & Dafydd Durairaj |

Mr. Burshteyn:

Please let me know if you have any availability on Monday for a call regarding Mango & Daffy.  Thank you.

Sam

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, New York 10005
(t) (212) 482-0007
(f) (212) 482-1303

1