UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA          :          **ORDER**
                                  :
                                  :          23 Cr. 10 (AS)
        v.                        :
                                  :
                                  :
AVRAHAM EISENBERG,                :
                                  :
            Defendant.            :
------------------------------------------------------------X

Upon the application of Sanford N. Talkin, an attorney for the above-named defendant, it is hereby ORDERED:

1. That the Metropolitan Detention Center ("MDC"), located at 80 29th Street, Brooklyn, New York 11232, accept four sets of shirts, pants and socks and a belt and footwear ("civilian court clothing") on behalf of inmate Avraham Eisenberg ("Eisenberg") U.S. Marshal's Number 37570-510;

2. That the sets of civilian court clothing be delivered to the MDC by Eisenberg's attorney or family on or before April 4, 2024;

3. That the MDC shall possess the civilian court clothing on Eisenberg's behalf;

4. That the MDC provide the civilian court clothing to Eisenberg and allow him put on the clothing prior to his transport from the MDC to the United States District Court for the Southern District to attend his trial on each day of the trial that is scheduled to commence on April 8, 2024 and expected to last 3 weeks, at the most;

5. That the civilian court clothing is permitted to be exchanged for fresh clothing on a weekly basis; and

6. That Eisenberg's attorney and family shall comply with all Federal Bureau of Prisons and MDC directives on the logistics of furnishing the civilian court clothing to the MDC.

Dated: New York, New York
March 28, 2024

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK