**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

April 6, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

Re:     United States v. Avraham Eisenberg
        23 Cr. 10 (AS)

Dear Judge Subramanian:

As discussed during yesterday's conference, under cover of this letter, defendant Avraham Eisenberg respectfully submits the defense's request for an instruction regarding securities-based swaps in redline format against the Court's Draft [Proposed] Jury Charge 4.4.

Thank you for Your Honor's consideration of this letter.

Sincerely,

*Noam Greenspan*

Noam Greenspan
Sanford Talkin

– and –

Brian Klein
Ashley Martabano
Riley Smith
Waymaker LLP

Enclosure

cc:     all counsel of record (by ECF)