UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>-against-<br>AVRAHAM EISENBERG,<br>　　　　　　　　　　Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　As discussed at today's conference, the Government's motion to preclude the defendant from calling Special Agent Brandon Racz is denied. Dkt. 125. The Court does not see any basis at present for questioning SA Racz as to Topic 2 (investigatory steps). But if the defendant believes the Government has opened the door to such testimony, the defendant may make an application to the Court at that time.

　　As a reminder, the trial will begin at 9:30 AM on April 8, 2024. Counsel should arrive and be prepared to proceed no later than 9:00 AM.

　　The Clerk of Court is directed to terminate the motions at Dkts. 126 and 128.

SO ORDERED.

Dated: April 5, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge