# Exhibit A

🚀 Picked by our AI, **SMCI soared +255%** in Q1! Get our Q2 picks before they takeoff    **Access Now**    ✕

# 24 (BMC)

🇺🇸 CME ∨

🔻 **66,090.00**   **-460.00**   **(-0.69%)**

🕐 16:59:47 - Delayed Data. Currency in USD ( Disclaimer )

| | |
|---|---|
| ⭐ Add to Watchlist | 🔔 Create Alert |
| Type: | Financial Future |
| Market: | United States |
| Month: | Apr 24 |

Prev. Close: **66,550.00**   Open: **65,865.00**   Day's Range: **64,910.00 - 67,455.00**

**General**   **Chart**   **Technical**

Overview   Historical Data

## Bitcoin Futures CME Historical Data                                                          ⓘ

Time Frame:
Daily ∨

⬇ **Download Data**   03/01/2024 - 04/01/2024 📅

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Apr 01, 2024 | 70,380.00 | 71,500.00 | 72,230.00 | 68,590.00 | 8.08K | -2.53% |
| Mar 31, 2024 | 72,205.00 | 71,500.00 | 72,230.00 | 71,500.00 | 0.29K | 1.27% |
| Mar 28, 2024 | 71,296.17 | 68,860.00 | 71,570.00 | 68,840.00 | 1.73K | 3.88% |
| Mar 27, 2024 | 68,635.00 | 69,915.00 | 71,765.00 | 68,305.00 | 10.71K | -1.16% |
| Mar 26, 2024 | 69,440.00 | 70,095.00 | 71,595.00 | 69,330.00 | 13.92K | -2.38% |
| Mar 25, 2024 | 71,130.00 | 66,505.00 | 71,425.00 | 66,390.00 | 17.48K | 11.84% |
| Mar 22, 2024 | 63,600.00 | 65,585.00 | 66,750.00 | 62,680.00 | 10.28K | -3.01% |
| Mar 21, 2024 | 65,575.00 | 68,150.00 | 68,360.00 | 64,600.00 | 0.27K | -0.63% |
| Mar 20, 2024 | 65,990.00 | 64,130.00 | 68,020.00 | 61,020.00 | 13.91K | 2.16% |
| Mar 19, 2024 | 64,595.00 | 67,755.00 | 68,385.00 | 62,485.00 | 13.85K | -3.85% |
| Mar 18, 2024 | 67,180.00 | 68,480.00 | 69,275.00 | 66,830.00 | 8.67K | -2.87% |
| Mar 15, 2024 | 69,165.00 | 71,055.00 | 72,870.00 | 66,125.00 | 15.86K | -0.63% |
| Mar 14, 2024 | 69,600.00 | 73,800.00 | 74,415.00 | 68,805.00 | 12.64K | -5.84% |
| Mar 13, 2024 | 73,915.00 | 71,370.00 | 74,365.00 | 71,210.00 | 7.79K | 2.95% |
| Mar 12, 2024 | 71,800.00 | 73,100.00 | 73,775.00 | 69,125.00 | 13.57K | -1.18% |
| Mar 11, 2024 | 72,660.00 | 69,660.00 | 73,550.00 | 67,550.00 | 12.90K | 5.26% |
| Mar 09, 2024 | 69,030.00 | 69,030.00 | 69,030.00 | 69,030.00 | - | -1.11% |
| Mar 08, 2024 | 69,805.00 | 68,015.00 | 71,055.00 | 66,755.00 | 11.25K | 2.11% |
| Mar 07, 2024 | 68,365.00 | 66,855.00 | 68,840.00 | 66,060.00 | 8.06K | 0.89% |
| Mar 06, 2024 | 67,760.00 | 63,935.00 | 68,200.00 | 63,385.00 | 13.35K | 8.55% |
| Mar 05, 2024 | 62,425.00 | 68,665.00 | 70,195.00 | 60,120.00 | 24.39K | -8.84% |
| Mar 04, 2024 | 68,480.00 | 63,760.00 | 68,765.00 | 63,055.00 | 14.72K | 7.29% |
| Mar 01, 2024 | 63,825.00 | 62,005.00 | 64,065.00 | 61,490.00 | 10.10K | 1.70% |

Highest: **74,415.00**        Lowest: **60,120.00**        Difference: **14,295.00**        Average: **68,550.00**        Change %: **10.11**

**GOVERNMENT
EXHIBIT
885**
23 Cr. 10 (AS)

Bitcoin Futures Futures Overview (420) ⌃



🚀 Picked by our AI, **SMCI soared +255%** in Q1! Get our Q2 picks before they takeoff    Access Now    ✕

What is your sentiment on Bitcoin Futures?    🐂 or 🐻    Vote to see community's results!

## Currency Explorer

Majors    Asia/Pacific    Americas    Africa    Middle East    Europe

Bitcoin Futures Futures Overview (420)    ⌃

🚀 Picked by our AI, **SMCI soared +255%** in Q1! Get our Q2 picks before they takeoff    Access Now    ✕

Canadian Dollar

Euro

Japanese Yen

New Zealand Dollar

Swiss Franc

US Dollar

| | | | |
|---|---|---|---|
| USD/AUD | CHF/AUD | JPY/AUD | |
| AUD/CAD | AUD/PLN | AUD/SGD | |
| CAD/AUD | PLN/AUD | SGD/AUD | |
| AUD/MXN | AUD/NOK | AUD/THB | |
| MXN/AUD | NOK/AUD | THB/AUD | |
| | AUD/SEK | AUD/HKD | |

**Pacific**

| | | |
|---|---|---|
| AUD/NZD | SEK/AUD | HKD/AUD |
| NZD/AUD | AUD/CZK | AUD/CNY |
| AUD/FJD | AUD/DKK | CNY/AUD |
| | DKK/AUD | AUD/IDR |

**Middle East**

| | | |
|---|---|---|
| AUD/ILS | AUD/EUR | IDR/AUD |
| ILS/AUD | EUR/AUD | AUD/INR |
| AUD/AED | AUD/GBP | AUD/KRW |
| AED/AUD | GBP/AUD | KRW/AUD |
| AUD/SAR | AUD/HUF | AUD/MYR |
| SAR/AUD | AUD/ISK | AUD/PKR |
| AUD/BHD | AUD/RUB | AUD/TWD |
| AUD/JOD | RUB/AUD | TWD/AUD |
| AUD/OMR | AUD/TRY | AUD/PHP |
| AUD/QAR | TRY/AUD | AUD/LKR |
| AUD/LBP | AUD/RON | AUD/NPR |
| | AUD/BYN | |
| | AUD/UAH | **South America** |
| | | AUD/ARS |
| | | ARS/AUD |

**Africa**

| | | |
|---|---|---|
| AUD/ZAR | AUD/BRL | |
| ZAR/AUD | BRL/AUD | |
| AUD/MAD | AUD/CLP | |
| AUD/XAF | AUD/VES | |
| AUD/NAD | VES/AUD | |
| AUD/KES | | |
| AUD/EGP | **Central America** | |
| AUD/XOF | AUD/PAB | |
| AUD/BWP | | |

**Carribean**

AUD/XCD

Bitcoin Futures Futures Overview (420)    ⌃

Bitcoin Futures CME Historical Data - Investing.com

https://www.investing.com/crypto/bitcoin/bitcoin-futures-historical-data?cid=1178665

🚀 Picked by our AI, **SMCI soared +255%** in Q1! Get our Q2 picks before they takeoff   Access Now   ✕

AUD/JMD

Bitcoin Futures Futures Overview (420)  ⌃

4/3/2024, 5:18 PM

# Bitcoin Futures CME - Apr 24 (BMC)

 CME ⌄

🔻 **66,090.00**  **-460.00  (-0.69%)**

🕐 16:59:47 - Delayed Data. Currency in USD ( Disclaimer )

|  | Type: | Financial Future |
|---|---|---|
| ☆ Add to Watchlist  🔔 Create Alert | Market: | United States |
|  | Month: | Apr 24 |

Prev. Close: **66,550.00**    Open: **65,865.00**    Day's Range: **64,910.00 - 67,455.00**

**General**    **Chart**    **Technical**

**Overview**    Historical Data

## Bitcoin Futures CME Historical Data

ⓘ

Time Frame:
Daily ⌄

⬇ **Download Data**    10/01/2022 - 10/21/2022 📅

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Oct 21, 2022 | 19,195.00 | 19,050.00 | 19,250.00 | 18,615.00 | 10.60K | 0.87% |
| Oct 20, 2022 | 19,030.00 | 19,150.00 | 19,340.00 | 18,875.00 | 9.38K | -0.89% |
| Oct 19, 2022 | 19,200.00 | 19,255.00 | 19,340.00 | 19,035.00 | 5.61K | 0.10% |
| Oct 18, 2022 | 19,180.00 | 19,525.00 | 19,715.00 | 19,045.00 | 8.66K | -1.72% |
| Oct 17, 2022 | 19,515.00 | 19,070.00 | 19,680.00 | 19,070.00 | 7.54K | 2.12% |
| Oct 14, 2022 | 19,110.00 | 19,415.00 | 19,975.00 | 19,065.00 | 14.03K | -1.29% |
| Oct 13, 2022 | 19,360.00 | 19,150.00 | 19,575.00 | 17,810.00 | 23.51K | 1.39% |
| Oct 12, 2022 | 19,095.00 | 18,935.00 | 19,145.00 | 18,900.00 | 5.18K | 1.03% |
| Oct 11, 2022 | 18,900.00 | 19,165.00 | 19,225.00 | 18,760.00 | 9.23K | -1.18% |
| Oct 10, 2022 | 19,125.00 | 19,390.00 | 19,465.00 | 19,015.00 | 7.45K | -1.47% |
| Oct 07, 2022 | 19,410.00 | 19,870.00 | 20,080.00 | 19,260.00 | 11.12K | -3.07% |
| Oct 06, 2022 | 20,025.00 | 20,085.00 | 20,515.00 | 19,870.00 | 9.20K | -0.57% |
| Oct 05, 2022 | 20,140.00 | 20,385.00 | 20,440.00 | 19,740.00 | 9.67K | -0.71% |
| Oct 04, 2022 | 20,285.00 | 19,535.00 | 20,535.00 | 19,515.00 | 11.73K | 3.89% |
| Oct 03, 2022 | 19,525.00 | 19,190.00 | 19,690.00 | 18,785.00 | 12.20K | -0.88% |
| Highest: **20,535.00** | | Lowest: **17,810.00** | | Difference: **2,725.00** | Average: **19,406.33** | Change %: **-2.56** |

## My Sentiments »

What is your sentiment on Bitcoin Futures?     or 

⟲ Vote to see community's results!

## Currency Explorer

**GOVERNMENT EXHIBIT 886**
23 Cr. 10 (AS)

Bitcoin Futures Futures Overview (420)  ⌃

Majors    Asia/Pacific    Americas    Africa    Middle East    Europe

Bitcoin Futures Futures Overview (420)

- Australian Dollar
- British Pound
- Canadian Dollar
- Euro
- Japanese Yen
- New Zealand Dollar
- Swiss Franc
- US Dollar

**North America**

AUD/USD
USD/AUD
**CAD/AUD**
AUD/MXN
MXN/AUD

**Pacific**

**AUD/NZD**
**NZD/AUD**
AUD/FJD

**Middle East**

AUD/ILS
ILS/AUD
AUD/AED
AED/AUD
AUD/SAR
SAR/AUD
AUD/BHD
AUD/JOD
AUD/OMR
AUD/QAR
AUD/LBP

**Europe**

AUD/CHF
CHF/AUD
AUD/PLN
PLN/AUD
AUD/NOK
NOK/AUD
AUD/SEK
SEK/AUD
AUD/CZK
AUD/DKK
DKK/AUD
**AUD/EUR**
**EUR/AUD**
**AUD/GBP**
**GBP/AUD**
AUD/HUF
AUD/ISK
AUD/RUB
RUB/AUD
AUD/TRY
TRY/AUD
AUD/RON
AUD/BYN
AUD/UAH

**Africa**

AUD/ZAR
ZAR/AUD
AUD/MAD
AUD/XAF
AUD/NAD
AUD/KES
AUD/EGP
AUD/XOF
AUD/BWP

**Carribean**

AUD/XCD

**Asia**

**AUD/JPY**
**JPY/AUD**
AUD/SGD
SGD/AUD
AUD/THB
THB/AUD
AUD/HKD
HKD/AUD
AUD/CNY
CNY/AUD
AUD/IDR
IDR/AUD
AUD/INR
AUD/KRW
KRW/AUD
AUD/MYR
AUD/PKR
AUD/TWD
TWD/AUD
AUD/PHP
AUD/LKR
AUD/NPR

**South America**

AUD/ARS
ARS/AUD
AUD/BRL
BRL/AUD
AUD/CLP
AUD/VES
VES/AUD

**Central America**

AUD/PAB

Bitcoin Futures Futures Overview (420)   ^

AUD/BBD

AUD/JMD

Bitcoin Futures Futures Overview (420)

# Ether Futures - Apr 24 (ETH)

 CME ⌄

⬆ **3,333.00**   +30.50 (+0.92%)

🕐 16:59:30 - Delayed Data. Currency in USD ( Disclaimer )

Prev. Close: **3,302.50**    Open: **3,291.00**    Day's Range: **3,219.00 - 3,395.50**

☆ Add to Watchlist     🔔 Create Alert

| | |
|---|---|
| Type: | Financial Future |
| Market: | United States |
| Month: | Apr 24 |

**GOVERNMENT EXHIBIT 887**
23 Cr. 10 (AS)

**General    Chart    Technical**

Overview    Historical Data

## Ether Futures Historical Data

ⓘ

Time Frame:
Daily ⌄

⬇ **Download Data**    03/01/2024 - 04/01/2024  📅

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Apr 01, 2024 | 3,532.50 | 3,696.00 | 3,696.00 | 3,441.50 | 0.07K | -4.46% |
| Mar 31, 2024 | 3,697.50 | 3,668.00 | 3,706.00 | 3,661.50 | 0.31K | 3.15% |
| Mar 28, 2024 | 3,584.53 | 3,484.50 | 3,611.50 | 3,466.50 | 1.28K | 2.80% |
| Mar 27, 2024 | 3,487.00 | 3,586.00 | 3,667.00 | 3,460.00 | 5.30K | -2.05% |
| Mar 26, 2024 | 3,560.00 | 3,600.50 | 3,677.00 | 3,544.50 | 4.28K | -2.39% |
| Mar 25, 2024 | 3,647.00 | 3,429.00 | 3,660.50 | 3,424.00 | 5.70K | 10.13% |
| Mar 22, 2024 | 3,311.50 | 3,500.50 | 3,547.00 | 3,283.00 | 3.92K | -5.39% |
| Mar 21, 2024 | 3,500.00 | 3,520.50 | 3,587.00 | 3,417.50 | 0.05K | 3.34% |
| Mar 20, 2024 | 3,387.00 | 3,299.00 | 3,505.00 | 3,063.50 | 8.61K | 1.18% |
| Mar 19, 2024 | 3,347.50 | 3,536.00 | 3,558.00 | 3,210.00 | 4.07K | -4.14% |
| Mar 18, 2024 | 3,492.00 | 3,662.00 | 3,701.50 | 3,469.50 | 2.88K | -5.77% |
| Mar 15, 2024 | 3,706.00 | 3,879.00 | 3,956.50 | 3,589.00 | 4.82K | -2.41% |
| Mar 14, 2024 | 3,797.50 | 4,031.00 | 4,047.00 | 3,732.00 | 3.77K | -5.82% |
| Mar 13, 2024 | 4,032.00 | 3,966.00 | 4,126.00 | 3,962.00 | 2.53K | 0.65% |
| Mar 12, 2024 | 4,006.00 | 4,088.00 | 4,138.50 | 3,852.00 | 4.10K | -1.66% |
| Mar 11, 2024 | 4,073.50 | 3,922.00 | 4,136.00 | 3,766.00 | 4.52K | 3.02% |
| Mar 09, 2024 | 3,954.00 | 3,954.00 | 3,954.00 | 3,954.00 | - | -0.83% |
| Mar 08, 2024 | 3,987.00 | 3,895.50 | 4,040.00 | 3,856.00 | 4.30K | 0.30% |
| Mar 07, 2024 | 3,975.00 | 3,846.00 | 3,980.00 | 3,777.00 | 2.86K | 1.73% |
| Mar 06, 2024 | 3,907.50 | 3,537.50 | 3,953.00 | 3,533.50 | 4.80K | 13.94% |
| Mar 05, 2024 | 3,429.50 | 3,651.00 | 3,877.00 | 3,309.00 | 8.01K | -5.59% |
| Mar 04, 2024 | 3,632.50 | 3,510.00 | 3,656.50 | 3,460.50 | 4.08K | 3.86% |
| Mar 01, 2024 | 3,497.50 | 3,366.50 | 3,501.00 | 3,363.00 | 3.73K | 1.55% |

Highest: **4,138.50**        Lowest: **3,063.50**        Difference: **1,075.00**        Average: **3,675.85**        Change %: **-3.57**

Ether Futures Futures Overview (55) ⌃

## My Sentiments »

What is your sentiment on Ether Futures?      or  

Vote to see community's
results!

## Currency Explorer

Majors    Asia/Pacific    Americas    Africa    Middle East    Europe

Ether Futures Futures Overview (55)

- **Australian Dollar**
- British Pound
- Canadian Dollar
- Euro
- Japanese Yen
- New Zealand Dollar
- Swiss Franc
- US Dollar

**North America**

AUD/USD

USD/AUD

**CAD/AUD**

**CAD/AUD**

AUD/MXN

MXN/AUD

**Pacific**

**AUD/NZD**

**NZD/AUD**

AUD/FJD

**Middle East**

AUD/ILS

ILS/AUD

AUD/AED

AED/AUD

AUD/SAR

SAR/AUD

AUD/BHD

AUD/JOD

AUD/OMR

AUD/QAR

AUD/LBP

**Europe**

**AUD/CHF**

**CHF/AUD**

AUD/PLN

PLN/AUD

AUD/NOK

NOK/AUD

AUD/SEK

SEK/AUD

AUD/CZK

AUD/DKK

DKK/AUD

**AUD/EUR**

**EUR/AUD**

**AUD/GBP**

**GBP/AUD**

AUD/HUF

AUD/ISK

AUD/RUB

RUB/AUD

AUD/TRY

TRY/AUD

AUD/RON

AUD/BYN

AUD/UAH

**Africa**

AUD/ZAR

ZAR/AUD

AUD/MAD

AUD/XAF

AUD/NAD

AUD/KES

AUD/EGP

AUD/XOF

AUD/BWP

**Carribean**

AUD/XCD

**Asia**

**AUD/JPY**

**JPY/AUD**

AUD/SGD

SGD/AUD

AUD/THB

THB/AUD

AUD/HKD

HKD/AUD

AUD/CNY

CNY/AUD

AUD/IDR

IDR/AUD

AUD/INR

AUD/KRW

KRW/AUD

AUD/MYR

AUD/PKR

AUD/TWD

TWD/AUD

AUD/PHP

AUD/LKR

AUD/NPR

**South America**

AUD/ARS

ARS/AUD

AUD/BRL

BRL/AUD

AUD/CLP

AUD/VES

VES/AUD

**Central America**

AUD/PAB

Ether Futures Futures Overview (55) ⌃

AUD/BBD

AUD/JMD

Ether Futures Futures Overview (55)  ⌃

# Ether Futures - Apr 24 (ETH)

🇺🇸 CME ⌄

⬆ **3,333.00**   **+30.50**   **(+0.92%)**

🕐 16:59:30 - Delayed Data. Currency in USD ( Disclaimer )

| | | |
|---|---|---|
| | Type: | Financial Future |
| | Market: | United States |
| | Month: | Apr 24 |

★ Add to Watchlist    🔔 Create Alert

Prev. Close: **3,302.50**   Open: **3,291.00**   Day's Range: **3,219.00 - 3,395.50**

**General**   **Chart**   **Technical**

**Overview**   **Historical Data**

## Ether Futures Historical Data

Time Frame:
Daily ⌄

⬇ **Download Data**   10/01/2022 - 10/21/2022 📅

| Date ⇅ | Price ⇅ | Open ⇅ | High ⇅ | Low ⇅ | Vol. ⇅ | Change % ⇅ |
|---|---|---|---|---|---|---|
| Oct 21, 2022 | 1,301.00 | 1,281.50 | 1,306.00 | 1,250.50 | 6.09K | 1.48% |
| Oct 20, 2022 | 1,282.00 | 1,290.00 | 1,310.50 | 1,267.50 | 5.47K | -1.00% |
| Oct 19, 2022 | 1,295.00 | 1,308.50 | 1,313.00 | 1,284.00 | 4.02K | -0.19% |
| Oct 18, 2022 | 1,297.50 | 1,334.50 | 1,341.00 | 1,283.00 | 5.27K | -1.96% |
| Oct 17, 2022 | 1,323.50 | 1,287.50 | 1,336.00 | 1,287.50 | 3.84K | 1.96% |
| Oct 15, 2022 | 1,298.00 | 1,298.00 | 1,298.00 | 1,298.00 | - | 0.19% |
| Oct 14, 2022 | 1,295.50 | 1,292.50 | 1,344.50 | 1,279.00 | 7.08K | 1.01% |
| Oct 13, 2022 | 1,282.50 | 1,293.50 | 1,299.00 | 1,179.50 | 9.23K | -0.89% |
| Oct 12, 2022 | 1,294.00 | 1,272.00 | 1,304.50 | 1,269.00 | 3.41K | 1.29% |
| Oct 11, 2022 | 1,277.50 | 1,301.00 | 1,301.00 | 1,260.50 | 4.51K | -1.88% |
| Oct 10, 2022 | 1,302.00 | 1,314.00 | 1,334.50 | 1,289.00 | 3.79K | -1.88% |
| Oct 08, 2022 | 1,327.00 | 1,327.00 | 1,327.00 | 1,327.00 | - | 0.19% |
| Oct 07, 2022 | 1,324.50 | 1,345.50 | 1,359.50 | 1,302.50 | 4.50K | -2.39% |
| Oct 06, 2022 | 1,357.00 | 1,346.00 | 1,384.50 | 1,345.00 | 4.54K | 0.78% |
| Oct 05, 2022 | 1,346.50 | 1,356.50 | 1,366.00 | 1,311.50 | 3.80K | -0.48% |
| Oct 04, 2022 | 1,353.00 | 1,317.00 | 1,380.00 | 1,310.50 | 4.24K | 3.13% |
| Oct 03, 2022 | 1,312.00 | 1,285.00 | 1,325.50 | 1,253.50 | 5.55K | -0.94% |
| Oct 01, 2022 | 1,324.50 | 1,324.50 | 1,324.50 | 1,324.50 | - | -1.55% |
| Highest: **1,384.50** | | Lowest: **1,179.50** | | Difference: **205.00** | Average: **1,310.72** | Change %: **-3.30** |

## My Sentiments »

What is your sentiment on Ether Futures?    or 

🔄 **Vote to see community's results!**

Ether Futures Futures Overview (55) ⌃

GOVERNMENT
EXHIBIT
888
23 Cr. 10 (AS)

**Currency Explorer**

Majors    Asia/Pacific    Americas    Africa    Middle East    Europe

Ether Futures Futures Overview (55)    ^

- Australian Dollar
- British Pound
- Canadian Dollar
- Euro
- Japanese Yen
- New Zealand Dollar
- Swiss Franc
- US Dollar

**North America**

AUD/USD
USD/AUD
**CAD/AUD**
CAD/AUD
AUD/MXN
MXN/AUD

**Pacific**

**AUD/NZD**
**NZD/AUD**
AUD/FJD

**Middle East**

AUD/ILS
ILS/AUD
AUD/AED
AED/AUD
AUD/SAR
SAR/AUD
AUD/BHD
AUD/JOD
AUD/OMR
AUD/QAR
AUD/LBP

**Europe**

AUD/CHF
CHF/AUD
AUD/PLN
PLN/AUD
AUD/NOK
NOK/AUD
AUD/SEK
SEK/AUD
AUD/CZK
AUD/DKK
DKK/AUD
**AUD/EUR**
**EUR/AUD**
**AUD/GBP**
**GBP/AUD**
AUD/HUF
AUD/ISK
AUD/RUB
RUB/AUD
AUD/TRY
TRY/AUD
AUD/RON
AUD/BYN
AUD/UAH

**Africa**

AUD/ZAR
ZAR/AUD
AUD/MAD
AUD/XAF
AUD/NAD
AUD/KES
AUD/EGP
AUD/XOF
AUD/BWP

**Carribean**

AUD/XCD

**Asia**

**AUD/JPY**
**JPY/AUD**
AUD/SGD
SGD/AUD
AUD/THB
THB/AUD
AUD/HKD
HKD/AUD
AUD/CNY
CNY/AUD
AUD/IDR
IDR/AUD
AUD/INR
AUD/KRW
KRW/AUD
AUD/MYR
AUD/PKR
AUD/TWD
TWD/AUD
AUD/PHP
AUD/LKR
AUD/NPR

**South America**

AUD/ARS
ARS/AUD
AUD/BRL
BRL/AUD
AUD/CLP
AUD/VES
VES/AUD

**Central America**

AUD/PAB

Ether Futures Futures Overview (55)

Case 1:23-cr-00010-AS   Document 134-1   Filed 04/08/24   Page 17 of 78

AUD/BBD

AUD/JMD

Ether Futures Futures Overview (55) ^

The Wayback Machine - https://web.archive.org/web/20220602161006/https://coinmarketcap.com/exchanges/eqonex/



Cryptos: 19,707   Exchanges: 525   Market Cap: $1,246,315,377,588   24h Vol: $90,123,680,593   Dominance: BTC: 46.2% ETH: 17.6%   ETH Gas: 98 Gwei ⌄          English ⌄   💲 USD ⌄   🌙

CoinMarketCap    Cryptocurrencies ⌄    Exchanges    NFT    Gravity ⌄    Portfolio    Watchlist    Products ⌄    Learn          Log In    **Sign up**    🔍 Search  /



### EQONEX

🔗 https://web.archive.org/web/20220602161006/
https://eqonex.com

🏛 Fees

💬 Chat

🐦 @eqonex

🏷 Exchange

Status

## Volume data is untracked

This project is featured as an 'Untracked Listing'

For more details on the listing tiers, please refer to Listings Review Criteria Section B - (3)

### About EQONEX

Launched on May 26th, 2020, EQONEX is a centralized crypto exchange based in Singapore. The parent company, Diginex, is the first company listed on Nasdaq with a crypto exchange (Nasdaq: EQOS).

EQONEX operates out of Singapore under a temporary exemption from the Monetary Authority of Singapore pending its application for a license under the Money Services Act.

EQONEX's first native token EQO, went live on April 8th, 2021. Holders of EQO receive numerous unique benefits, including reduced trading fees, access to future airdrops, staking rewards, collateral against derivatives transactions, and enhanced interest for crypto lending.

**Read More** ⌄

## Markets

| Spot | Perpetual | **Futures** |                                                                 Pair | USDC ⌄ |

| # ▲ | Currency | Pair | Price | Volume | Volume % | Liquidity ⓘ | Updated |
|---|---|---|---|---|---|---|---|
| 1 | ₿ Bitcoin | BTC/USDC | $30,214.91 | $3,994,694 | 100.00% | 640 | 19 hours ago |
| 2 | ◆ Ethereum | ETH/USDC | $1,816.81 | $1,669,043 | 100.00% | 613 | 19 hours ago |
| 3 | Chiliz | CHZ/USDC | $0.126 | $1,128 | 100.00% | 325 | 19 hours ago |
| 4 | Ⓣ Tether | USDT/USDC | $0.9992 | $22,395 | 100.00% | 354 | 19 hours ago |
| 5 | EQO | EQO/USDC | $0.115 | $1,622 | 100.00% | 227 | 19 hours ago |
| 6 | Bitcoin Cash | BCH/USDC | $187.15 | $20,785 | 100.00% | 504 | 19 hours ago |

GOVERNMENT EXHIBIT 889
23 Cr. 10 (AS)

| # ▲ | Currency | Pair | Price | Volume | Volume % | Liquidity ⓘ | Updated |
|---|---|---|---|---|---|---|---|
| 7 | The Graph | GRT/USDC | $0.1486 | $5.86 | 100.00% | 112 | 19 hours ago |
| 8 | Polkadot | DOT/USDC | $9.60 | $0.95 | 100.00% | 182 | 19 hours ago |
| 9 | XRP | XRP/USDC | $0.4001 | $29.13 | 100.00% | 343 | 19 hours ago |
| 10 | Stellar | XLM/USDC | $0.14 | $107.81 | 100.00% | 313 | 19 hours ago |
| 11 | Polygon | MATIC/USDC | $0.6084 | $0.01 | 100.00% | 374 | 19 hours ago |
| 12 | Chainlink | LINK/USDC | $7.02 | $21.74 | 100.00% | 376 | 19 hours ago |



| Products | Company | Support | Socials |
|---|---|---|---|
| Blockchain Explorer | About us | Request Form | Facebook |
| Crypto API | Terms of use | Contact Support | Twitter |
| Crypto Indices | Privacy Policy | FAQ | Telegram |
| Jobs Board | Community Rules | Glossary | Instagram |
| Sitemap | Disclaimer | | Interactive Chat |
| | Methodology | | |
| | Careers  We're hiring! | | |

© 2022 CoinMarketCap. All rights reserved

 



# Cryptos: Eqonex launch bitcoin dated futures

International | Industry

🕐 24 Feb 2022 by SRP News

**The Nasdaq-listed digital assets financial services company has launched a new type of Bitcoin (BTC) investment product, a BTC dated futures contract with a physical settlement.**

The Eqonex BTC Dated Futures are denominated in the USD Coin stablecoin (USDC) and are linear in that the price of the futures increases as the price of BTC increases against USDC. The expiry of the dated future will occur at 08:00 UTC on the final Friday of the expiry month. Use ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ age.
Physical se~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~dging risks
compared t~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Continue reading and get unlimited access for 7 days with a free trial of SRP.

**Get a free trial**

Already a subscriber? Login

GOVERNMENT
EXHIBIT
890
23 Cr. 10 (AS)



# Bybit to offer futures contracts settled in the USDC stablecoin

by [Adam Morgan McCarthy](#)

**EXCHANGES** • June 27, 2022, 9:03AM EDT



Share                                    The Block

QUICK TAKE

- Bybit announces plans to settle options contracts in the stablecoin USDC.
- The exchange is one of the largest when it comes to futures trading.

---

Crypto exchange Bybit announced on Monday that it will offer futures contracts settled in the stablecoin USD Coin (USDC), rather than bitcoin.

This is the first time Bybit will offer futures settled in USDC rather than bitcoin, in an effort to give users stable prices for the duration of the contract, according to a statement. The total

GM30                    DETAILS →

**142.92**
-0.037%

SEE CRYPTO INDICES →

**access**

Get unlimited access to The Block's most premium content.

Web3 infrastructure provider Ankr unveils Neura blockchain for AI startups

03/26/24 12:00PM EDT • INFRASTRUCTURE

SEE MORE IN ACCESS →

matrixport

**Boom or Bust?**
Tokenized RWAs in the Face of Easing Interest Rates

SPONSORED

Boom or Bust? Tokenized RWAs in the Face of Easing Interest Rates
April 1, 2024, 9:01AM EDT

number of bitcoin futures contracts held by users on its platform — bitcoin futures open interest — is one of the largest of any exchange.



Chart embedded from The Block Data.

CEO and co-founder, Ben Zhou, said in the statement that Bybit was very pleased with how the roll-out of its option trading product went. He went on to say "our derivatives platform has the world's best liquidity and tightest spread, so traders are ensured the best quote and best execution in the market even during extreme volatility."

Bybit's announcement noted that unlike bitcoin-settled contracts, using USDC allows for stability for the duration of each contract. The move comes at a time when stablecoins have come under renewed scrutiny from regulators and investors, with several high profile stables de-pegging over the past month.

**RELATED INDICES**

| GM30 | DETAILS | GMMEME | DETAILS | GML1 | DETAILS |
|------|---------|--------|---------|------|---------|
| **142.92** | | **312.53** | | **148.64** | |
| -0.037% | | -4.11% | | 0.30% | |

SEE CRYPTO INDICES  →

Monday's announcement comes just five days after Bybit was **fined** by the Ontario Securities Commission (OSC), although the exchange committed to working with the regulator as part of the settlement.

Founded in Singapore in 2018, Bybit has grown to be the second-largest crypto exchange in futures trading over the past four years to, according to data via The Block Research.



© 2023 The Block. All Rights Reserved. This article is provided for informational purposes only. It is not offered or intended to be used as legal, tax, investment, financial, or other advice.

↗ Share

ABOUT AUTHOR

Adam Morgan is a reporter covering cryptocurrency, financial markets, and economics – anything from price movements, earnings reports, and inflation to the U.S. Federal Reserve interest

and inflation to the BoE Federal Reserve interest rate decisions and everything in between. Adam is based in London.

MORE BY ADAM MORGAN MCCARTHY



Bitcoin pops as US inflation comes in below estimates

May 10, 2023, 9:29AM EDT •
MARKETS



Goldman Sachs, Moody's and more join Digital Asset's blockchain network

May 9, 2023, 9:48AM EDT •
COMPANIES

## THE BLOCK

### CONTENT
News
Indices
Learn
PRO
Prices
Newsletters
Data
Bitcoin Halving
Glossary

### MULTIMEDIA
Events
Reports
Podcasts

### CONNECT
Lens
Google News
Twitter
LinkedIn
Instagram
Telegram
Facebook
Spotify

### COMPANY
About Us
Editorial Team
Advertise
Careers
Conflicts of interest
Disclosures
Press
Sitemap

© 2024 THE BLOCK. ALL RIGHTS RESERVED.
PRIVACY POLICY • TERMS OF SERVICE • SECURITY
DO NOT SELL OR SHARE MY PERSONAL INFORMATION



| Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Updated |
|---|---|---|---|---|---|---|---|---|---|
| ETH-05APR24 | $3,306.29 | ▲ 1.2% | 3304.01 USDC | -0.077% | 0.03% | 1 day | - | $175,398 | Recently |
| ETH-31MAY24 | $3,408.58 | ▲ 1.0% | 3304.01 USDC | -3.076% | 0.03% | about 2 months | - | $160,195 | Recently |
| ETH-19APR24 | $3,335.98 | ▲ 0.9% | 3304.01 USDC | -0.966% | 0.03% | 15 days | - | $157,510 | Recently |
| ETH-28JUN24 | $3,455.82 | ▲ 1.0% | 3304.01 USDC | -4.401% | 0.08% | 3 months | - | $94,557.38 | Recently |

## What is Bybit (Futures)?

Bybit (Futures) is a derivative cryptocurrency exchange established in 2018. Currently, there are 421 trading pairs available on the exchange. Bybit (Futures) 24h trading volume is reported to be at $19,633,847,377.86, a change of -36.87277300561439% in the last 24 hours, and the 24h open interest is $11,160,533,927.53, a change of -2.68% as compared to the previous day. Exchange Reserves data is currently unavailable for Bybit (Futures). The most active trading pair is BTC/USDT with a 24h volume of $7,777,894,488.56.

Bybit is a cryptocurrency exchange that offers a professional platform featuring an ultra-fast matching engine, excellent customer service and multilingual community support for crypto traders of all levels. Established in March 2018, Bybit currently serves more than 10 million users and institutions offering access to over 100 assets and contracts across Spot, Futures and Options, launchpad projects, earn products, an NFT Marketplace and more. Bybit is a proud partner of Formula One racing team, Oracle Red Bull Racing, esports teams NAVI, Astralis, Alliance, Virtus.pro, Made in Brazil (MIBR), City Esports, and Oracle Red Bull Racing Esports, and association football (soccer) teams Borussia Dortmund and Avispa Fukuoka.

| | |
|---|---|
| Website | bybit.com |
| Community | Facebook · Twitter · Medium · Reddit · Telegram · blog.bybit.com · instagram.com |
| Email | support@bybit.com |
| Address | - |
| Year Established | 2018 |
| Recent Monthly Pageviews | 5,699,000.0 |
| Alexa Rank | #1034 |
| Community Data | Twitter Followers: 3,170,880 |

## Fees

| | |
|---|---|
| Fees | Taker Fee: 0.075% Maker Fee: -0.025% |
| Withdrawal | BTC 0.0005 ETH 0.01 XRP 0.25 EOS 0.1 |
| Margin Trading | Yes |
| Market With Fees | Yes |

## Volume by Market Pair



| | | |
|---|---|---|
| ● BTCUSDT | 39.70% | |
| ● ETHUSDT | 13.75% | |
| ● SOLUSDT | 7.35% | |
| ● DOGEUSDT | 4.19% | |
| ● BTCUSD | 3.16% | |
| ● 1000PEPEUSDT | 1.71% | |
| ● BCHUSDT | 1.42% | |
| ● Others | View All | |

## Volume by Currency



| | | |
|---|---|---|
| ● USDT | 92.01% | |
| ● USD | 4.45% | |
| ● USDC | 0.30% | |

## Exchange Open Interest

24h  7d  14d  1m  3m  1y  📅



## Exchange Trade Volume



### Liquidity

| | |
|---|---|
| Reported Trading Volume | - |
| Normalized Trading Volume | - |
| Reported-Normalized Volume Ratio | - |
| Average Bid-Ask Spread | 0.049% |
| Trading Pair Total Trust Score | |

### Scale

| | |
|---|---|
| Normalized Volume Percentile | - |
| Combined Orderbook Percentile | - |



CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

## Resources

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

## Donations

Bitcoin

Ethereum

## Support

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

## About CoinGecko

About Us

Careers  Join Us

Company Blog

Branding Guide

Methodology

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

Cookie Preferences

## Community

X/Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2024 CoinGecko. All Rights Reserved.



**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

OKX (Futures) Statistics: Markets, Trading Volume & Trust Score | CoinGecko

https://www.coingecko.com/en/exchanges/okx_swap#futures



GOVERNMENT
EXHIBIT
893
23 Cr. 10 (AS)

4/3/2024, 5:41 PM

## What is OKX (Futures)?

OKX (Futures) is a derivative cryptocurrency exchange established in -. Currently, there are 480 trading pairs available on the exchange. OKX (Futures) 24h trading volume is reported to be at $25,809,073,153.17, a change of -35.96215720107495% in the last 24 hours, and the 24h open interest is $6,303,336,157.65, a change of -2.47% as compared to the previous day. Exchange Reserves data is currently unavailable for OKX (Futures). The most active trading pair is BTC/USDT with a 24h volume of $8,079,258,278.06.

| | |
|---|---|
| Website | okx.com |
| Community | Facebook  Twitter  Reddit  Telegram  linkedin.com |
| Address | - |
| Recent Monthly Pageviews | 1,023,000.0 |
| Alexa Rank | #2386 |
| Community Data | Twitter Followers: 4,042,801 |

## Fees

| | |
|---|---|
| Margin Trading | No |
| Market With Fees | No |

## Volume by Market Pair



| | | |
|---|---|---|
| BTC-USDT-SWAP | 31.37% |
| ETH-USDT-SWAP | 26.35% |
| BTC-USD-SWAP | 5.50% |
| DOGE-USDT-... | 4.91% |
| SOL-USDT-SWAP | 4.34% |
| CORE-USDT-... | 3.74% |
| ETH-USD-SWAP | 2.78% |
| Others | View All |

## Volume by Currency



| | |
|---|---|
| USDT | 88.63% |
| USD | 12.42% |
| USDC | 0.64% |

## Exchange Open Interest





## Liquidity

| | |
|---|---|
| Reported Trading Volume | - |
| Normalized Trading Volume | - |
| Reported-Normalized Volume Ratio | - |
| Average Bid-Ask Spread | 0.054% |
| Trading Pair Total Trust Score | |

## Scale

| | |
|---|---|
| Normalized Volume Percentile | - |
| Combined Orderbook Percentile | - |

 CoinGecko

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

| Resources | Support | About CoinGecko | Community |
|---|---|---|---|
| Perpetuals | Request Form | About Us | X/Twitter |
| Crypto News | Advertising | Careers Join Us | Telegram Chat |
| Bitcoin Treasury | Candy Rewards Listing | Company Blog | Telegram News |
| Crypto Heatmap | Help Center | Branding Guide | Instagram |
| Crypto API | Bug Bounty | Methodology | Reddit |
| | FAQ | Disclaimer | Discord |
| **Donations** | | Terms of Service | Facebook |
| Bitcoin | | Privacy Policy | Youtube |
| Ethereum | | Ad Policy | TikTok |
| | | Cookie Preferences | |

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

© 2024 CoinGecko. All Rights Reserved.

 

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

The Wayback Machine - https://web.archive.org/web/20220710032407/https://www.coingecko.com/en/derivatives/futures




Continue in app
Track prices in real-time

This website uses cookies for functionality, analytics and advertising purposes as described in our Privacy Policy. If you agree to our use of cookies, please continue to use our site.

OK

Open the App

Coins: 13341
Exchanges: 525
Market Cap: $983,691,897,140 -0.8%
24h Vol: $82,938,465,006
Dominance:
BTC 41.5%

Continue in app
Track prices in real-time
Open App

Language

English   Deutsch   Español   Français   Italiano   język polski   Limba română   Magyar nyelv   Nederlands   Português   Svenska   Tiếng việt
Türkçe   Русский   日本語   简体中文   繁體中文   한국어   العربية   ภาษาไทย   Bahasa Indonesia   čeština   dansk   Ελληνικά
हिंदी   norsk   slovenský jazyk   українська мова   עברית   suomen kieli   български   hrvatski   lietuvių kalba   slovenski jezik

USD

← Currencies

Search...

Cryptocurrencies

- BTC
  Bitcoin
- ETH
  Ether
- LTC
  Litecoin
- BCH
  Bitcoin Cash
- BNB
  Binance Coin
- EOS
  EOS
- XRP
  XRP
- XLM
  Lumens
- LINK
  Chainlink
- DOT
  Polkadot
- YFI
  Yearn.finance

Bitcoin Units New

- BITS
  Bits
- SATS
  Satoshi

Suggested Currencies

GOVERNMENT
EXHIBIT
894
23 Cr. 10 (AS)

- USD
  US Dollar
- IDR
  Indonesian Rupiah
- TWD
  New Taiwan Dollar
- EUR
  Euro
- KRW
  South Korean Won
- JPY
  Japanese Yen
- RUB
  Russian Ruble
- CNY
  Chinese Yuan

Fiat Currencies

- AED
  United Arab Emirates Dirham
- ARS
  Argentine Peso
- AUD
  Australian Dollar
- BDT
  Bangladeshi Taka
- BHD
  Bahraini Dinar
- BMD
  Bermudian Dollar
- BRL
  Brazil Real
- CAD
  Canadian Dollar
- CHF
  Swiss Franc
- CLP
  Chilean Peso
- CZK
  Czech Koruna
- DKK
  Danish Krone
- GBP
  British Pound Sterling
- HKD
  Hong Kong Dollar
- HUF
  Hungarian Forint
- ILS
  Israeli New Shekel
- INR
  Indian Rupee
- KWD
  Kuwaiti Dinar

- LKR
  Sri Lankan Rupee
- MMK
  Burmese Kyat
- MXN
  Mexican Peso
- MYR
  Malaysian Ringgit
- NGN
  Nigerian Naira
- NOK
  Norwegian Krone
- NZD
  New Zealand Dollar
- PHP
  Philippine Peso
- PKR
  Pakistani Rupee
- PLN
  Polish Zloty
- SAR
  Saudi Riyal
- SEK
  Swedish Krona
- SGD
  Singapore Dollar
- THB
  Thai Baht
- TRY
  Turkish Lira
- UAH
  Ukrainian hryvnia
- VEF
  Venezuelan bolivar fuerte
- VND
  Vietnamese đồng
- ZAR
  South African Rand
- XDR
  IMF Special Drawing Rights

Commodities

- XAG
  Silver - Troy Ounce
- XAU
  Gold - Troy Ounce




[Subscribe](#)




CoinGecko



Subscribe

Cryptocurrencies ▾
By Market Cap  New Cryptocurrencies
Categories  Watchlists
Gainers & Losers  High Volume
All Coins  Compare Coins
Global Chart
Exchanges ▾
Crypto Exchanges  Decentralized Exchanges
Derivatives
NFT ▾
NFT Floor Price  NFT Related Coins
Learn Crypto ▾
All Crypto Articles  Analysis
Guides  Glossary
Methodology  Videos
Podcast  Newsletter
Research Reports
Products ▾
CoinGecko Premium  CoinGecko App
Crypto Portfolio  Crypto API
Crypto Widget  CoinGecko Store
GeckoCon 2022
Portfolio  Start your portfolio now
Explore ▾
Bitcoin Price  Ethereum Price
DeFi Coins  Metaverse Coins
Gaming Coins  Meme Coins
Resources ▾
Perpetuals  Crypto News
Bitcoin Treasury
About CoinGecko ▾
About Us
Careers
Branding Guide
Help ▾
Help Center
FAQ
Bug Bounty
EN
← Language
English
Deutsch
Español
Français
Italiano
język polski
Limba română
Magyar nyelv
Nederlands
Português
Svenska

Tiếng việt
Türkçe
Русский
日本語
简体中文
繁體中文
한국어
العربية
ภาษาไทย
Bahasa Indonesia
čeština
dansk
Ελληνικά
हिंदी
norsk
slovenský jazyk
українська мова
עברית
suomen kieli
български
hrvatski
lietuvių kalba
slovenski jezik
USD

← Currencies

Search...

Cryptocurrencies

- BTC
  Bitcoin
- ETH
  Ether
- LTC
  Litecoin
- BCH
  Bitcoin Cash
- BNB
  Binance Coin
- EOS
  EOS
- XRP
  XRP
- XLM
  Lumens
- LINK
  Chainlink
- DOT
  Polkadot
- YFI
  Yearn.finance

Bitcoin Units New

- BITS

Bits
- SATS
  Satoshi

Suggested Currencies

- USD
  US Dollar
- IDR
  Indonesian Rupiah
- TWD
  New Taiwan Dollar
- EUR
  Euro
- KRW
  South Korean Won
- JPY
  Japanese Yen
- RUB
  Russian Ruble
- CNY
  Chinese Yuan

Fiat Currencies

- AED
  United Arab Emirates Dirham
- ARS
  Argentine Peso
- AUD
  Australian Dollar
- BDT
  Bangladeshi Taka
- BHD
  Bahraini Dinar
- BMD
  Bermudian Dollar
- BRL
  Brazil Real
- CAD
  Canadian Dollar
- CHF
  Swiss Franc
- CLP
  Chilean Peso
- CZK
  Czech Koruna
- DKK
  Danish Krone
- GBP
  British Pound Sterling
- HKD
  Hong Kong Dollar
- HUF
  Hungarian Forint

- ILS
  Israeli New Shekel
- INR
  Indian Rupee
- KWD
  Kuwaiti Dinar
- LKR
  Sri Lankan Rupee
- MMK
  Burmese Kyat
- MXN
  Mexican Peso
- MYR
  Malaysian Ringgit
- NGN
  Nigerian Naira
- NOK
  Norwegian Krone
- NZD
  New Zealand Dollar
- PHP
  Philippine Peso
- PKR
  Pakistani Rupee
- PLN
  Polish Zloty
- SAR
  Saudi Riyal
- SEK
  Swedish Krona
- SGD
  Singapore Dollar
- THB
  Thai Baht
- TRY
  Turkish Lira
- UAH
  Ukrainian hryvnia
- VEF
  Venezuelan bolívar fuerte
- VND
  Vietnamese đồng
- ZAR
  South African Rand
- XDR
  IMF Special Drawing Rights

Commodities

- XAG
  Silver - Troy Ounce
- XAU
  Gold - Troy Ounce

🌙

Crypto API . Request Form . Advertising



CoinGecko

CoinGecko

Portfolio
▶
Beam (beta)
▶
Price Alert
▶
My Candies
▶
Rewards
▶
Login and Security
▶
Subscription
▶
Sign Out
Search 🔍

CoinGecko

CoinGecko

- Cryptocurrencies
  By Market Cap　New Cryptocurrencies
  Categories　New Watchlists　Gainers & Losers　High Volume
  All Coins　Compare Coins　New　Global Chart
- Exchanges
  Crypto Exchanges　Decentralized Exchanges　Derivatives
- NFT
  NFT Floor Price　New NFT　Related Coins
- Learn Crypto
  All Crypto Articles　Analysis　Guides
  Glossary　Methodology
  Videos　Podcast　Newsletter　Research Reports
- Products
  CoinGecko Premium　CoinGecko App　Crypto Portfolio　Crypto API　Crypto Widget
  GeckoCon 2022　CoinGecko Store



Portfolio

Portfolio New Beam (beta) Price Alert Login and Security Developer's Dashboard Subscription ⬇ Sign Out
Login Sign Up

Search

Search token name or exch

✖

Coins: 13413
Exchanges: 525
Market Cap: $983,691,897,140 -0.8%↓
Dominance:
24h Vol: $82,938,465,006
BTC 41.3%
ETH 14.6%
♦Gas: 22 GWEI

# Top Cryptocurrency Derivatives (Futures Contract) by Open Interest & Trading Volume

24h Vol: $88,253,240,451

66 Derivative Exchanges

Perpetuals Futures

usdt

## ₿ Bitcoin (Futures)

Total Open Interest $3,104,421,958
Total 24h Trade Volume $2,354,639,195

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ BTCC Futures | BTC-WEEKLY | $21,307.06 | -1.1% | 21322.96 USDT | +0.025% | 0.01% | 6 days | $813,891,656 | $1,301,638,815.12 | Recently |
| ✖ BTCC Futures | BTC-DAILY | $21,307.09 | -1.1% | 21322.32 USDT | +0.021% | 0.01% | 18 hours | $107,092,314 | $171,268,506.17 | Recently |
| ✖ OKX (Futures) | BTC-USDT-220930 | $21,407.64 | -0.8% | 21325.5 USDT | -0.436% | 0.01% | 3 months | $33,018,600 | $69,748,657.46 | Recently |
| ✖ Binance (Futures) | BTCUSDT_220930 | $21,422.23 | -0.7% | 21316.34 USDT | -0.547% | 0.03% | - | $25,767,156 | $37,118,878.98 | Recently |
| ✖ OKX (Futures) | BTC-USDT-220715 | $21,310.59 | -0.6% | 21324.7 USDT | +0.014% | 0.01% | 5 days | $14,682,400 | $61,068,479.87 | Recently |
| ✖ OKX (Futures) | BTC-USDT-221230 | $21,547.97 | -0.8% | 21325 USDT | -1.084% | 0.02% | 6 months | $13,590,400 | $32,374,309.65 | Recently |
| ✖ OKX (Futures) | BTC-USDT-220722 | $21,320.09 | -0.6% | 21325 USDT | -0.027% | 0.01% | 12 days | $11,205,000 | $28,391,744.35 | Recently |
| ✈ Delta Exchange (Futures) | BTCUSDT_30SEP | $21,379.74 | -0.8% | 21413.5 USDT | 0.000% | 0.04% | - | $512 | $506,592.98 | Recently |

## ♦ Ethereum (Futures)

Total Open Interest $1,398,343,083
Total 24h Trade Volume $1,308,683,377

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ BTCC Futures | ETH-WEEKLY | $1,188.49 | -2.1% | 1189.09 USDT | +0.001% | 0.09% | 6 days | $532,489,193 | $655,437,375.08 | Recently |
| ✖ BTCC Futures | ETH-DAILY | $1,188.49 | -2.1% | 1189.2 USDT | +0.010% | 0.09% | 18 hours | $201,125,949 | $247,564,581.30 | Recently |
| ✖ OKX (Futures) | ETH-USDT-220930 | $1,192.06 | -1.9% | 1189.81 USDT | -0.241% | 0.01% | 3 months | $3,545,580 | $45,466,115.52 | Recently |
| ✖ OKX (Futures) | ETH-USDT-221231 | $1,196.41 | -1.9% | 1189.78 USDT | -0.606% | 0.03% | 6 months | $1,506,570 | $17,650,168.01 | Recently |

| Exchange | Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| OKX (Futures) | ETH-USDT-220715 | $1,188.49 | -2.0% | 1189.64 USDT | +0.002% | 0.03% | 5 days | $1,076,750 | $19,751,949.58 | Recently |
| OKX (Futures) | ETH-USDT-220722 | $1,190.40 | -1.9% | 1190.72 USDT | -0.008% | 0.05% | 12 days | $1,050,910 | $11,253,096.60 | Recently |
| Binance (Futures) | ETHUSDT_220930 | $1,192.44 | -1.8% | 1189.22 USDT | -0.323% | 0.03% | - | $17,309 | $24,885,075.92 | Recently |
| Delta Exchange (Futures) | ETHUSDT_30SEP | $1,191.54 | -1.9% | 1193 USDT | 0.000% | 0.08% | - | $190 | $378,837.89 | Recently |
| BitMEX (Derivative) | ETHUSDTU22 | $1,219.16 | -0.2% | 1189.93 USDT | -2.449% | 0.34% | 3 months | - | $109.72 | 3 hours ago |

## 🪙 Tether (Futures)

Total Open Interest $59,658,568
Total 24h Trade Volume $502,532

| Exchange | Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| FTX (Derivatives) | USDT-0930 | $0.99 | 0.0% | 1 USD | +0.620% | 0.02% | 3 months | $59,658,568 | $502,531.70 | 2 hours ago |

## 🟡 BNB (Futures)

Total Open Interest $16,630,368
Total 24h Trade Volume $3,731,112

| Exchange | Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| Delta Exchange (Futures) | BNBUSDT_30SEP | $233.16 | -2.2% | 233.7 USDT | -0.043% | 0.13% | - | $1,491 | $1,078,042.56 | Recently |

## ✕ XRP (Futures)

Total Open Interest $64,403,791
Total 24h Trade Volume $31,005,226

| Exchange | Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| BTCC Futures | XRP-WEEKLY | $0.34 | -0.8% | 0.34 USDT | +0.009% | 0.11% | 6 days | $15,947,052 | $7,306,093.67 | Recently |
| OKX (Futures) | XRP-USDT-220930 | $0.34 | -0.7% | 0.34 USDT | +0.902% | 0.07% | 3 months | $88,109 | $4,055,033.38 | Recently |
| OKX (Futures) | XRP-USDT-221230 | $0.34 | -0.6% | 0.34 USDT | +0.564% | 0.15% | 6 months | $42,222 | $2,108,347.10 | Recently |
| OKX (Futures) | XRP-USDT-220715 | $0.34 | -0.7% | 0.34 USDT | +0.071% | 0.03% | 5 days | $37,510 | $2,355,553.57 | Recently |
| OKX (Futures) | XRP-USDT-220722 | $0.34 | -0.7% | 0.34 USDT | +0.160% | 0.09% | 12 days | $29,502 | $1,604,275.70 | Recently |

## ❄ Cardano (Futures)

Total Open Interest $85,954,696
Total 24h Trade Volume $35,939,571

| Exchange | Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| BTCC Futures | ADA-WEEKLY | $0.47 | 0.1% | 0.47 USDT | -0.007% | 0.12% | 6 days | $17,034,943 | $11,114,336.62 | Recently |
| OKX (Futures) | ADA-USDT-220930 | $0.47 | 0.3% | 0.47 USDT | +0.661% | 0.08% | 3 months | $11,486,622 | $4,079,735.47 | Recently |
| OKX (Futures) | ADA-USDT-221230 | $0.47 | 0.4% | 0.47 USDT | +0.276% | 0.05% | 6 months | $6,193,362 | $2,216,631.41 | Recently |
| OKX (Futures) | ADA-USDT-220715 | $0.47 | 0.1% | 0.47 USDT | +0.106% | 0.07% | 5 days | $4,752,848 | $2,198,649.57 | Recently |
| OKX (Futures) | ADA-USDT-220722 | $0.47 | 0.0% | 0.47 USDT | +0.197% | 0.07% | 12 days | $3,087,291 | $1,713,252.40 | Recently |

## ▣ Solana (Futures)

Total Open Interest $47,028,076
Total 24h Trade Volume $41,725,621

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ▣ BTCC Futures | SOL-WEEKLY | $37.34 | -2.4% | 37.39 USDT | +0.065% | 0.11% | 6 days | $41,074,210 | $38,146,349.98 | Recently |
| 🔺 Delta Exchange (Futures) | SOLUSDT_30SEP | $36.71 | -2.3% | 36.8 USDT | +0.014% | 0.07% | - | $149,865 | $168,182.67 | Recently |

## ⬤ Dogecoin (Futures)

Total Open Interest $7,170,406
Total 24h Trade Volume $3,083,979

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ▣ BTCC Futures | DOGE-WEEKLY | $0.07 | -1.7% | 0.07 USDT | 0.000% | 0.12% | 6 days | $6,185,851 | $2,890,340.88 | Recently |

## ✖ Polkadot (Futures)

Total Open Interest $26,987,685
Total 24h Trade Volume $21,087,155

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ▣ BTCC Futures | DOT-WEEKLY | $7.07 | -0.3% | 7.07 USDT | -0.071% | 0.18% | 6 days | $7,037,671 | $5,413,806.29 | Recently |
| ✖ OKX (Futures) | DOT-USDT-220930 | $6.94 | 0.3% | 7.08 USDT | +1.973% | 0.07% | 3 months | $3,350,944 | $2,523,049.25 | Recently |
| ✖ OKX (Futures) | DOT-USDT-221230 | $6.83 | -0.2% | 7.08 USDT | +3.600% | 0.06% | 6 months | $1,256,079 | $1,106,422.54 | Recently |
| ✖ OKX (Futures) | DOT-USDT-220715 | $7.05 | -0.1% | 7.08 USDT | +0.327% | 0.1% | 5 days | $828,762 | $1,209,703.10 | Recently |
| ✖ OKX (Futures) | DOT-USDT-220722 | $7.03 | -0.1% | 7.08 USDT | +0.553% | 0.17% | 12 days | $734,772 | $634,325.02 | Recently |

## ▽ TRON (Futures)

Total Open Interest $48,930,654
Total 24h Trade Volume $23,195,020

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ OKX (Futures) | TRX-USDT-220930 | $0.07 | -0.5% | 0.07 USDT | +3.086% | 0.03% | 3 months | $17,332,688 | $4,377,569.53 | Recently |
| ✖ OKX (Futures) | TRX-USDT-221230 | $0.07 | -0.9% | 0.07 USDT | +4.142% | 0.03% | 6 months | $7,532,543 | $2,537,219.81 | Recently |
| ✖ OKX (Futures) | TRX-USDT-220715 | $0.07 | -0.6% | 0.07 USDT | +0.758% | 0.03% | 5 days | $7,023,539 | $2,665,719.94 | Recently |
| ✖ OKX (Futures) | TRX-USDT-220722 | $0.07 | -0.1% | 0.07 USDT | +1.141% | 0.04% | 12 days | $4,182,849 | $2,580,873.06 | Recently |

## 🔺 Avalanche (Futures)

Total Open Interest $12,885,217
Total 24h Trade Volume $23,631,264

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ▣ BTCC Futures | AVAX-WEEKLY | $19.37 | -1.6% | 19.4 USDT | +0.059% | 0.14% | 6 days | $10,216,226 | $12,796,461.03 | Recently |

## ⬤ Litecoin (Futures)

Total Open Interest $56,341,953
Total 24h Trade Volume $45,684,740

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ OKX (Futures) | LTC-USDT-220930 | $53.60 | 3.6% | 53.7 USDT | +0.131% | 0.02% | 3 months | $12,196,024 | $4,740,329.18 | Recently |
| ✖ BTCC Futures | LTC-WEEKLY | $53.61 | 3.5% | 53.66 USDT | +0.037% | 0.13% | 6 days | $8,734,175 | $6,969,857.51 | Recently |
| ✖ OKX (Futures) | LTC-USDT-221230 | $54.08 | 3.6% | 53.7 USDT | -0.758% | 0.04% | 6 months | $8,051,198 | $2,524,689.10 | Recently |
| ✖ OKX (Futures) | LTC-USDT-220715 | $53.55 | 3.7% | 53.66 USDT | +0.112% | 0.04% | 5 days | $5,790,690 | $3,324,072.61 | Recently |
| ✖ OKX (Futures) | LTC-USDT-220722 | $53.63 | 3.6% | 53.7 USDT | +0.075% | 0.04% | 12 days | $2,703,036 | $3,060,122.60 | Recently |

## 🔷 Chainlink (Futures)

Total Open Interest $7,492,857
Total 24h Trade Volume $14,796,242

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ BTCC Futures | LINK-WEEKLY | $6.37 | -0.2% | 6.38 USDT | 0.000% | 0.17% | 6 days | $4,508,219 | $3,053,853.97 | Recently |
| ✖ OKX (Futures) | LINK-USDT-220930 | $6.34 | -0.2% | 6.38 USDT | +0.615% | 0.17% | 3 months | $267,844 | $1,896,862.20 | Recently |
| ✖ OKX (Futures) | LINK-USDT-220715 | $6.38 | -0.0% | 6.38 USDT | -0.016% | 0.17% | 5 days | $114,706 | $798,126.49 | Recently |
| ✖ OKX (Futures) | LINK-USDT-221230 | $6.36 | -0.3% | 6.37 USDT | -0.016% | 0.13% | 6 months | $114,317 | $997,051.36 | Recently |
| ✖ OKX (Futures) | LINK-USDT-220722 | $6.37 | -0.0% | 6.38 USDT | +0.110% | 0.19% | 12 days | $105,316 | $481,253.40 | Recently |

## 🦄 Uniswap (Futures)

Total Open Interest $2,556,874
Total 24h Trade Volume $3,222,680

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ BTCC Futures | UNI-WEEKLY | $6.17 | 2.5% | 6.18 USDT | +0.016% | 0.18% | 6 days | $2,134,141 | $3,099,190.53 | Recently |

## 💫 Stellar (Futures)

Total Open Interest $2,011,486
Total 24h Trade Volume $698,028

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ BTCC Futures | XLM-WEEKLY | $0.11 | -0.9% | 0.11 USDT | -0.004% | 0.17% | 6 days | $2,011,486 | $698,028.46 | Recently |

## 🔷 Ethereum Classic (Futures)

Total Open Interest $12,966,047
Total 24h Trade Volume $21,120,212

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ✖ OKX (Futures) | ETC-USDT-220930 | $15.53 | -1.7% | 15.53 USDT | -0.084% | 0.06% | 3 months | $3,128,459 | $4,270,249.57 | Recently |
| ✖ OKX (Futures) | ETC-USDT-221230 | $15.52 | -1.8% | 15.53 USDT | -0.013% | 0.08% | 6 months | $1,563,073 | $3,805,422.93 | Recently |
| ✖ OKX (Futures) | ETC-USDT-220715 | $15.53 | -1.1% | 15.53 USDT | -0.090% | 0.09% | 5 days | $1,555,251 | $3,705,211.92 | Recently |
| ✖ OKX (Futures) | ETC-USDT-220722 | $15.52 | -1.7% | 15.53 USDT | +0.013% | 0.15% | 12 days | $711,064 | $3,771,232.54 | Recently |

## Ⓑ Bitcoin Cash (Futures)

Total Open Interest $54,972,847
Total 24h Trade Volume $20,877,326

| Exchange | Symbol | Price | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ BTCC Futures | BCH-WEEKLY | $108.54 | -0.5% | 108.59 USDT | 0.000% | 0.15% | 6 days | $22,789,745 | $8,765,091.01 | Recently |
| ☒ OKX (Futures) | BCH-USDT-221230 | $108.61 | -0.1% | 108.73 USDT | +0.055% | 0.12% | 6 months | $5,223,533 | $853,240.97 | Recently |
| ☒ OKX (Futures) | BCH-USDT-220930 | $106.76 | 0.0% | 108.73 USDT | +1.788% | 0.04% | 3 months | $5,130,323 | $1,617,344.06 | Recently |
| ☒ OKX (Futures) | BCH-USDT-220715 | $108.29 | -0.4% | 108.73 USDT | +0.351% | 0.08% | 5 days | $1,270,303 | $781,962.35 | Recently |
| ☒ OKX (Futures) | BCH-USDT-220722 | $108.26 | -0.2% | 108.73 USDT | +0.379% | 0.08% | 12 days | $1,265,251 | $477,266.84 | Recently |

## Ⓓ Decentraland (Futures)

Total Open Interest $1,840,313
Total 24h Trade Volume $736,272

| Exchange | Symbol | Price | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ BTCC Futures | MANA-WEEKLY | $0.88 | -2.6% | 0.88 USDT | +0.045% | 0.15% | 6 days | $1,840,313 | $736,272.32 | Recently |

## Ⓕ Filecoin (Futures)

Total Open Interest $6,627,995
Total 24h Trade Volume $12,144,380

| Exchange | Symbol | Price | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ BTCC Futures | FIL-WEEKLY | $5.63 | -1.8% | 5.63 USDT | 0.000% | 0.2% | 6 days | $4,347,137 | $2,277,694.97 | Recently |
| ☒ OKX (Futures) | FIL-USDT-220930 | $5.61 | -1.4% | 5.63 USDT | +0.338% | 0.11% | 3 months | $274,420 | $1,998,028.82 | Recently |
| ☒ OKX (Futures) | FIL-USDT-221230 | $5.63 | -1.4% | 5.63 USDT | +0.018% | 0.2% | 6 months | $140,332 | $839,420.72 | Recently |
| ☒ OKX (Futures) | FIL-USDT-220715 | $5.62 | -1.6% | 5.63 USDT | +0.196% | 0.07% | 5 days | $75,161 | $791,256.08 | Recently |
| ☒ OKX (Futures) | FIL-USDT-220722 | $5.62 | -1.7% | 5.63 USDT | +0.249% | 0.21% | 12 days | $64,020 | $461,206.04 | Recently |

## Ⓑ Bitcoin SV (Futures)

Total Open Interest $14,382,196
Total 24h Trade Volume $2,585,427

| Exchange | Symbol | Price | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ OKX (Futures) | BSV-USDT-220930 | $55.39 | -1.2% | 55.76 USDT | +0.613% | 0.22% | 3 months | $11,571,046 | $1,552,439.73 | Recently |

## Ⓔ EOS (Futures)

Total Open Interest $29,967,511
Total 24h Trade Volume $14,606,790

| Exchange | Symbol | Price | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest | 24h Volume ❓ | Last Traded |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒ BTCC Futures | EOS-WEEKLY | $1.02 | -0.6% | 1.02 USDT | -0.049% | 0.15% | 6 days | $10,300,533 | $4,173,433.98 | Recently |
| ☒ OKX (Futures) | EOS-USDT-220930 | $1.02 | -0.5% | 1.02 USDT | -0.020% | 0.08% | 3 months | $3,175,200 | $1,565,433.41 | Recently |
| ☒ OKX (Futures) | EOS-USDT-221230 | $1.02 | -0.5% | 1.02 USDT | 0.000% | 0.14% | 6 months | $1,742,057 | $654,881.26 | Recently |

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|----------|--------|---------|--------|---------------|---------|-----------|------------|-----------------|---------------|-------------|
| ✖ OKX (Futures) | EOS-USDT-220715 | $1.02 | -0.5% | 1.02 USDT | -0.108% | 0.05% | 5 days | $1,232,344 | $1,427,298.18 | Recently |
| ✖ OKX (Futures) | EOS-USDT-220722 | $1.02 | -0.6% | 1.02 USDT | -0.196% | 0.12% | 12 days | $779,269 | $581,196.67 | Recently |

## ⓓ Dash (Futures)

Total Open Interest $309,323
Total 24h Trade Volume $325,236

| Exchange | Symbol | Price ❓ | 24h ❓ | Index Price ❓ | Basis ❓ | Spread ❓ | Expires in | Open Interest ❓ | 24h Volume ❓ | Last Traded |
|----------|--------|---------|--------|---------------|---------|-----------|------------|-----------------|---------------|-------------|
| ✖ BTCC Futures | DASH-WEEKLY | $46.48 | -0.2% | 46.51 USDT | +0.026% | 0.16% | 6 days | $309,323 | $325,236.34 | Recently |

✖

Log in

Email

Password

☑ Remember me

Forgot your password?

Login

Don't have an account? Sign up

---

Didn't receive confirmation instructions? Resend confirmation instructions

✖

Send me reset password instructions
You will receive an email with instructions on how to reset your password in a few minutes.

Email

Change my password

Back to Sign In

✖

Resend Confirmation Email
You will receive an email with instructions for how to confirm your email address in a few minutes.

Email

Resend confirmation instructions

Back to Sign In

✖

Sign Up To Continue

Email     Email

Password     Password     👁

Password must contain at least 8 characters including 1 uppercase letter, 1 lowercase letter, 1 number, and 1 special character

Security Tip: Do not reuse passwords that you have used in other apps or websites.

☐ I agree to CoinGecko's Terms of Service and Privacy Policy.
☐ I would like to subscribe to CoinGecko's daily newsletter.

[Sign up]

Already have an account? Login

Didn't receive confirmation instructions?

⚠IMPORTANT DISCLAIMER: All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

Help Center | Bug Bounty | Disclaimer
Terms of Service | Privacy Policy | Ad Policy
© 2022 CoinGecko. All Rights Reserved.

Explore
Bitcoin Price
Ethereum Price
DeFi Coins
Metaverse Coins
Gaming Coins
Meme Coins
Resources
Perpetuals
Crypto News
Bitcoin Treasury
Donations
Bitcoin
[×] Donate Bitcoin



Donation Address

3KJmVaMzKRxKbKTMQmfn

Ethereum

× Donate Ethereum



Donation Address

0x4Cdc86fa95Ec2704f0849

About CoinGecko

About Us
Careers Join Us
Company Blog
Branding Guide
Request Form
Advertising
FAQ
Community
Twitter
Telegram Chat
Telegram News
Instagram
Reddit
Discord
Facebook

[Youtube](#)
[TikTok](#)
Interested to stay up-to-date with cryptocurrencies?
Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email

Subscribe

Download our app now

 

[Disclaimer](#) • [Terms of Service](#) • [Privacy Policy](#)

© 2022 CoinGecko. All Rights Reserved.



| Symbol | Price | 24h | Index Price | Basis | Spread | Expires in | Open Interest | 24h Volume | Last Updated |
|---|---|---|---|---|---|---|---|---|---|
| ETC-USDT-240628 | $32.11 | ▲ 0.7% | 30.35 USDT | -5.569% | 0.25% | 3 months | $66,258.18 | $103,731 | Recently |
| XRP-USDT-240628 | $0.5988 | ▼ 3.4% | 0.57 USDT | -5.073% | 0.17% | 3 months | $27,677.74 | $211,686 | Recently |
| BTC-USDT-240531 | $67,742.89 | ▼ 0.2% | 65785.1 USDT | -2.966% | 0.01% | about 2 months | $2,552,363 | $2,545,778 | Recently |
| BTC-USDT-240426 | $66,473.49 | ▲ 0.2% | 65785.1 USDT | -1.113% | 0.01% | 22 days | $11,027,393 | $5,529,929 | Recently |
| BTC-USDT-240412 | $65,973.68 | ▼ 0.1% | 65785.1 USDT | -0.364% | 0.01% | 8 days | $6,536,284 | $13,700,094 | Recently |
| ETH-USDT-240412 | $3,321.56 | ▲ 1.1% | 3301.06 USDT | -0.695% | 0.03% | 8 days | $5,481,911 | $4,870,073 | Recently |
| LTC-USDT-240412 | $98.26 | ▼ 8.1% | 97.38 USDT | -0.976% | 0.11% | 8 days | $145,366 | $393,032 | Recently |
| EOS-USDT-240412 | $0.951 | ▼ 2.9% | 0.95 USDT | -0.168% | 0.09% | 8 days | $73,003.33 | $10,555.58 | Recently |
| ETC-USDT-240412 | $30.28 | ▲ 0.0% | 30.35 USDT | +0.165% | 0.2% | 8 days | $19,799.22 | $55,102.72 | Recently |
| XRP-USDT-240412 | $0.5736 | ▼ 3.3% | 0.57 USDT | -0.906% | 0.09% | 8 days | $627.73 | $89,087.75 | Recently |
| BTC-USDT-240405 | $65,822.03 | ▲ 0.2% | 65823.6 USDT | -0.043% | 0.01% | 1 day | $5,995,970 | $15,942,753 | Recently |
| ETH-USDT-240405 | $3,308.21 | ▲ 1.1% | 3301.06 USDT | -0.294% | 0.03% | 1 day | $1,270,484 | $7,815,650 | Recently |
| LTC-USDT-240405 | $97.57 | ▼ 8.3% | 97.37 USDT | -0.287% | 0.11% | 1 day | $90,741.98 | $429,733 | Recently |
| EOS-USDT-240405 | $0.9548 | ▼ 1.6% | 0.95 USDT | -0.565% | 0.09% | 1 day | $87,690.67 | $10,950.98 | Recently |
| ETC-USDT-240405 | $30.34 | ▲ 0.9% | 30.35 USDT | -0.033% | 0.16% | 1 day | $11,012.94 | $57,032.00 | Recently |
| XRP-USDT-240405 | $0.57 | ▼ 2.6% | 0.57 USDT | -0.263% | 0.09% | 1 day | $2,059.47 | $104,415 | Recently |

## What is OKX (Futures)?

OKX (Futures) is a derivative cryptocurrency exchange established in -. Currently, there are 480 trading pairs available on the exchange. OKX (Futures) 24h trading volume is reported to be at $25,809,073,153.17, a change of -35.96215720107495% in the last 24 hours, and the 24h open interest is $6,303,336,157.65, a change of -2.47% as compared to the previous day. Exchange Reserves data is currently unavailable for OKX (Futures). The most active trading pair is BTC/USDT with a 24h volume of $8,079,258,278.06.

| | |
|---|---|
| Website | okx.com |
| Community | Facebook  Twitter  Reddit  Telegram  linkedin.com |
| Address | - |
| Recent Monthly Pageviews | 1,023,000.0 |
| Alexa Rank | #2386 |
| Community Data | Twitter Followers: 4,042,801 |

## Fees

| | |
|---|---|
| Margin Trading | No |
| Market With Fees | No |

## Volume by Market Pair



| | | |
|---|---|---|
| ● | BTC-USDT-SWAP | 31.37% |
| ● | ETH-USDT-SWAP | 26.35% |
| ● | BTC-USD-SWAP | 5.50% |
| ● | DOGE-USDT-... | 4.91% |
| ● | SOL-USDT-SWAP | 4.34% |
| ● | CORE-USDT-... | 3.74% |
| ● | ETH-USD-SWAP | 2.78% |
| ● | Others | View All |

## Volume by Currency



| | | |
|---|---|---|
| ● | USDT | 88.63% |
| ● | USD | 12.42% |
| ● | USDC | 0.64% |





## Liquidity

| | |
|---|---|
| Reported Trading Volume | - |
| Normalized Trading Volume | - |
| Reported-Normalized Volume Ratio | - |
| Average Bid-Ask Spread | 0.054% |
| Trading Pair Total Trust Score | |

## Scale

| | |
|---|---|
| Normalized Volume Percentile | - |
| Combined Orderbook Percentile | - |

 CoinGecko

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers  Join Us

Company Blog

Branding Guide

Methodology

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

Cookie Preferences

**Community**

X/Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email    Subscribe

© 2024 CoinGecko. All Rights Reserved.



**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.



## What is Binance (Futures)?

Binance (Futures) is a derivative cryptocurrency exchange established in 2019. Currently, there are 372 trading pairs available on the exchange. Binance (Futures) 24h trading volume is reported to be at $64,081,970,328.89, a change of -34.1286712563619.7% in the last 24 hours, and the 24h open interest is $18,737,211,341.94, a change of -1.92% as compared to the previous day. Exchange Reserves data is currently unavailable for Binance (Futures). The most active trading pair is BTC/USDT with a 24h volume of $18,130,079,364.92.

| | |
|---|---|
| Website | binance.com |
| Community | X Twitter |
| Address | - |
| Year Established | 2019 |
| Recent Monthly Pageviews | 36,920,000.0 |
| Alexa Rank | #132 |
| Community Data | - |

## Fees

| | |
|---|---|
| Margin Trading | No |
| Market With Fees | No |

## Volume by Market Pair



| | | |
|---|---|---|
| ● | BTCUSDT | 28.28% |
| ● | ETHUSDT | 14.01% |
| ● | SOLUSDT | 6.10% |
| ● | BTCUSD_PERP | 4.67% |
| ● | DOGEUSDT | 3.02% |
| ● | ETHUSD_PERP | 1.70% |
| ● | WIFUSDT | 1.53% |
| ● | Others | View All |

## Volume by Currency



| | | |
|---|---|---|
| ● | USDT | 80.94% |
| ● | USD | 9.43% |
| ● | USDC | 2.00% |
| ● | BUSD | 0.23% |

### Exchange Open Interest





## Exchange Trade Volume

| 24h | 7d | 14d | 1m | 3m | 1y |

### Liquidity

| | |
|---|---|
| Reported Trading Volume | - |
| Normalized Trading Volume | - |
| Reported-Normalized Volume Ratio | - |
| Average Bid-Ask Spread | 0.024% |
| Trading Pair Total Trust Score | |

### Scale

| | |
|---|---|
| Normalized Volume Percentile | - |
| Combined Orderbook Percentile | - |



CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

**Resources**

Perpetuals

Crypto News

Bitcoin Treasury

Crypto Heatmap

Crypto API

**Donations**

Bitcoin

Ethereum

**Support**

Request Form

Advertising

Candy Rewards Listing

Help Center

Bug Bounty

FAQ

**About CoinGecko**

About Us

Careers  Join Us

Company Blog

Branding Guide

Methodology

Disclaimer

Terms of Service

Privacy Policy

Ad Policy

Cookie Preferences

**Community**

X/Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

Youtube

TikTok

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter Your Email    Subscribe

  

© 2024 CoinGecko. All Rights Reserved.

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

# Crypto Exchange EQONEX expands suite of professional trading products with launch of Dated Futures

New EQONEX bitcoin (BTC) Dated Futures with Physical Settlement

---

NEWS PROVIDED BY

**EQONEX ➞**

09 Feb, 2022, 05:15 ET

---

SINGAPORE, Feb. 9 2022 /PRNewswire/ -- Cryptocurrency Exchange EQONEX, as part of **EQONEX Limited** (Nasdaq: **EQOS**), today announced the launch of BTC Dated Futures with physical settlement. This marks an important milestone in the company's expanding product suite for experienced traders, enabling them to use commonly deployed derivatives trading strategies in cryptocurrency markets.

This latest launch by EQONEX follows the introduction of Cross Collateral functionality, Ethereum (ETH) Perpetual Futures, and BTC Perpetual Futures in 2021. Dated Futures for additional cryptocurrencies including ETH will also be available on EQONEX in the coming months.

A Dated Futures contract enables users to enter into a binding agreement to buy or sell the underlying asset, in this case BTC, at a predetermined price at a specified date in the future. Futures contracts are commonly used to speculate on the direction of an underlying asset using leverage, and hedge against price movements.

GOVERNMENT
EXHIBIT
**897**
23 Cr. 10 (AS)

EQONEX is one of the few exchanges globally to offer physically-settled futures contracts for cryptocurrencies such as BTC. EQONEX is able to overcome common security and technical challenges of physical BTC settlement due to its industry-leading, secure custody business

Andrew Eldon, Interim CEO of EQONEX said, "We still see a gap in the exchange marketplace to better serve traders who are looking for safe access to products and strategies from traditional finance to exploit and hedge against the volatility of crypto market trading.  We are removing the barriers to entry by delivering a regulated crypto exchange, and by adding institutional-grade products to our customers' toolkits."

"We have been very deliberate in building a business that sits at the intersection of traditional finance and the future of finance.  Those who already understand the merits of basis trading will be particularly appreciative of this product launch, but we are also providing educational resources to help those wanting to learn how to broaden their trading approaches for risk management or to capture yield."

Overview of EQONEX BTC Dated Futures

- EQONEX BTC Dated Futures are denominated in the USD Coin stablecoin (USDC) and are linear in that the price of the futures increases as the price of BTC increases against USDC.
- The expiry of the Dated Future will occur at 08:00 UTC on the final Friday of the expiry month.
- Physical settlement occurs automatically on the expiry date which can also remove some hedging risks that exist with cash-settled contracts.
- Users can trade EQONEX BTC Dated Futures with leverage.
- EQONEX is offering an education program for those seeking to learn more about futures contracts for cryptocurrency markets, as well as detailed product specifications here.

**About EQONEX Group**

EQONEX Group is a digital assets financial services company focused on fairness, governance, and innovation. The group encompasses cryptocurrency exchange EQONEX as well as an over-the-counter trading platform. It also offers a front-to-back integrated trading platform, Access Trading, a securitization advisory service EQONEX Capital, market leading hot and cold custodian Digivault, and asset manager Bletchley Park.

For more information visit: **https://group.eqonex.com**.

Follow EQONEX on social media on Twitter **@eqonex**, on Facebook **@eqonex**, and on **LinkedIn**.

This press release is provided by Eqonex Limited (f.k.a. Diginex Limited "Eqonex") for information purposes only, is a summary only of certain key facts and plans of Eqonex and includes forward looking statements that involve risks and uncertainties. Without limitation, the press release does not constitute an offer or solicitation in relation to any securities or other regulated products or services or to make use of any services provided by Eqonex, and neither this press release nor anything contained in it will form the basis of any contract or commitment whatsoever. This press release has not been reviewed by any regulatory authority in any jurisdictions. Forward looking statements are statements that are not historical facts and are subject to risks and uncertainties, which could cause actual results or outcomes to differ materially from the forward-looking statements. Most of these factors are outside of Eqonex's control and are difficult to predict. Factors that may cause such differences include, but are not limited to: Eqonex's limited operating history and history of net losses; Eqonex's ability to execute its business plan; the rate and degree of market acceptance of Eqonex's products; failure to obtain the requisite regulatory licenses and qualifications or establish partnerships with entities in certain jurisdictions to satisfy regulatory requirements; changes in laws or regulations; litigation and regulatory risks; Eqonex's inability to successfully identify, hire and retain skilled individuals; competition; Eqonex's inability to successfully develop technology to service its business lines and keep pace with rapidly changing technology and client or regulatory requirements; risks of cyber incidents; reliance on vendors and third-party service providers; inability to protect or preserve its proprietary rights and the risk of infringing on the intellectual property rights of others; potential conflict of interest arising from managing different business lines; risks of employee misconduct and manipulation of distributed ledger networks and smart contract technology by malicious actors; risk of Eqonex losing access to its private keys or data loss relating to its digital asset investments; the ability of Eqonex to grow and manage growth profitably; general economic and market conditions impacting demand for Eqonex's products and services, other business line specific risks and such other risks and uncertainties included in Eqonex's Form 20-F filed with the U.S. Securities and Exchange Commission (the "SEC") on June 30, 2021, including those under "Risk Factors" therein, and in Eqonex's subsequent filings with the SEC, which are available on the SEC's website at **www.sec.gov**.

In addition, any forward-looking statements contained in this press release are based on assumptions that Eqonex believes to be reasonable as of this date. Eqonex undertakes no obligation to update any forward-looking statements to reflect events or circumstances after the date of this press release or to reflect new information or the occurrence of unanticipated events, except as required by law.

Copyright (c) Eqonex Limited 2022.

SOURCE EQONEX







News   More   Crypto   Traders   Listings   Awards   About

# EQONEX LAUNCHES BTC DATES FUTURES WITH PHYSICAL SETTLEMENT

**FEBRUARY 21, 2022** 9:09 AM UTC, RICK STEVES

Futures contracts are commonly used to speculate on the direction of an underlying asset using leverage, and hedge against price movements.



EQONEX has launched BTC Dated Futures with physical settlement on its Singapore subsidiary, marking an important milestone in the company's expanding product suite.

This latest launch offers experienced traders access to commonly deployed derivatives trading strategies in cryptocurrency markets.

It also follows the introduction of Cross Collateral functionality, Ethereum (ETH) Perpetual Futures, and BTC Perpetual Futures in 2021.

The digital asset exchange launched BTC Dated Futures but will eventually add dated futures for additional cryptocurrencies including ETH in the coming months.

**Find us on Telegram**

## BTC DATED FUTURES OFFERED IN USDC AND WITH LEVERAGE

Andrew Eldon, Interim Chief Executive Officer of EQONEX, commented: "We still see a gap in the exchange marketplace to better serve traders who are looking for safe access to products and strategies from traditional finance to exploit and hedge against the volatility of crypto market trading. We are removing the barriers to entry by delivering a regulated crypto exchange, and by adding institutional-grade products to our customers' toolkits."

"We have been very deliberate in building a business that sits at the intersection of traditional finance and the future of finance. Those who already understand the merits of basis trading will be particularly appreciative of this product launch, but we are also providing educational resources to help those wanting to learn how to broaden their trading approaches for risk management or to capture yield."

A Dated Futures contract enables users to enter into a binding agreement to buy or sell the underlying asset, in this case BTC, at a predetermined price at a specified date in the future.

Futures contracts are commonly used to speculate on the direction of an underlying asset using leverage, and hedge against price movements.

Few exchanges offer physically-settled futures contracts for cryptocurrencies as it requires exchanges to overcome common security and technical challenges of physical BTC settlement. EQONEX leverages Digivault's custody and its fiat on-ramp capabilities.

An overview of EQONEX BTC Dated Futures:

- EQONEX BTC Dated Futures are denominated in the USD Coin stablecoin (USDC) and are linear in that the price of the futures increases as the price of BTC increases against USDC.
- The expiry of the Dated Future will occur at 08:00 UTC on the final Friday of the expiry month.
- Physical settlement occurs automatically on the expiry date which can also remove some hedging risks that exist with cash-settled contracts.
- Users can trade EQONEX BTC Dated Futures with leverage.
- EQONEX is offering an education program for those seeking to learn more about futures contracts for cryptocurrency markets, as well as detailed product specifications here.

EQONEX encompasses cryptocurrency exchange as well as an over-the-counter trading platform, while offering a front-to-back integrated trading platform, Access Trading, a securitization advisory service EQONEX Capital, market-leading hot and cold custodian Digivault, and asset manager Bletchley Park.

**Subscribe**

GOVERNMENT
EXHIBIT
898
23 Cr. 10 (AS)

**0 Comments**



1 **Login** ▾

G | Start the discussion…

LOG IN WITH | OR SIGN UP WITH DISQUS ❓ | Name

♡ **Share** | Best **Newest** Oldest

Be the first to comment.

**Subscribe** | **Privacy** | **Do Not Sell My Data**

↪ Share
✉ Subscribe
▤ Advertise
💬 Telegram

## READ THIS NEXT

**CHAINWIRE**

### SLASH FINTECH AND DYDX JAPAN LAUNCH JOINT MARKETING EVENT TO EXPAND IN THE ASIAN MARKET

Decentralized payment protocol Slash has announced the launch of a joint marketing event with perp DEX platform dYdX Japan. Aimed at fostering business development in the Asian market, the campaign will run from April 3 until April 17.



**BLOCKDAG**

### BLOCKDAG LEADS CRYPTO INNOVATION WITH $14.2M PRESALE MILESTONE AND ANDROID MINING, AMID DOGECOIN AND POLKADOT DEVELOPMENTS

This article explores the dynamic shifts within the crypto ecosystem, focusing on BlockDAG's impressive strides alongside Dogecoin's transactional innovation and Polkadot's DeFi enhancements.



**EDUCATION**

## WHAT SHOULD YOU WATCH FOR WHEN USING HIGH LEVERAGE TRADING TOOLS?

High-leverage trading enables traders to increase their exposure to market fluctuations by borrowing cash, possibly amplifying rewards. However, this carries a substantially higher risk since the same multiplier effect applies to losses.



**BLOCKDAG**

## BLOCKDAG EYES $10 BY 2025 SETS THE STAGE FOR BNB CHAIN MEME COINS AMID SHIBA INU PRICE PREDICTION

As the Shiba Inu price prediction catches the attention, the crypto market is brimming with potential. Amidst this, the BNB chain meme coin showcases its resilience, thriving under regulatory scrutiny. However, BlockDAG has gained the attention of potential investors.

**RETAIL FX**

## THE FUNDED TRADER CLOSURE: A SIGN OF CHANGING TIMES IN PROP TRADING

The Funded Trader, a once highly regarded proprietary trading firm, has suspended its operations and website, leaving the trading community in shock and uncertainty. In this article, we report on the unfolding situation, delving into the root causes that led to the firm's abrupt pause.

4/7/24, 10:19 PM
Case 1:23-cr-00010-AS Document 124-1 Filed 04/08/24 Page 72 of 78
eqonex launches btc dates futures physical settlement

RETAIL FX

## WEEKLY ROUNDUP: RIPPLE LAUNCHES STABLECOIN, XTB HITS 1 MILLION CLIENTS

Let's take a look back at top stories that dominated the financial markets in our Weekly Round coverage. This week's digest takes a deep dive into the most recent events and trends within the Forex, Fintech, and cryptocurrency.

BLOCKDAG

## BLOCKDAG WHITE PAPER LAUNCH – THE BEST CRYPTO PRESALE WITH 30,000X ROI POTENTIAL VS KLXO PRESALE AND DOGE20

Highlighting the Kelexo (KLXO) and DOGE20 presales, becoming the most discussed event in the crypto community. But are they worthy to deliver?

BLOCKDAG

## BLOCKDAG LEADS CRYPTO REVOLUTION WITH 20,000X ROI POTENTIAL, AMID SOLANA DEX'S RECORD TRANSACTIONS AND CATCOIN'S SURGE

The cryptocurrency market is witnessing a seismic shift with BlockDAG at the helm, promising an astonishing 20,000x return on investment, as the Solana DEX breaks new ground with $60 billion in transactions, and Catcoin captures the market's imagination with its bullish trajectory.

**BLOCKDAG**

### BLOCKDAG SHUTS DOWN DEFI MARKET WITH 20,000X ROI, STEERS IMMUTABLE X PRICE INCREASE & STARKNET TOKEN UNLOCK

BlockDAG is causing a seismic shift in the DeFi market, introducing an earth-shattering 20,000x return on investment (ROI) potential that's capturing the attention of the entire cryptocurrency industry.

<

Daily Updates from FinanceFeeds

YOUR E-MAIL ADDRESS

SUBSCRIBE

I'm not a robot

reCAPTCHA
Privacy - Terms

 + 1 929 353 7227

 info@financefeeds.com

 FFEEDS DMCC

Unit No: BA857 DMCC Business Centre Level No 1 Jewellery & Gemplex 3 Dubai, United Arab Emirates

    

Industry News
Market News
Retail FX
Institutional FX
Executive Moves
Fintech

Interviews
Inside View
Opinion
Podcasts
Digital Assets
Crypto Insider

Advertise
Meet the team

Trademark   Sitemap   Disclaimer   Privacy Policy   Terms of Use

© 2024 FFEEDS DMCC. All Rights Reserved.



All Collections > Derivatives > Product Specifications > BTC/USDC Dated Futures Specifications

# BTC/USDC Dated Futures Specifications

 Written by EQONEX Customer Support
Updated over a week ago

GOVERNMENT
EXHIBIT
899
23 Cr. 10 (AS)

| BTC Dated Future | Product Specification |
| --- | --- |
| Instrument Type | Dated Future |
| Ticker | BTC/USDC[YYMMDD] |
| Description | BTC/USDC [Futures Contract] |
| Underlying | 1 BTC |
| Settlement | Physically settled into BTC |
| Minimum Order Size | 0.0001 BTC |
| Tick Size | 0.01 USDC |
| Expiry | 08:00 UTC on the Final Friday of the expiry month |
| Last Trade Time | 07:58 UTC on the Final Friday of the expiry month |
| Settlement Price | The Settlement Price will be determined by the Auction feature on the expiry day. If the Auction feature is not available or an auction price could not be determined, then the Settlement Price will be the Spot Exchange Index. |
| Market Price | Median (Bid, Last, Ask) |
| Mark Price | 3-second TWAP of the Market Price or, under certain conditions, Spot Exchange Index * (1 + Futures Premium) at last valid calculation time. The TWAP is based on the average of the open, high, low, and close of each 1-second bar. Conditions under which Mark Price uses Spot Exchange Index * (1 + Futures Premium) are any of the following: |

1. There is no bid price
2. There is no ask price
3. The bid offer spread is greater than 5%

Futures Premium = ( A - B ) / B
Where:
A = The last valid Futures Mark Price coming from Market Price TWAP.
B = The most recently available Mark Price of the Spot underlying the Dated Future at the time when the condition required to use the Futures Premium was met.

| | |
|---|---|
| **Max Leverage** | 125x |
| **Margin requirements** | See Margin & Maximum Leverage and Delivery Margin for Dated Futures Contracts |
| **Fees** | Fees are charged based on the customer fee tier (Derivatives Fees) |
| **Liquidation Fee** | 0.375% |
| **Settlement Fee** | 0.02% |
| **Position Limit** | There is no maximum position limit for this product. |

For further assistance or more information, please contact our Customer Support team via help@eqonex.com or click on the chat widget at the bottom right-hand side of the EQONEX page.

Did this answer your question?





Copyright © 2021 EQONEX Capital Pte Ltd. All rights reserved.

