UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    -against-<br><br>AVRAHAM EISENBERG,<br><br>                      Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

After jury selection in this case, the Court addressed objections raised in Defendant's motion to preclude various of the Government's exhibits (Dkt. 130). The Court gave its bottom-line rulings on the objections that were ripe for decision and indicated that either the Government or Defendant may reprise their arguments after considering the Court's rulings before trial begins tomorrow (or at a later juncture based on when the exhibits may be used). The Court's rulings were as follows:

- Sustained as to GX 101, 102, 103, 104, 109, 111, 114, 403, 820, 860.

- Overruled as to GX 105, 106, 300, 301, 310, 405, 502A, 609, 609A, 800, 800A, 801, 801A, 802, 802A.

- The Court will reserve ruling on GX 107, 108, 113, 115, 116, 201, 313, 400, 401, 404, 501, 502, 700 series subject to further discussions between the parties. If there are objections ripe to be heard by the Court, the Defendant will let the Court know.

As to the Defendant's objections to the Government's lines of questioning, the objections are:

- Sustained with regard to testimony about consulting with a hostage or ransomware negotiator (with the understanding that this could come in depending on what is elicited

during cross); and otherwise overruled, subject to the Government's indicated scope of the testimony it will seek to elicit. However, Defendant may object to any questioning on manipulation or that goes to a legal obligation to repay, and the Court will address those objections in the full context of the questioning.

The Clerk of Court is directed to terminate the motion at Dkt. 130.

SO ORDERED.

Dated: April 8, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge