UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>       Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at trial today, the defendant's objection to:

- GX 108 is **overruled;**

- GX 404 is **sustained**, and the version of the exhibit submitted by defendant and discussed at the conference may be used;

- GX 401 is **sustained in part** as to the October 20, 2022 statements;.

- GX 885-899 is **sustained.**

The Clerk of Court is directed to terminate the motion at Dkt. 134.

SO ORDERED.

Dated: April 9, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge