| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AVRAHAM EISENBERG,<br><br>Defendant. | Case No. 1:23-cr-10 (AS)<br><br>**Verdict Form** |

In answering these questions, you are to follow all of the instructions the Judge has given you. All jurors must agree on all of the answers to all of the questions. Jurors must answer the questions in the order they are presented. Please check off your answers.

**Count One**
(Commodities Fraud)

Guilty ✓                                                             Not Guilty ____

If you find a verdict of "Guilty" as to Count One, please select which of the three (3) acts you find that the defendant committed. You may select more than one, but all jurors must agree on each act selected.

   ✓ (1) Use or employ, or attempt to use or employ, any manipulative device, scheme, or artifice to defraud

   ____ (2) Make, or attempt to make, any untrue or misleading statement of a material fact or to omit to state a material fact necessary in order to make the statements made not untrue or misleading

   ✓ (3) Engage, or attempt to engage, in any act, practice, or course of business, which operates or would operate as a fraud or deceit upon any person

**Count Two**
(Commodities Manipulation)

Guilty ✓                                                             Not Guilty ____

(Attempted Commodities Manipulation)

Guilty ✓                                                             Not Guilty ____

**Count Three**
(Wire Fraud)

Guilty ✓                         Not Guilty ____

███████████████
FOREPERSON                       4/18/24
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/2024
███████████████                  DATE
JUROR                            4/18/24
███████████████                  DATE
JUROR                            4/18/2024
███████████████                  DATE
JUROR                            4/18/2024
███████████████                  DATE
JUROR                            4/18/2024
███████████████                  DATE
JUROR                            4/18/24
                                 DATE