**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

May 11, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

                              Re:    United States v. Avraham Eisenberg
                                              23 Cr. 10 (AS) & 24 Cr. 251 (AS)

Dear Judge Subramanian:

       Defendant Avraham Eisenberg ("Eisenberg") respectfully submits this letter regarding sentencing in the above-captioned matters. The parties jointly request that sentencing on both matters take place simultaneously in a consolidated proceeding. The government, by joining in this request, does not intend to limit its ability to request that the Court impose consecutive sentences as to the separately-filed charges.

       The Court set a July 29, 2024 sentencing date in 23 Cr. 10. Because the Court has now granted Eisenberg's request to extend the Rule 29/33 motion briefing schedule, the parties respectfully request that the Court adjourn sentencing to a date convenient for the Court during the week of September 30, 2024.

       Eisenberg submits that a single Presentence Investigation Report as to both cases should be prepared and that the grouping analysis set forth in Part D of Chapter 3 of the United States Sentencing Guidelines regarding the imposition of a sentence on multiple counts of conviction be utilized.[1] The procedure for determining the offense level for multiple counts of conviction set forth in U.S.S.G 3D1.1 is appropriate because "[f]or the purposes of sentencing

---

[1] While the three counts of conviction in 23 Cr. 10 are closely related and should thus be grouped together under U.S.S.G § 3D1.2, Eisenberg does not dispute that the count of conviction in 24 Cr. 251 is unrelated and should be grouped separately.

multiple counts of conviction, counts can be … (B) contained in different indictments or informations for which sentences are to be imposed at the same time or in a consolidate proceeding." Applications Note 1. Additionally, the United States Probation Department has informed me that under the instant circumstances, its policy is to generate a single "Double Docket" PSR employing the grouping procedures set forth in Chapter 3 of the Sentencing Guidelines.

Thank you for Your Honor's consideration of these requests.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc: AUSA Thomas Burnett (by ECF)
AUSA Peter Davis (by ECF)
SAUSA Tian Huang (by ECF)
USPO Megan Hernriquez (by email)