UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AVRAHAM EISENBERG,<br>Defendant. | 23-cr-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is directed to terminate the motions at Dkts. 131, 146, 147, 148. These motions were resolved during trial.

SO ORDERED.

Dated: May 13, 2024
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge