**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 2, 2024

Writer's Direct Contact
+1 (212) 336-8638
ALawrence@mofo.com

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *USA v. Eisenberg*, 1:23-cr-00010-AS (S.D.N.Y.)

Dear Judge Subramanian,

I am one of several attorneys for Interested Party Mango Labs, LLC ("Mango Labs") in the above referenced case associated with the firm of Morrison & Foerster LLP.  I write to respectfully request the court endorse its permission for Lara McDonough, William Frentzen and Joseph Alexander Lawrence to withdraw as counsel without the necessity of a formal motion.

Mango Labs will continue to be represented by other attorneys who have previously appeared in this action, namely, Michael Burshteyn, at Greenberg Traurig, LLP, and Rafael Yakobi, at The Crypto Lawyers, PLLC.

Sincerely,

*J. Alexander Lawrence*

J. Alexander Lawrence

cc: Counsel via CMECF
Mango Labs, LLC via overnight delivery