UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE UNITED STATES OF AMERICA,

                                        NOTICE OF MOTION

                                        ORAL ARGUMENT REQUESTED

           -against-

                                          23 Cr. 10 (AS)

AVRAHAM EISENBERG,

                          Defendant.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendant

Avraham Eisenberg through his counsel moves the Court in for an order:

              I.        ENTERING JUDGMENT OF ACQUITTAL; or, in the alternative

              II.       ORDERING A NEW TRIAL.

and for such other and further relief as this Court may deem just and proper.

Dated:       August 5, 2024        Respectfully submitted,

                                        *Brian E. Klein*
                                        Brian E. Klein
                                        Ashley E. Martabano
                                        Waymaker LLP
                                        515 S. Flower Street, Suite 3500
                                        Los Angeles, California 90071
                                        (424) 652-7800

                                        *Sanford Talkin*
                                        Sanford N. Talkin
                                        Noam B. Greenspan
                                        Talkin, Muccigrosso & Roberts, LLP
                                        40 Exchange Place, 18th Floor
                                        New York, New York 10005
                                        (212) 482-0007

                                        *Attorneys for defendant Avraham Eisenberg*