UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AVRAHAM EISENBERG,<br><br>                      Defendant. | 23-cr-10 (AS)<br><br>24-cr-251 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter will now take place on **Thursday, December 12, 2024**, at **2 PM**.

    SO ORDERED.

Dated: August 12, 2024
        New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge