**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

September 25, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

Re:   United States v. Avraham Eisenberg
      23 Cr. 10 (AS)

Dear Judge Subramanian:

On August 5, 2024, defendant Avraham Eisenberg ("Eisenberg") filed a 70 page post-trial motion. The government responded on September 17, 2024 with a 62 page brief. Eisenberg's reply is currently due on October 1, 2024. Although Eisenberg does not anticipate his reply to be of the length of the prior submissions, he intends to address numerous complicated issues raised in the government's response. The reply process, including meeting with Eisenberg at the Metropolitan Detention Center, is, and will be, time consuming. For this this reason, Eisenberg respectfully requests a one week extension of his submission date to October 8, 2024. This requested period contemplates the intervening Jewish Holiday. The government, by Assistant United States Attorney Thomas Burnett, does not oppose this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

**Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 187.**

cc:   AUSA Thomas Burnett (by ECF)
      AUSA Peter Davis (by ECF)
      SAUSA Tian Huang (by ECF)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 25, 2024