**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

October 8, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

                Re:    <u>United States v. Avraham Eisenberg</u>
                       23 Cr. 10 (AS)

Dear Judge Subramanian:

      Defendant Avraham Eisenberg ("Eisenberg") will file his reply to the government's response to his Rule 29/33 Motion prior to the end of today. Eisenberg's opening motion was 70 pages and government's response was 62 pages. As the Court is aware, the complexity of the issues raised in the motion and response created the necessity for thorough briefing. That same necessity continues to Eisenberg's reply. For this reason, he respectfully requests that he be permitted to file a brief no longer than 65 pages, double spaced.

      Thank you for Your Honor's consideration.

                                Very truly yours,

                                *Sanford Talkin*
                                Sanford Talkin

cc:    AUSA Thomas Burnett (by ECF)
       AUSA Peter Davis (by ECF)
       SAUSA Tian Huang (by ECF)

Application GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 189.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 9, 2024