UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AVRAHAM EISENBERG,

                Defendant.

23-cr-10 (AS)
24-cr-251 (AS)

REVISED
SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing in these two matters will now take place on **Tuesday, February 11, 2025**, at **3:30 PM**.

    SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                           United States District Judge