

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2025

**By ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    *United States v. Eisenberg*,
              23 Cr. 10 (AS)

Dear Judge Subramanian:

      I write to respectfully advise the Court that I am leaving the United States Attorney's Office for the Southern District of New York on March 14, 2025.

      Accordingly, I respectfully request that the Court so order this letter and direct the Clerk of Court to terminate the undersigned Assistant United States Attorney as counsel of record in the above-captioned case, and remove the undersigned from all future ECF notifications.

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 198.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: March 11, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:  /s Noah Solowiejczyk
      Noah Solowiejczyk
      Assistant United States Attorney
      (212) 637-2473

      cc:    All Counsel of Record (by ECF)