January 1, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Subramanian,

I am writing to you as a mother pleading for leniency and compassion for my son, Avi, who is facing sentencing. Avi has always been the pride and joy of my life, but his journey has been marked by both exceptional brilliance and profound challenges.

Avi is my second child, born during the summer between my first and second years of medical school. While his intelligence was apparent early on—solving multiplication and division problems in kindergarten and achieving a perfect 1600 on the SATs as a teenager—he faced significant difficulties throughout his childhood.

Avi was a late talker and often expressed frustration physically, sometimes biting other children when he couldn't articulate his emotions. At the age of six, ███████████████ ████████████████████████████████████████████ in teaching Avi how to meet expectations, he was asked to leave several summer day camps because his behavior was challenging for the counselors.

Socially, Avi struggled to relate to his peers. He often misread social cues, and the neighborhood boys would go inside when Avi came out to play. He had few friends growing up, and as a teenager, he was ████████████████████ ███████████████ him learn to interpret social cues, maintain eye contact, and express empathy, but these interactions remained difficult for him. Even now, his communications with me are often formal and focused on practical matters rather than personal connection.

Despite these challenges, Avi's brilliance, kindness, and generosity have always shone through. He has a remarkable mind, devouring books on math and computer programming for fun, and he became a source of knowledge and inspiration to his siblings and peers. He demonstrated his entrepreneurial spirit early by successfully reselling products online at age 18 and nearly achieving his dream of becoming a millionaire by 25. He chose not to drive so he could focus on more productive pursuits, such as earning money, during the time he might have spent behind the wheel.

Avi also has a heart full of generosity and kindness. He frequently bought thoughtful gifts for his siblings and nephews, helped his cousins and classmates prepare for exams, and made every effort to attend important family celebrations despite his own social difficulties. Avi is part of a large and extended family who love him dearly. His dedication to our family has always been unwavering. Avi's strong sense of family is evident in his actions. He made every effort to be present at family celebrations, flying to Israel for his nephews' circumcisions, attending Bar Mitzvahs, and participating in his cousins' weddings. Our family Chanukah parties, Passover, and Sukkot holidays were always more joyous with Avi around. Avi's absence at his sister's wedding due to a last-minute COVID-19 exposure was particularly distressing for him and all of us. Even after moving to Puerto Rico in June 2021, he continued to prioritize family, and when he couldn't join us for Sukkot that year, we flew to Puerto Rico with his three brothers so that we could spend the holiday together.

The past few years have been incredibly challenging due to Avi's incarceration. When we could only visit through a glass, we were unable to hug and kiss for over a year! Avi has missed numerous family events and holiday celebrations, which has been heartbreaking for all of us.The pain of his absence is felt deeply every day, and especially at every family event and holiday celebration. He has missed several significant family milestones, including his nephew's circumcision, cousins' Bar Mitzvahs, and weddings.

Avi's younger siblings, especially his 10-year-old brother, frequently express their sadness over Avi's absence. His brother asks before each holiday if Avi will be able to come home, lamenting that Avi hasn't been with us for a very long time. The last holiday we spent together as a family was Sukkot of 2022 in Israel, and the void left by his absence since then is immeasurable. Since his incarceration, we were unable to spend time with Avi on the past two Passover holidays, including one where the visiting day was on a holiday when we could not travel due to our Orthodox faith, and one which did not have a visiting day during the holiday. During one Sukkot, we were allowed to visit him for only 20 minutes. This past Sukkot we were in Israel with all of our children and grandchildren. Avi was the only one missing. Our Orthodox Jewish faith has further complicated our ability to visit Avi. Due to a change in his visiting hours to Friday afternoons and evenings, observing the Sabbath has made it impossible for us to see Avi for several months. This separation has been devastating for us and Avi. These missed family moments weigh heavily on all of us. It is our fervent hope that Avi can soon be home to celebrate with us again. especially for his younger siblings, who miss him dearly

Avi's siblings admire and respect him greatly and look up to him as a role model. They read the books he recommends and seek his advice. They miss their older brother dearly every day. As a family, we are incomplete without him. We pray every day for Avi's safety and hope for his return home, so that we can be a family once again.

Judge Subramanian, Avi has faced many struggles in his life, but he has also shown remarkable resilience and the ability to adapt and grow. █████████ has been instrumental

in helping him manage his behaviors and improve his interactions with others. I truly believe that with continued guidance and support, Avi has the potential to contribute greatly to society.

In considering an appropriate sentence for Avi, I ask that you take into account his unique challenges, his progress, and his potential to bring about positive change. Avi's brilliance, coupled with his determination to overcome his difficulties, can make him an incredible asset to the community. Our family eagerly awaits the day when Avi can return home, and we are committed to supporting him as he rebuilds his life and realizes his full potential.

Thank you, Judge Subramanian, for taking the time to read my letter. Please consider the profound impact Avi's absence has had on our family, and on Avi himself. We are longing to be whole again, and I hope with all my heart that Avi can come home soon.

Sincerely,

Sarah Eisenberg

January 1, 2025

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Subramanian,

My name is Chaim Eisenberg, and I am writing to you on behalf of my son, Avraham (known as Avi), who was arrested more than two years ago and has been held since. Avi is the second of my six children and the oldest of my four boys. He was born on Tuesday, July 4, 1995, in New York City.

Avi's early childhood was typical and uneventful. However, around the age of 5 or 6, we began to notice that he struggled socially. He seemed awkward, was often a loner, and rarely made eye contact, despite my constant encouragement.

As Avi grew older, his brilliance began to shine. He was, and still is, the smartest person in the room. Without much studying, he achieved a perfect score on the SATs. His ability to articulate and debate any topic made it impossible for me to win an argument with him; he could take any side and present it convincingly.

In his teenage years, Avi began to develop friendships, often helping others with homework and sharing his vast knowledge. His kindness and intelligence earned him a small circle of close friends who appreciated his gentle demeanor and sharp mind.

Before his arrest, Avi had not lived at home for about six years, having moved to New York City in 2016 and later to Puerto Rico for its favorable tax benefits. Despite living away, he remained deeply connected to our family. He always made it a point to come home for Jewish holidays, particularly during the second half of Sukkot, and he brought thoughtful gifts for his siblings, my wife, and me. When visiting his married sisters and their families in Israel, he continued this tradition by bringing gifts for his nieces and nephews. In 2021, since Avi needed to remain in Puerto Rico for most of the year to qualify for tax benefits, we visited him there during Sukkot. I have enclosed a photo from that trip.

Avi is a moral and fair person who values honesty deeply. He has been calling me several times a week while incarcerated, but the repeated recording reminding us that the call is from a federal prison is a painful reminder of his situation. I once suggested that Avi speak briefly with his youngest brother, who is now 10, between these recordings, as we have not told him about Avi's incarceration. Avi refused, saying it would be dishonest and unfair to deceive his brother.

Our family is incredibly close-knit, and Avi's absence has been profoundly felt. He has missed countless family milestones, including extended family events. People in our community and extended family constantly ask about him and express their concern. My youngest son misses him terribly and asks about him constantly, not understanding why Avi is absent.The conditions of Avi's incarceration at MDC, however, have been extremely difficult for our family. Avi was transferred to the 8th floor in October 2024, where visiting is restricted to Fridays, alternating between midday and evening slots. As religious Jews, this creates significant challenges for us to visit him. The time constraints and long process to gain entry make it impossible to visit without risking being late for the Sabbath. We have been unable to visit Avi since October. Avi has requested alternative visiting days every week, but his requests have been ignored. We considered raising this issue legally, but the cost of legal fees and fear of potential retaliation against Avi by MDC staff held us back. I wanted to highlight this as one example of the inhumane and callous conditions at MDC, which have been widely reported.

Avi is a brilliant, capable individual who will undoubtedly use his talents to contribute positively to society once released. I am confident that he has learned a painful lesson from this experience and will not break the law again. He is determined to use his abilities to develop software or products that will benefit many.

Judge Subramanian, I respectfully implore you to show mercy to Avi and consider granting him time served. Our family is incomplete without him, and his release would allow us to begin healing and moving forward together.

Thank you for your time and understanding.

Respectfully,

Chaim Eisenberg

Pessy J. Sloan, Ph.D.
Clinical and School Psychologist
Associate Professor, Daemen University
259 Sycamore Street,
West Hempstead, NY 11552
DrPJSloan@hotmail.com
516-652-9583

The Honorable Arun Subramanian
Courtroom: 15A
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007-1312

Re: Avraham Mayer Eisenberg (Avi)

September 13, 2024

Dear Judge Subramanian:

I hope this letter finds you well. I am writing to you in regard to Avi Eisenberg, who is scheduled

to be sentenced in November. As a close family friend who has known Avi since his birth, I feel

compelled to share my perspective and respectfully request your compassion and leniency in this matter.

I have known Avi through my long-standing friendship with his mother. From an early age, it was clear

that Avi possessed extraordinary talents, particularly in mathematics. I vividly recall visiting their home

and witnessing Avi, even as a child, deeply immersed in advanced math textbooks. His intellectual

curiosity and mathematical potential were evident long before most children his age would have been

exposed to such material.

Over the years, through personal interactions and stories shared by his mother, it seemed that Avi

Avi consistently performed exceptionally well on standardized tests such as earning a perfect

score on the SAT college entrance exam, showcasing his extraordinary intellect. However, his school

experience was far from fulfilling. Teachers, lacking the specialized training to work with 2e students, were often unable to meet his unique needs, which led to much of his learning being self-taught at home. Avi also faced numerous challenges in social situations, where he was often misunderstood by both peers and teachers.

Socially, few things are more painful for a child than feeling different from their peers. The feeling of being different, combined with the pain of struggling to fit in, was a source of great distress for Avi and his family throughout his childhood. Avi's way of thinking, often literal and concrete, aligns with traits found ███████████████████████████████ This kind of literal and concrete thinking, seeing the world in black and white, makes it difficult for Avi to grasp nuances, such as reading between the lines, and subtleties that many take for granted. These challenges add to his struggle with managing in a neurotypical world; to the loneliness and frustration he felt growing up in a world that did not always accommodate his unique mind.

Avi's family never stopped advocating for him throughout his schooling. They ███████████ and created a nurturing, understanding home environment where Avi could feel supported. Over time, Avi has made significant progress in addressing his social challenges and has grown into a highly capable and intelligent adult, even achieving an honors scholarship to attend college. With continued understanding and support, I believe Avi can reach his full potential and contribute positively to society. The current situation has been devastating not only for Avi but also for his family, siblings, and the wider Jewish community to which he belongs. Avi has been working to improve himself while enduring significant hardships during this time, and the emotional and mental toll on him and his loved ones has been severe. Given these circumstances, I respectfully urge you to consider the time Avi has already served and consider the suffering to him and his loved ones.

Thank you for your time and consideration. I trust in your judgment and greatly appreciate your attention to the complexities of Avi's circumstances.

Sincerely,

Pessy J. Sloan

July 25, 2024

Dear Honorable Judge Subramanian,

It is an overwhelming and daunting task to pen this letter, to reflect on my relationship with my dear brother, Avi, and to attempt to accurately convey who he is and what he means to me. Avi is a brother that every younger sister dreams of having. He's fun to be around. He laughs at my jokes, and when he makes a joke, I can't stop laughing. Many older brothers don't have patience or interest in their younger sisters, but not my brother. He always made me feel like he wanted to hear about my day. He enjoyed hearing my thoughts and opinions. It made me want to talk to him. I knew he'd take whatever I'd say seriously.

I'll never forget our long conversations, our debates that could go on and on. He's so enjoyable to speak things out with. He held his own, without getting too fired up, and he took everything I said into consideration. Our conversations would range from nutrition to the economy to what it means to be a good spouse. Everything he said was educated, informative, and interesting to hear.

My most enjoyable memories with him are definitely the long Saturday afternoons we'd spend together, sitting on our beds and playing games. We were a few siblings who all loved a good game of cards, risk, or monopoly. Whenever Avi would join us, the game was upgraded to a whole new level. His jokes had us giggling until our stomachs hurt. His incredible strategies kept us on our toes as we attempted to compete. Most of all, it was his relaxed presence that made you want to be nowhere else in the world but right at his side, having a great time. He didn't hold himself as the big, older brother that you had to respect and be scared of. His humble demeanor and the respect and love he had for his younger siblings made us feel so comfortable around him.

When he dormed for high school, we'd eagerly await the taffies he'd send, to show he's thinking about us. Whenever I see those taffies in the store, I think about him, and a warm feeling fills my heart. A warm feeling, but also an aching gap, because I miss him so much.

Avi's a family man. Wherever he was in the world, we always knew his first priority and the place he loved most was home. He's come back for weekends, for holidays, and for weddings of even extended family members. Every sibling enjoyed him, down to the youngest one. Even the members of our neighborhood synagogue looked forward to seeing him. His pleasant presence simply enhanced any place he was in.

After I married and moved to Israel, I didn't see him often. When I told him that I was expecting my second child, he told me he wants to come in after I give birth, to partake in the celebration. I still remember feeling so good that my older brother felt so connected and wanted to be part of my life. But the birth took place after his arrest, and he obviously couldn't fly in to be with me at that special time, like we had planned. Although I was surrounded by family and friends at the circumcision ceremony, the lack of his presence again left an aching hole in my heart. No one can replace Avi and everything he means to me.

A few months before that, he was in Israel, and I invited him over for supper one day. He traveled about an hour and a half each way to see me and my family. I was so excited to finally see him, as it had been a while since the last time we'd met. He walked in, and after exchanging warm hellos, he picked up my almost two year old son and threw him up in the air, eliciting a string of giggles. He has a soft spot for children, and especially for his own nephews.

My sister, who also lives in Israel, hosted a Hanukkah party that year. It was the last time I saw Avi. I vividly recall him relaxing on her couch, singing an old song my father used to sing, bringing us down memory lane as we spoke and laughed together. He bought presents and played with each of my nephews, making them feel so special. We said our good-byes as we parted, never dreaming what would happen next.

Honored Judge, as much as I write, I don't think mere words can possibly convey how much my dear brother, Avi, means to me. I think about him all the time. He's part of my thoughts, part of my prayers, and part of my life. I dream of the day when we'll once again sit around the table in my parents' home, talking, laughing, and playing together. I dream of enjoying the connection we share. I dream of the family he hopes to build. He told me that he hopes to have a large family of his own one day. He'll be the most amazing father; so giving, so wise, and so attuned to each family member. I dream of the day that he'll be able to come visit me again, to be part of my life and the lives of my children.

Whenever I allow myself to connect to what he must be going through, I'm filled with overwhelming pain. It is inconceivable that a man so connected to his family and so driven and ambitious can be in such a situation. I constantly try to do different good deeds as a merit for him, and I hope and pray that they will affect some change.

But you too, Honorable Judge, have the ability to affect a positive change. I plead with you to find compassion in your heart for my dear brother. He is so beloved to so many people. He has such a deep place in my heart. We are all intensely longing for his release, dreaming of having him back with our family. A family isn't complete when one member isn't there. I watch my parents carrying this heavy weight, wishing they can do more for their oldest son, and my heart breaks. We all miss Avi terribly.

Any compassion that you can show will make a tremendous difference. I sincerely appreciate the time and consideration you are giving to my words.


With hope,

Leah Biala, née Eisenberg

November 29, 2024

Honorable Arun Subramanian

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Dear Judge Subramanian,

My name is Menachem Eisenberg and I am the brother of Avraham Eisenberg. I write to you to explain and bring to light what the character of my brother is. My brother was always loved by all family and friends. He got along with whoever he met. He would come to all family celebrations and participate in the activities with all of our uncles and cousins. He would even fly thousands of miles to be able to take part in the celebrations of the birth of our nephews in Israel. He is currently visibly missing at all of these special occasions and we are hoping and praying that he will be back soon.

My brother was also loved by our community. When he would fly into New York from Puerto Rico, he would be visited by many friends. He would come to the synagogue and would converse with the members for hours. He would invite friends and acquaintances out to restaurants for a great experience enjoyed by all. The entire community awaits his return.

I conclude with one final message. All of Avraham's relatives and peers eagerly await his return. Our thoughts and prayers are for him every day. We beseech you to please have mercy on him and go light and easy on his sentence. He is really a very good person and this was his first offense. We hope you will understand his good character and potential for success in the future.

Signing off,

Menachem Eisenberg

Menachem Eisenberg

August 11, 2024

Dear Honorable Judge,

Four years ago, it was March 2020 and we were on our way to my sister's wedding. When we were only a few minutes away, my brother, Avraham Meyer Eisenberg, got a call that his college roommate had tested positive for Covid-19. He immediately went back to my parents' house to quarantine, displaying unusual responsibility and missing the wedding. The rest of the family continued on to celebrate a slightly subdued wedding. Less than a week later, the world as we knew it shut down. I had planned to stay that week at my parents with my husband and three kids; being unable to fly back home, that week turned into two months of extended family time.

Facing the situation, I needed to set up a home office to work long distance. When I had technical difficulties, Avraham Meyer, now out of quarantine, was happy to help me troubleshoot. He suggested various software and helped me install the necessary software on my computer. I didn't have a headset with me, but he had an old set of headphones which came with a speaker that lent me to use for work. We found an old computer screen in the basement, which we hooked up to my laptop, so I was able to work productively. Avraham Meyer's computer skills and his generosity in sharing them is something I've missed.

During this period, we were often three generations eating a meal around one table. My sons, Avraham Meyer's nephews, were intrigued by his diet. They often asked him to share his food, which was specially ordered and delivered from Amazon. Sometimes he shared and sometimes he couldn't, but either way, he connected with the boys through each meal.

Most of our family is avid readers, and Avraham Meyer is no exception. He had a collection of books on various topics, and lent them out to the rest of the family during this period. He directed me to books discussing tax topics and business management, as I'm a CPA. As I read the books, Avi asked for feedback, and this generated various philosophical discussions, as well as attempts to solve national issues.

Avraham Meyer Eisenberg is quite and polite, generous and responsible member of our family. These traits enable him to contribute to the extended community as an upstanding citizen. I hope my perspective can help you see a personal close-up view of my brother.

Fondly,

Esther Rivká (Eisenberg) Kranz

July 22, 2024

To Judge Subramanian,

I am writing this letter to attest to the character of my cousin, Avi, Avraham Mayer Eisenberg. I have known Avi for his entire life, as we grew up living just two blocks apart on the Lower East Side of Manhattan.

From a young age, Avi has exhibited a remarkable personality characterized by his laughter, humor, and a deep passion for learning. I vividly remember him always having a smile on his face and a joke ready to lighten any moment.

One of Avi's greatest passions has been reading, particularly the Harry Potter series. He would immerse himself in those books for hours on end, often borrowing my family's copies multiple times. His love for reading extends beyond fiction; he always has fascinating insights and knowledge to share on a wide range of subjects.

In addition to his literary interests, Avi has a natural talent for mathematics. Despite being several years younger than me, he demonstrated exceptional proficiency in math, often helping me with my pre-calculus homework when I struggled to grasp certain concepts during my senior year of high school.

Beyond his academic abilities, Avi possesses a kind and generous spirit. He is always willing to lend a helping hand to anyone in need, and his humility is evident in his genuine interest in others' perspectives and experiences. At our family gatherings, Avi consistently engages others with thought-provoking questions and contributes meaningful insights to discussions.

In conclusion, Avi's integrity, kindness, and intellectual curiosity make him an exceptional individual whom I wholeheartedly support.

Sincerely,

Rochel Leah Marinelli

Rochel Leah Marinelli



ב ס"ד

THE JEWISH HERITAGE FOR THE BLIND

1655 E. 24th Street
Brooklyn, NY 11229
1-718-338-4999 tel
services@JewishHeritage.org

Endorsed by:

Harav Pinchos Menachem Alter זצ"ל
  *Gerrer Rebbe*
Harav Shlomo Zalman Auerbach זצ"ל
Harav Shmuel Berenbaum זצ"ל
Harav Yosef Elyashiv זצ"ל
Harav Solomon Halberstam זצ"ל
  *Bobover Rebbe*
Harav Yakov Kamenetsky זצ"ל
Harav Menashe Klein
  *Ungaver Rebbe*
Horav Avraham Pam זצ"ל
Horav Yakov Perlow זצ"ל
  *Novominsker Rebbe*
Harav Yissocher Dov Rokeach
  *Belzer Rebbe*
Harav Aron M. Schechter
Harav Pinchos Scheinberg
Harav Abba Shaul זצ"ל
Harav Moshe Stern זצ"ל
  *Debrecener Rebbe*
Harav Shlomo Wolbe זצ"ל
Harav Ovadiah Yosef זצ"ל

The Honorable Judge Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

July 31st, 2024

Re: Statement on behalf of Avi Mayer Eisenberg

Your Honor:

I am writing to express my support for Avraham (Avi) Mayer Eisenberg. As a close friend of Avi's father for nearly 40 years, I had the privilege of attending his parents' wedding, Avi's bris, Bar Mitzvah, & a multitude of family gatherings both happy & sad. I have witnessed his growth into an exceptional adult.

From an early age, Avi has demonstrated remarkable intelligence and an eager problem-solving ability. We have had numerous conversations where he called me to discuss ideas on solving problems or improving products. Avi has always been interested in authoring self-help and business advice books. At a young age, he built a shopping engine to help people find the lowest-priced items they needed. I have personally benefited from his insights, incorporating his suggestions in my work assisting the visually impaired.

It must be difficult for you to make decisions when you don't actually know the person standing in front of you, so I hope that after reading my letter and the countless others I am sure you're receiving, you will understand that Avi is driven by a desire for continuous improvement, a trait that will undoubtedly make him a valuable future asset to the community. That has to say something, so please let that be a factor in your decision. Any consideration you can give to him would be greatly appreciated. Thank you for reviewing my letter in support of Avi Mayer Eisenberg. Please do not hesitate to contact me if you need any further information.

Sincerely,

Chaplain Srulie Toiv, Director

\*\*Assaf Urban\*\*
111 Calle Del Parque #302a
San Juan, Puerto Rico, 00911
3/17/2025

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Subramanian,

As a first-generation American, married father of two, and Puerto Rico resident, I write to share my perspective on Avraham "Avi" Eisenberg's character since meeting him in December 2021.

Avi immediately stood out for his unique combination of intellectual brilliance and earnest desire for self-improvement. Despite social differences that initially made connection challenging, he demonstrated remarkable dedication to personal growth - particularly in his goals to establish a family and become his best self. I personally helped guide his fitness and nutrition journey, and we regularly gathered with friends for workouts, meals, and social activities.

Some of my fondest memories involve Avi's infectious enthusiasm during movie outings. He possessed a rare ability to transform even films I disliked into engaging experiences through his insightful analysis of cinematography and storytelling. This same boyish excitement shone through when we went river diving - his pure joy in discovering underwater treasures reminded us all to appreciate life's simple wonders.

What makes Avi extraordinary is his paradoxical nature: a sophisticated intellect paired with childlike wonder. He brought unique energy to our Puerto Rico community, whether animatedly discussing film techniques or brightening social gatherings with his quirky charm. Our friend group deeply feels his absence.

I respectfully hope these insights into Avi's character and positive contributions to our community will inform your sentencing decision.

Sincerely,
Assaf Urban

To the Honorable Judge,

I am writing to provide a character reference for Avi Eisenberg, a very dear friend of mine. During his numerous visits to my family's home in Puerto Rico, I have come to know Avi as a deep and independent thinker and a very hard-working individual.

We often enjoyed dinners at my home, engaging in discussions on philosophy, a shared interest of ours. Avi once proposed that we write a book together, a project I hope to pursue someday. His visits were always welcome, as he consistently brought intriguing perspectives and insightful commentary. I miss our regular interactions greatly.

Avi possesses an extraordinary ability to master new topics in a remarkably short period. I am confident that his unique problem-solving skills, newly acquired expertise, and unmatched persistence will lead to significant contributions in any field he chooses to pursue.

Avi has expressed a desire to get married, settle down, and start a family, and I sincerely hope he will soon have the opportunity to achieve this noble goal. I can easily see him as a loving husband and father with so much to offer this world.

Sincerely,
Zvi Goldstein, CFA

Molson Hart
1321 Upland Drive #6481
Houston, TX, 77043
USA

Dear Judge Subramanian,

I first met Avi in 2019.

We were both Amazon sellers.

I used to jokingly call him my protege because he is 10 years younger than I am and so darn smart. I knew he was going places.

The better I got to know Avi, the more I came to realize that he was possibly ███████████████ He visited me in Austin, Texas and we had a long dinner together. I drove back to his hotel and he abruptly left the car without doing a normal goodbye.

When I was living in New York he visited my wife and I in the apartment we were renting. We discussed his Tinder profile and he talked about how he was eating lots of sardines and walking around his apartment in circles to create a caloric deficit to lose weight.

Despite being a genius, he is missing certain awareness when it comes to people.

With that said, in his unique way I could tell that he cared about others.

When I testified before Congress about Amazon, he came to listen.

Whenever he found an article that was relevant to my interests, he would send it to me.

And he always kept his word.

He is one of the smartest people I have ever met and a good person.

I hope he gets a second chance to show the world that.

Thank you for reading,

Molson Hart
2024/08/11

Dear Judge Subramanian,

I am writing to wholeheartedly support my nephew, Avi , as he stands before you for sentencing. As his uncle, I have had the privilege of witnessing his remarkable growth and development, and I can confidently attest to his exceptional character and abilities.

Avi possesses an extraordinary mind, reminiscent of Albert Einstein's brilliance. His capacity to analyze complex mathematical questions is unparalleled, and his passion for problem-solving is inspiring. However, his exceptional intellect is accompanied by the challenges ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ Despite his remarkable gifts, he struggles to form meaningful relationships and connect with others. His social interactions are often awkward, and he finds it difficult to initiate or maintain friendships.

This isolation is a constant source of pain and frustration for Avi. He longs for connection and understanding but lacks the social tools to achieve it. Incarceration would only exacerbate this struggle, depriving him of the support and counseling he so desperately needs.

I implore you to consider alternative sentencing options that address his unique needs.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ can help him develop essential social skills, build relationships, and find healthy outlets for his exceptional abilities. By acknowledging his genius and his struggles, we can work towards a more compassionate and effective solution.

Avi needs to confront the reality of his exceptional abilities and his ▮▮▮▮▮▮▮▮▮▮▮▮
With guidance and support, he can learn to navigate his challenges and harness his talents for the greater good. I humbly request that you take into account his exceptional circumstances and consider a sentence that prioritizes rehabilitation, counseling, and growth.

Thank you for your time and consideration.

Sincerely,

Solomon Eisenberg

**To the Honorable Judge Subramanian,**

My name is Meir Fishman. I am a neighbor and friend of the Eisenberg family, as well as a close and personal friend of Avi's.

I would like to provide some context and background to our friendship.

Growing up, I was friendly with the Eisenberg family, as both Mr. and Dr. Eisenberg are friends of my parents. However, I did not have much personal interaction with Avi throughout that time, largely due to a six-year age difference between us.

In 2013, I had just completed my studies and moved back in with my parents. At that time, Avi, too, was living at home. The neighborhood we grew up in could best be described as a quiet suburb where not much happens, making it somewhat challenging to find meaningful connections.

Starting in November 2014, I found myself struggling with challenges related to my personal identity, self-doubt, feelings of loneliness, and uncertainty about my future. During this time, Avi and I were still mostly community acquaintances rather than personal friends. Thus, our interactions were largely limited to casual conversations about general topics. However, I was keenly aware of Avi's extraordinary insight and analytical abilities, which always fascinated and captivated me.

During those personally difficult days, ███████████████████████████████████
████████. However, I was growing increasingly frustrated, feeling that despite the expense, I wasn't gaining much value from the sessions. However, I found that in the few times I discussed my thoughts with Avi, his penetrating insight helped untangle the web of internal confusion that was gnawing at me, offering a clarity I desperately needed.

After having a few positive personal interactions with Avi, I suggested, "Why not come to my parents' place in the mornings and indulge me in discussing and exploring personal development and philosophical ideas that I'm interested in exploring? In return, I will teach you how to drive, and just generally spend time hanging out with you."

So, starting in the winter of 2015, Avi would walk the 12-minute trek between our homes, regardless of how blisteringly cold it was outside.

We would begin our discussions at 8:15 AM, and for the next 45 minutes, we would work through topics I primarily wanted to analyze. Thereafter, we would spend time exchanging personal ideas and interests. At around 9:40, I would drive him back to his parents' home, where he would catch the local bus to attend another study session across town.

Over the course of the next few years, I would come to learn so much about him and from him. First, I discovered his awe-inspiring work ethic; his extreme resilience and tenacity, coupled with a genuine hunger to grow and excel. He was humble, sincere, and always striving to learn as

much as possible. I also found him to be exceptionally introspective, constantly seeking to understand the truth and nature of reality. However, above all, for me, he was a reliable, deeply genuine, and brilliant confidant who never embarrassed me or undermined my trust.

I would share with him some of my most vulnerable insecurities, and he would always listen intently, thoughtfully considering my words before pointing out the fallacies in my self-sabotaging ruminations.

He always believed in me.

As Avi continued to grow and went on to attend college, I, unfortunately, was not progressing as rapidly as he was. Yet, he never forgot about me. He consistently checked in to see how I was progressing, always offering gentle, thoughtful advice, often accompanied by a reference article he thought I might find interesting and useful. The attached "reference article" became a signature Avi gesture, always eager to share insight and knowledge about life and the world. Even so, despite our age difference, he did not shy away from sharing with me thoughts that he felt I needed to hear, all the while knowing that expressing them would not endear him to me. However, I must say, he would almost always preface them with his classic softening manner, "Meir, you might not like what I am about to say, but I think it's important for you to hear this."

The friendship and experiences we shared over the years are deeply valued by me and are held with a particular fondness due to their uniquely positive impact on my life.

To me, Avi is truly a one-in-a-million person, possessing a rare and unique combination of extraordinary brilliance, deep insight, and an incredible work ethic. And from my close and personal experience with him, I can say he is genuine, sincere, and constantly striving to learn, understand, and excel.

From my brief and personal description above, I hope Your Honor can glean a small sense of my friendship with Avi Eisenberg and what he means to me.

Sincerely,
Meir Fishman

**Cong. Bais Eliyohu David**
**of Pomona**
**12 Sherwood Ridge Road**
**Suffern, NY 10901**
**845-354-3691**
**www.BaisEliyohuDavidPomona.org**



ביהמ״ד בית אליהו דוד
דפאמאנא
ע״ש מהר״ח ר׳ אליהו דוד ליכטענשטיין ז״ל
בן מוהר״ה ר׳ שמעון זצ״ל אב״ד דק״ק לעבניץ יצ״ו

---

**Rabbi Yechiel C. Richard**

March 11, 2025

To the Honorable Judge Subramanian,

I am writing in regard to Avi Eisenberg, who stands to be sentenced at this time. As the Rabbi of the congregation where the Eisenberg family is affiliated, I have known Avi for over 20 years. Avi is a brilliant individual ███████████████████. I have always enjoyed his extra intelligence, and have spent many hours talking to him.

Along with his extra ordinary genius, he has always struggled socially. As a child, to connect with his classmates and peers was brutally difficult, and he experienced bullying and isolation. I had heard his pain filled episodes many times, and always tried to encourage him. Within the community's children, that struggle was evident as well. His difficult situation left him painfully isolated.

Through it all, I can tell you that he is a good hearted person. When we needed last minute assistance with Torah reading, he always complied happily. Always eager to share his knowledge, he gave of his time to help with my sermons. Though integrating into society has been very difficult for him, he has tried his best against all odds.

He needs more help, however. I urge you to consider Avi's background and unique situation, and offer him alternative options, so he can get the compassionate help he sorely needs. I fear that further isolation will only serve to alienate him and make it much more difficult for him to rehabilitate. He can learn, through rehabilitation and counseling how to navigate life, despite his challenges. I believe that, using his exceptional talents, he can grow to be an asset to all of mankind.

Thank you for taking the time to consider my words.

Sincerely,

*[signature]*

Rabbi Yechiel C. Richard

Yotam Nadler
San Juan, Puerto Rico
Sep-30-2024

The Honourable Judge Subramanian

I hope this letter finds you well. My name is Yotam Nadler, and I am writing to you as a friend of
Avraham Eisenberg, who is currently facing charges in a case at your court. I would like to take a
moment to share my perspective on Avraham's character as I had the opportunity to develop
relatively close friendship with him during my time in Puerto Rico prior that legal case.

I have known Avraham for around a year, and during that time, I have come to know him as
extremely intelligent individual. It was fascinating as I have never before had the opportunity to
interact with someone of such extraordinary analytical capabilities.

We would often discuss topics of science, health, philosophy and even values and ethics. I found him
to be a fascinating conversation partner, problem solver and ambitious. We'd often discuss topics
around crypto concepts the industry and opportunities. More often than not, the analytical
discussions were way over my head, but it was not beyond me to notice that he always kept room for
ethical and social impact considerations towards every action he took.

One topic that was very prevalent in conversations was his strong will to find a wife and start a
family. It seems to be a strong uphill battle for him due to a limitation which I'd like to further shed
light on. There was no way to ignore the fact that Avraham's people skills and ability to connect are
limited to say lightly. Let me put it straight, I am not an education professional or psychologist but
anyone I met, that knew Avraham, including myself, had the impression that Avraham ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, it does put limitations on his ability to see the world around him.
Although the difficulties. He still insisted to improve what's needed to successfully build a family. He
was very open to receiving any advice and help on that shortfall. During the year I knew him, I could
see slight progress. That was also an interesting observation to me.

I hope this helps shedding a bit more light on Avraham as a person outside the court.

Thank you for your time and consideration. I appreciate your attention to this matter.

Sincerely,

Yotam Nadler

917-770-8101

Ari Gross

29 Tars Dr

Pomona, NY 10970


September 15, 2024


To Judge Subramanian,


I am writing to you regarding Avraham Meir Eisenberg, or as I have known him as Avi. I have lived in the Eisenberg's community for the past 15 years. I also pray in the same synagogue as Avi and his family since I had moved into the neighborhood.


The synagogue in which we pray is a rather small one in which everyone knows each other very well. We are more than just neighbors; we are all close friends. It is in this setting where I got to know Avi the most.


Even though I am much older than Avi, that has never impeded our friendship. Avi has always had that capacity to speak and befriend anyone whether it be a young child or someone way beyond his years. He has always respected people for who they are and for what they are interested in. I think his genuine interest in other people has always resonated and attracted others to him.


Another trait that is special to Avi is his humble and unassuming nature. Even though he may be one of the most intelligent people most people would ever meet, that would never come across negatively in any interaction. Sure, he may offer his expert opinion on any subject, but never in a condescending fashion. You knew he was the smartest in the room but not because he said so.


Lastly, what I always admired about Avi is his relentless pursuit of truth. It didn't matter what subject, Avi had to know what the absolute truth was. Avi would often walk with me

and others for extended periods of time debating and discussing any random topic just to reach the truth of the matter. This would range from deep religious and philosophical points to computer science and anything else. It didn't matter that he would be walking in an entirely different direction from his home for half an hour and that he'd be late to lunch, Avi had to finish that conversation.

I hope this letter sheds a little light into Avi as a person and the positive influence he has had on me and others.

Sincerely,

Ari Gross

Carlos J Gonzalez Santos
517 Urb El Vedado Calle Independencia
San Juan Puerto Rico, 00918
03/17/2025

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Subramanian,

As a U.S. citizen born and raised in Puerto Rico, I've dedicated myself to helping
newcomers navigate our island's culture and lifestyle through my work as a full-time real
estate agent and community guide. This is how I came to know Avraham "Avi"
Eisenberg – someone who demonstrated an exceptional commitment to embracing
Puerto Rico as his home.

Avi stood out from others I've assisted through his genuine enthusiasm for cultural
integration. While many newcomers focus on practical matters, Avi immersed himself in
understanding our traditions, local etiquette, and community values. He frequently
sought guidance on building authentic connections with neighbors, often asking
thoughtful questions about Puerto Rican history and customs.

What impressed me most was his proactive approach – he didn't just want to live here,
but to contribute. Avi volunteered to help organize community cleanups at beaches we
both cherish, and showed particular interest in supporting local businesses. His efforts
to learn Spanish phrases for daily interactions, though challenging, demonstrated a
level of respect and dedication rare among transplants.

Through my professional lens, I can attest that Avi approached building his life here with
the care and intentionality most reserve for permanent family homes. His commitment
went beyond finding property – he sought to cultivate roots.

I respectfully hope this perspective on Avi's sincere efforts to become part of our
community will inform your consideration.

Sincerely,
Carlos J Gonzalez Santos

Dear Judge Subramanian,

I am writing on behalf of my neighbor's son, Avi, who is soon to be sentenced. Avi and his family have been cherished members of our synagogue for 20 years. His arrest has deeply saddened our community, as it is so unlike the Avi we know.

I have known Avi since he was 7 years old. He was always quiet, well-behaved, and incredibly intelligent. His unpretentious demeanor masked his extraordinary talents, which became evident as he grew older. Avi's brilliance and kindness made him a unique and valued member of our community.

Avi was always present at our synagogue, helping with various tasks and supporting his neighbors and fellow congregants. His dedication was truly inspiring.

Avi comes from a family with strong values. His mother, Dr. Eisenberg, is a beloved pediatrician who often helps the community without charging. His father is equally involved and supportive. Avi's family is loving and has faced significant challenges during these past few years.

Avi is a sincere individual with incredible talents, who has repeatedly demonstrated throughout his upbringing and maturation the immense asset he is, and the potential he has, for both the broader community and humanity at large.

Sincerely,

Emanuel Fishman

7/23/24

Dear Judge Subramanian,

I remember how excited my siblings and I were when Avi was born; the first nephew after a bunch of nieces! His Bris was a momentous occasion and young as I was, I still remember attending the ceremony and the meal with family and friends following at a Synagogue in Manhattan.

As Avi grew into a toddler and youth and my sister and family moved closer to my parents' home, I often babysat for him and his siblings. He and I played many games of chess, and I'd watch him crack many a sudoku puzzle. Once while studying for my tenth grade regents, I told him we'd play a game after I finish the practice test. Smart as he was at that young age, he helped me with all the math examples so that I'd be ready sooner.

I haven't had the opportunity to spend much time with Avi as an adult as I've been busy growing my own family, but I always am happy to see him and chat. He is after all my first and oldest nephew, and we share many happy memories together.

Sincerely,

Nechama Sternberg

The Honorable Judge Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Subramanian,

I am writing to you in support of Avraham (Avi) Mayer Eisenberg. I have known Avi and his family since Avi's Bar Mitzvah, and throughout the years, I have had the pleasure of witnessing his development into a remarkable individual.

From a young age, Avi has demonstrated an unwavering commitment to his family and friends. Our Shabbat conversations, spanning hours, often revolved around the books he read and the questions they inspired. These discussions revealed Avi's intellectual curiosity and his deep respect for his parents and family.

Avi's analytical skills were apparent even during his teenage years. He had a natural ability to evaluate business operations and suggest improvements. I have personally benefited from his insights, implementing his suggestions in my own business and using them to guide others. Avi's approach to business is rooted in a desire for continuous improvement, a quality that will undoubtedly make him a valuable asset to the business community in the long term.

Avi's dedication to personal and professional growth, coupled with his respect for family and community, speaks volumes about his character. I am confident that Avi's presence will continue to positively impact those around him and contribute to the broader community.

Thank you for considering my letter of support for Avi Mayer Eisenberg. Please feel free to contact me if you require any further information.

Sincerely,

Gabriel Jacobson
56 Pomona Road
Suffern NY 10901
917-992-3762

Dear honorable Judge Subramanian,

Please extend a measure of leniency to Avi (Avraham Mayer) Eisenberger. The Eisenberger family were my long-time neighbors in Pomona for many years. His parents, professionals and pillars of the community, raised their family with love and strong values.

As a child he played with my children, studied in the same schools, was always courteous and respectful. Avi was always a boy that impressed us with his gentle mannerism and kind-hearted deeds, always willing to lend a helping hand when necessary.

As a youngster Avi was a role model for the boys in the neighborhood. He was liked by everybody and knew how to put a smile on our faces.

Our families prayed at the same synagogue where the Rabbi, a noted scholar, had a close connection with Avi.

The pain and embarrassment to the entire family is beyond description for the mistakes Avi committed. Please be lenient.

Naftali Amsel         Chaya R. Amel

September 4, 2024

Dear Judge Subramanian,

I am writing this letter as a character reference for Avraham M Eisenberg. As a longtime employee of Dr. Sarah Eisenberg, I have gotten to know the Eisenberg family on a personal level over the years. I have known her son, Avraham, or Avi, as he is more commonly known, to be a devoted and caring son. Avi is committed to his family and is a loving brother to his siblings and has strong family values. Avi would love spending time with his niece and nephews and was looking forward to raising a family of his own one day.

Avi was always readily available to help out with any technical issues we may have had in the office, and I was always so impressed. He always presented himself as a polite and respectful young man. His eagerness to solve any computer problems we were struggling with was always so appreciated. And, of course, he made it seem so easy. Clearly his brilliant mind and strong work ethic is indicative of his potential. Given the chance I'm sure Avi would take every opportunity to demonstrate his commitment to personal growth and the community at large.

Thank you for your time and consideration.

Sincerely,

Sarah S Wolf

To The Honorable Judge Subramanian,

I am writing to provide some of my personal experiences and thoughts regarding our neighbor and community member, Avi Eisenberg, whom I have known for many years. Avi has always been a respectful, thoughtful, and helpful member of our community. From a young age, he demonstrated a willingness to assist others, whether in communal affairs, personal neighborly matters, or simply helping to elucidate intricate concepts to community members who struggled to understand them, be it in technology, insurance, finance, or religious matters. Avi always made himself available and engaged with a sense of communal responsibility and care.

Avi is part of a well-respected and close-knit family. His father is a deeply involved member of our synagogue, and his mother is a highly regarded, caring pediatrician. Avi is a young man blessed with truly unique talents and gifts that have deeply enriched our community.

To conclude on a personal note, having interacted with Avi over many years, I am certain that with the right and thoughtful guidance, he possesses both the values and uniquely profound abilities to be a true blessing to humanity.

Thank you for your time and consideration.

Sincerely,

Dr. Debbie Fishman

To the Honorable Judge Subramanian

Dear Judge Arun Subramanian,

Thank you for letting me share some of Avi Eisenberg that most are not aware of. Those who do know him, were well aware of his brilliant mind even as a young child. He was kind to everyone who knew him. He read ferociously and spent hours in the library. As a young boy, like his mother who is a pediatrician, he read all her medical books. Let me mention that his family, parents and siblings are well respected in the community. When we spent time together he was warm and friendly. He shared his ambitions of getting a university education. He was accepted on full scholarship at Yeshiva University. We all believed he would succeed in possibly doing research for the better of mankind; we hope he still will.

His Grandmother,

Susan Cohen

Susan Cohen

July 29, 2024

We'd like to write to you about our nephew, Avi Eisenberg. Avi is a very bright young man, the oldest grandson in our family, and he is very dear to us. He is part of a close-knit family and he always considered family important. Avi always took the time to come to family gatherings, including weddings, Chanuka parties, and other events, even though we do not live in the same community and he had to travel to see us. He would often bring along little gifts to distribute to his younger cousins. Our three daughters always enjoyed seeing him, and we enjoyed spending time with him and having thoughtful discussions with him.

We share many warm memories with Avi. He is an integral part of our close family.

Thank you!

Eliyahu and Chaya Neiman