# EXHIBIT D
# FORENSIC REPORT
## (Filed Under Seal)