# NOTICE TO INMATE POPULATION
# FEBURARY 22, 2025

bruary 22, 2025, at approximately 1:05 p.m., multiple inmates became disruptive and utilized weapons
an incident. An institutional investigation is underway to ensure this was an isolated incident. In the
it of safety and security for staff and the inmate population the following measures have been taken.

nate activities will be suspended until further notice, to include social visitation. Legal visitation will
ue during this modified operation.

mate population will remain on modified operations throughout weekend. Executive staff will revisit
dified status on Monday, March 3, 2025. This does not mean that the operation will be lifted.

serious illicit activities are observed, you are encouraged to discreetly bring it to the attention of a staff
er, so that appropriate action can be taken. With the support from you all residing together as a
ned community, there can be a positive impact on the conditions of your confinement, to include less
nt disruptions in normal operations.

have questions or concerns, you may discuss the matter with the Captain or any other Executive Staff
er.

## AVISO A LA POBLACIÓN INTERIOR

de febrero de 2025, aproximadamente a la 1:05 p. m., varios reclusos se comportaron de manera
tiva y utilizaron armas durante un incidente. Se está llevando a cabo una investigación institucional
arantizar que se trató de un incidente aislado. En aras de la seguridad del personal y de la población
a, se han tomado las siguientes medidas.

las actividades de los reclusos se suspenderán hasta nuevo aviso, incluidas las visitas sociales. Las
legales continuarán durante esta operación modificada.

blación reclusa permanecerá en estado modificado durante todo el fin de semana. El personal ejecutivo
á a examinar el estado modificado el lunes 3 de marzo de 2025. Esto no significa que se levantará la
ión.

lo se observen actividades ilícitas graves, se le recomienda que se lo comunique discretamente a un
oro del personal, para que se puedan tomar las medidas adecuadas. Con el apoyo de todos ustedes que
n juntos como una comunidad preocupada, puede haber un impacto positivo en las condiciones de su
amiento, que incluya interrupciones menos frecuentes en las operaciones normales.

e preguntas o inquietudes, puede discutir el asunto con el Capitán o cualquier otro miembro del
ial ejecutivo.

```
DISCLAIMER
his is a translation of an English-language document provided as a courtesy to
 not fluent in English. If differences or any misunderstandings occur, the
ent of record shall be the related English-language document.***

ta es una traducción de un documento escrito en inglés, distribuido como una
sía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún
tendido con esta traducción, el único documento reconocido será la versión
lés..**
```