

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

March 28, 2025

**By ECF**
Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    <u>United States</u> v. <u>Avraham Eisenberg</u>, 23 Cr. 10 (AS)

Dear Judge Subramanian:

      The Government's sentencing submission in the above-captioned case is due April 3, 2025. In light of the length of the defense submission, the Government respectfully requests a brief extension to noon on April 7, 2025. This will not change the April 10, 2025 sentencing date. Mr. Eisenberg's attorneys consent to the request.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

  by: __/s_____
      Thomas Burnett
      Peter Davis
      Assistant United States Attorneys
      (212) 637-1064 / 2468

      Tian Huang
      Special Assistant United States Attorney
      (202) 598-2523