

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

March 28, 2025

**By ECF**
Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

  Re: <u>United States</u> v. <u>Avraham Eisenberg</u>, 23 Cr. 10 (AS)

Dear Judge Subramanian:

  The Government's sentencing submission in the above-captioned case is due April 3, 2025. In light of the length of the defense submission, <u>the Government respectfully requests a brief extension to noon on April 7, 2025.</u> This will not change the April 10, 2025 sentencing date. Mr. Eisenberg's attorneys consent to the request.

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 201.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: March 31, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: __/s_____
 Thomas Burnett
 Peter Davis
 Assistant United States Attorneys
 (212) 637-1064 / 2468

 Tian Huang
 Special Assistant United States Attorney
 (202) 598-2523