

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2025

**By ECF**
Hon. Arun Subramanian
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Avraham Eisenberg, 23 Cr. 10 (AS)

Dear Judge Subramanian:

The Government writes in response to the Court's March 31, 2025 Order (Dkt. 203). The parties have conferred and are available on May 1, 2025 for sentencing. In light of the new sentencing date, and the Court's order that supplemental briefing be submitted by April 7, 2025, the Government respectfully requests that its sentencing submission be due on April 22, 2025. Defense counsel consents to this request. Thank you very much.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by:  __/s/_____
Thomas Burnett
Peter Davis
Assistant United States Attorneys

Tian Huang
Special Assistant United States Attorney

cc: defense counsel (By ECF)

SO ORDERED. Sentencing is hereby adjourned to Thursday, May 1, 2025, at 3:00 PM.

Arun Subramanian, U.S.D.J.
Date: April 2, 2025