UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|               Plaintiff, | 23-CR-10 (AS) |
|     -against- | |
| AVRAHAM EISENBERG, | <u>ORDER</u> |
|            Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The hearing currently scheduled for April 10, 2025, at 3:30 PM is hereby rescheduled to 10:00 AM.

SO ORDERED.

Dated: April 7, 2025
      New York, New York

                                      ARUN SUBRAMANIAN
                                    United States District Judge