UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  -against-<br><br>AVRAHAM EISENBERG,<br><br>      Defendant. | 23-CR-10 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  In Eisenberg's supplemental letter, he indicates his view that the question of whether an instrument is a "mixed swap" is a question of law, or a mixed question of fact and law. Dkt. 207 at 4. If the parties wish to be further heard on this discrete question, they may submit 2-page letters on the issue on or before Friday, April 25, 2025, at 5pm ET.

  SO ORDERED.

Dated: April 22, 2025
    New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge