UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

AVRAHAM EISENBERG,

              Defendant.
------------------------------------------------------------------------X

23-cr-00010-AS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby appears as counsel in this action for non-party Mango Labs, LLC.

Dated: New York, New York
       April 22, 2025

GREENBERG TRAURIG, LLP

By: /s/ Nicholas T. Barnes          .
    Nicholas T. Barnes
    One Vanderbilt Avenue
    New York, New York 10017
    Tel: (212) 801-9200
    Fax: (212) 801-6400
    Email: barnesn@gtlaw.com

*Attorneys for non-party Mango Labs, LLC*