UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-against-<br><br>AVRAHAM EISENBERG,<br><br>                      Defendant. | 23-cr-10 (AS)<br><br>JUDGMENT OF ACQUITTAL |

ARUN SUBRAMANIAN, United States District Judge:

       The defendant having been found guilty by a jury on April 18, 2024, Dkt. 152, the defendant thereafter moving for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, and the Court having granted the motion for judgment of acquittal by opinion dated May 23, 2025, Dkt. 220,

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that counts one and two are vacated and defendant is acquitted on count three.

       The Clerk of Court is respectfully directed to terminate this case.

       SO ORDERED.

Dated: May 28, 2025
           New York, New York

                                                                  ARUN SUBRAMANIAN
                                                               United States District Judge