UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

AVRAHAM EISENBERG,

          Defendant.

**ORDER**

**23 Cr. 10 (AS)**

---

      WHEREAS, the Court entered judgment in the above-referenced matter on May 23, 2025 (Docket No. 223);

      WHEREAS, the United States of America, by and through Jay Clayton, United States Attorney, Thomas Burnett and Peter Davis, Assistant United States Attorneys, and Tian Huang, Special Assistant United States Attorney, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that judgment as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

      WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

      WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's judgment and determine whether to appeal the judgment; and

      WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including July 23, 2025.  *See* Fed. R. App. P. 26(a)(1)(C).

Dated: New York, New York
       June 17, 2025

_____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE